# Hart Intercivic in the News — A Partial List of Events

| Date | Subject | Place/Description |
|---|---|---|
| February 2004 | eSlate | **Arapahoe County, Colorado.** Hart Intercivic, like other voting machine vendors, courts its customers with gifts and entertainment.<br><br>Tracy Baker asked Arapahoe County to give a Texas company a no-bid $3.5 million voting-machine contract.<br><br>... Arapahoe County commissioners twice said no to the Hart voting system, first in the summer of 2002, then again last November, after deciding to put the contract out to bid.<br><br>... Between April 2001 and August 2002, Hart spent $3,759.95 on Baker and his staff, company records indicate. That included a $495 golf outing and $30 worth of cigars for Baker's birthday.<br><br>It could have been more. The company turned Baker down when he asked Hart to pay for staff hotel rooms on a trip to Texas in 2002.<br><br>"You call any county clerk in this state," Baker said. "You call any county commissioner. Vendors take you to dinner."<br><br>Lisa Doran, a public information specialist in the Secretary of State's Office, said Baker has a point. Donetta Davidson, Colorado's secretary of state, accepted dinner from vendors when she was the Arapahoe County clerk, Doran said.<br><br>Susan Beckman, county commission chairman, disapproves of the practice.[5] |
| March 2004 | eSlate | **Orange County, California.** Daisy-chained machines shut down when one broke down. Hundreds of voters were turned away from the polls because of problems with the touch screen voting systems, according to NBC4. They were turned away from a Huntington Beach, Calif., polling place because the electronic machines were down.<br><br>A malfunction with one machine caused all nine machines to go down for about an hour, according to NBC4.[6] |

---

[5] **Baker sought no-bid contract for firm;** Then he asked maker of voting machines to hire his girlfriend. Rocky Mountain News. February 5, 2004. By Jim Tankersley. http://www.rockymountainnews.com/drmn/election/article/0,1299,DRMN_36_2631034,00.html

[6] **Voters Decide Record Bond Issue; Edwards Quits.** NBC4TV; March 2, 2004; http://www.nbc4.tv/politics/2891656/detail.html

# Hart Intercivic in the News – A Partial List of Events

| Date | Subject | Place/Description |
|---|---|---|
| March 2004 | eSlate | **Orange County, California.** The complexity of operating elections using the new electronic voting machines leads to more human error, rather than less human error as those who propound the computerized voting claim.  Once the errors are made, there are no paper ballots available to correct the problems. |
| | | Poll workers struggling with a new electronic voting system in last week's election gave thousands of Orange County voters the wrong ballots, according to a Times analysis of election records. In 21 precincts where the problem was most acute, there were more ballots cast than registered voters. |
| | | ... At polling places where the problem was most apparent because of turnouts exceeding 100%, an estimated 1,500 voters cast the wrong ballots, according to the Times' analysis of official county election data. Tallies at an additional 55 polling places with turnouts more than double the county average of 37% suggest at least 5,500 voters had their ballots tabulated for the wrong precincts. |
| | | ... David Hart, chairman of Texas-based Hart InterCivic, which manufactured Orange County's voting system, said it would be impossible to identify which voters cast ballots in the wrong precincts because of steps the company had taken to ensure voter secrecy. **For this reason, an exact account of miscast ballots is impossible.** |
| | | ... Orange County election officials have traced the problem to poll workers who were responsible for giving each voter a four-digit code to enter into the voting machines. [7] |
| September 2004 | eSlate | **Honolulu, Hawaii.** Precincts offered both optical scan ballots and new eSlate paperless machines. eSlate malfunctions disenfranchised at least one voter. Most people chose not to use the eSlates. [8] |
| | | Greg Hogue said ... the machine flashed a low battery indicator after he selected his party. The machine then flashed a "cast ballot" indicator and his ballot was accepted before he was able to vote for anyone. |
| | | "I really wanted to vote," he said. But after two hours of conversations with precinct officials and state elections officials, he was not allowed to fill out a back-up paper ballot and not allowed to re-do his electronic vote. ... |
| | | [Office of Elections spokesman Rex] Quidilla said he was not familiar with Hogue's case. But that some problems with a new voting system were to be expected. He said early reports from precincts indicated that few people used the machines. |

[7] **7,000 Orange County Voters Were Given Bad Ballots**. Los Angeles Times. March 8, 2004. By Ray F. Herndon and Stuart Pfeifer Times Staff Writers. http://www.votersunite.org/article.asp?id=2389

[8] **Voter Turnout Weak in Isles**. Star Bulletin. September 19, 2004. By Craig Gima and Leila Fujimori. http://starbulletin.com/2004/09/19/news/story2.html

# Hart Intercivic in the News – A Partial List of Events

| Date | Subject | Place/Description |
|---|---|---|
| September 2004 | eSlate | **Honolulu, Hawaii.** New eSlate electronic voting machines allowed voters to choose a Green Party ballot, even though there were no Green Party candidates. 22 voters were disenfranchised by the error. [9]<br><br>State elections officials said the computerized voting machines provided by Hart Intercivic allowed voters to "click on" a political party, even though there weren't any candidates running from that party on their island.<br><br>So a couple of dozen Green Party ballots were recorded, even though there were no candidates.<br><br>"We brought that up to the vendor already. They will change that for the next election," [elections spokesman Rex] Quidilla said. |
| October 2004 | eSlate | **Tarrant County, Texas.** Electronic voting machines confuse voters, causing many to undervote. The sequence of screens caused some voters to accidentally miss voting on the stadium referendum. [10]<br><br>The biggest problem of the day was in Arlington, where poll workers fielded numerous complaints from voters who said that the new electronic voting machines were confusing, and that they had mistakenly cast their ballot without voting on the stadium referendum.<br><br>Parten said Arlington voters who cast straight-party ballots must press the "NEXT" button on the voting machine to get to the stadium question.<br><br>Voters can also vote on the proposal once they reach the summary page of the electronic ballot, he said.<br><br>"If you're not paying close attention, you're going to miss your chance to vote on the stadium," said north Arlington resident Tom Been, who chose a straight-party ballot, but didn't go to the last virtual page on the computer screen.<br><br>He had hoped to vote against it.<br><br>"It's very annoying, the way they set it up," he said. |

[9] **Primary Election Runs Into Problems.** HITV 4. The Hawaii Channel. September 24, 2004. http://www.thehawaiichannel.com/news/3760175/detail.html

[10] **Early voters set county record. Star-Telegram.** October 19, 2004. By Gordon Dickson and Jack Douglas Jr., Star-Telegram Staff Writers. http://www.dfw.com/mld/dfw/news/9957383.htm?1c

# Hart Intercivic in the News – A Partial List of Events

| Date | Subject | Place/Description |
|---|---|---|
| October, 2004. | eSlate | **Tarrant County, Texas.** Machine malfunctions disenfranchised voters when they froze instead of accepting the access code entered by the voters.[11] <br><br> On Tuesday, ... a set of voting booth computers shut down. <br><br> "It looked like a couple of older guys were still voting when the computer screens completely shut down," said Cam Sanders, an Arlington teacher. "I think they were talking about whether their votes were lost." <br><br> In Fort Worth on Tuesday, Singer said his wife and their friend waited nearly 1-1/2 hours to vote at the Southwest Subcourthouse. But when their friend punched in the access code, he said, the machine froze. <br><br> Singer said their friend was not given another chance to vote. <br><br> "I'm concerned because I wonder how many others were treated that way," he said. |
| November 2004 | Ballot Now | **Boulder County, Colorado.** Bar codes on the ballots were the wrong size, causing the system not to count the ballots. EagleDirect, the printer, accepted some of the responsibility, but also said that Hart had not informed them of the close tolerances required when printing.[12] <br><br> Eagle CEO Bill Schaefer demonstrated one test ballot that, after being scanned once, was found to have one "damaged race" where the system could not process information for an individual race. The second time through, the system found more damaged races on the same ballot and read another race as an "undervote." The third test read everything on the front page of the ballot properly but one race was rejected on the back page. <br><br> ... [Eagle president Howard] Harris said Hart did not inform Eagle about certain system tolerances until after the election. He said the system would reject races when the boxes on the paper ballot were not within plus-or-minus 20 percent of their expected position. <br><br> He also said a Hart official told him the system could have worked using 30 percent tolerances, and Harris said he felt loosening the tolerance could have prevented occurrence of many of the damaged races. |

11 **Voting problems are surfacing.** Star-Telegram. October 21, 2004. By Max B. Baker. http://www.dfw.com/mld/dfw/news/9975942.htm

12 **Printer played role in Boulder voting woes.** Rocky Mountain News. November 10, 2004. By Berny Morson. http://rockymountainnews.com/drmn/election/article/0,1299,DRMN_36_3317633,00.html

**EagleDirect speaks.** Colorado Daily. January 31, 2005. By Richard Valenty. Reproduced at: http://www.votersunite.org/article.asp?id=4748

Compiled by www.votersunite.org

Page 6