











## Make Ballot Choices

**Council Member**

[ Abraham Lincoln ] (highlighted blue)

[ ] Alexander Hamilton

**Council Member**

[■] Abraham Lincoln (red box)

[ ] Alexander Hamilton

1. Turn the **SELECT** wheel until your choice is highlighted in blue.
2. Press **ENTER**. The box to the left of your choice will turn red to show your vote.
3. The blue highlight bar will move to the next contest title.
4. Continue through the ballot until you have voted all the contests you wish to vote.
5. You may use the **PREV** or **NEXT** buttons at any time to move through the ballot.

*Click anywhere on this slide to continue:*





# Cast Your Ballot

When you have completely finished voting all races and reviewing your Ballot Summary page, press the **CAST BALLOT** button.



*Click anywhere on this slide to continue:*

