## eSlate 3000 System Interfaces

The following diagram provides a graphical overview of the connections to the eSlate 3000. The diagram shows the input/output connections between the eSlate 3000 and external entities such as the BOE's and voters.



*Figure 9 – eSlate 3000 System Interfaces - Hart InterCivic*

Continued on the next page

## Work Flow / Process Model

The following diagram provides a graphical overview of the work flow associated with the eSlate 3000 system interfaces, and represents the next level down from the Context Diagram. This diagram displays the flow of data through the eSlate 3000 system interfaces.



Figure 10 – Election Flowchart - Hart InterCivic

Continued on the next page

# 1 Hart InterCivic eSlate™ Electronic Voting System

## 1.1 The eSlate™ Electronic Voting System Architecture

