# National Association of State Election Directors

01-03-2003

## Voting Systems That Are NASED Qualified

| Company | Model Number | Status | Comments |
|---|---|---|---|
| Avante | Vote Trakker EVC308 | NASED#0114-4.4.3 - 1990 | Firmware Release 4.4.3 (6.10.02) |
| Computing Devices | VS DRE Touchscreen (ELEX) (8-27-97) | NASED #010891-2.01 -1990 | Firmware Release 2.01 (12-30-99) |
| Danaher Controls | ELECtronic 1242 DRE (Formerly known as the Shouptronic 1242) (7-9-96) | NASED #010502-5T2_6T5 -1990<br>NASED #010503-5T2_6T5 -1990 | Firmware for 6T Mach/ (11/01/01)<br>Firmware for 5T Mach (11/01/01) |
| Danaher Controls | EMS Software Version 2.00 | NASED #020100002.00-1990 | Approved 7/10/98 for use with Elect1242 DRE Models 5T & 6T |
| Danaher Controls | Guardian EMS 2.10 | NASED #0406000210-1990 | |
| | Guardian EMS 2.10-DE | NASED #0406000210-DE1990 | Software version specifically for the State of Delaware |
| Diebold (Formerly Global Election System) | Accu-Touch Electronic DRE Kiosk (9-10-96)<br>DRE Touch Screen Portable (12-5-97) | NASED # 010601A-1.0 (Kiosk) -1990<br>010601B-1.0 (Portable)-1990 | A=Kiosk Release 1.0 (9-10-96)<br>B=Portable design tested (hardware) 12-5-97 Rel. 1.0 |
| Diebold (Formerly Global Election System ) | Accu-Vote ES-2000 (Ballot Reader) Precinct Count | NASED #010701-1.94W -1990 | Firmware Rel. 1.94W (12-28-99) |
| Diebold (Formerly Global Election Systems) | Global Election Management System (GEMS) | NASED #N0306011114-1990<br>#N0306011715-1990<br>#N0306011717-1990 | GEMS Version 1.11.14 (4/9/2001)<br>GEMS Version 1.17.15 (7/25/2001)<br>GEMS Version 1.17.17 (10/22/2001) |
| Diebold (Formerly Global Election Systems) | AccuVote AVTS-R6 DRE Touchscreen | NASED#N010702-4.3.9-1990 | Firmware Rel. 4.3.9 (7-2-02) |
| ES&S | PCB 2100 Precinct Ballot Reader (9-7-99) | NASED #010105-1990 | Firmware Release HPS.A406/APS.A5.04 |
| ES&S | Votronic DRE Touchscreen | NASED #010104 -1990 | Firmware Release 4.4 (11-24-99) |

**Voting Systems Secretariat:** The Election Center, 12543 Westella, Suite 100, Houston, TX 77077-3929
Phone:281-293-0101   Fax: 281-293-0453   E-Mail: electioncent@pdq.net Contact: R. Doug Lewis, Director

| NASED | Page 2 | | 01-03-2003 |
|---|---|---|---|
| ES&S | ELECTION MANAGEMENT SYSTEM SOFTWARE | NASED #N020210000000 –1990 | EMS SOFTWARE VERSION 1.0 (12-3-99) |
| ES&S | 650 CENTRAL COUNT | NASED #010106-1.1.9.0-1990 | FIRMWARE REL 1.1.9.0 (7-2-02) |
| ES&S | iVotronic DRE Ver.1 (6-28-01) | NASED #010105-7.4.1.0 1990 | FIRMWARE REL 7.4.1.0 (7-2-02) |
| ES&S | Unity Election System Software Ver. 1.0 | NASED#N030210000000-1990 | Version 1.0 (6-21-01) |
| FIDLAR & CHAMBERS | EV2000 TOUCHSCREEN DRE (1-6-99) | NASED # 010901-1990 | FIRMWARE RELEASE 1.2.2.4 REPORT ISSUED 2-19-99 |
| Hart Intercivic | JBC/eSlate3000 DRE Precinct Voting Machine (1-30-2001) | NASED#011001-JBC1.15.08-1990 & ESLATE1.15.07-1990 | Firmware Rel. JBC1.15.08 & ESLATE 1.15.07 (05/28/02) |
| | BOSS Ver. 2.0 Tally Ver. 2.1 | NASED #020400-00210-1990 | Software  (11/01/2001) |
| | BOSS Ver. 2.2 Tally Ver. 2.3 | NASED #020400-00230 –1990 | Software (11/01/2001) |
| | BOSS Ver. 2.5.0.3 Tally 2.6.10 and Ballot Now Ver. 1.3.11 | NASED #030400-02503 –1990 | Software (11/01/2001) |
| HART INTERCIVIC | eSlate3000 DRE Precinct BOSS Ver 2.08.8  Tally Ver 2.8.21 | NASED#04010002.08.08-1990 | SOFTWARE VER 2.08.08  (3/26/02) |
| IPAPER (FORMERLY DIVERSIFIED DYNAMICS) | SYSTEM 5 DVRS SOFTWARE DIRECT VOTE RECORDING  (5-10-99) | NASED #03030301113-1990 | EMS 3.0.2.1, DVRM 3.0.1.1.13 (4-19-02) |
| IPAPER (FORMERLY DIVERSIFIED DYNAMICS) | SYSTEM 5 DVRM DRE PUSHBUTTON    (11-22-99) | NASED #011001- 3.0.2.1 –1990 | FIRMWARE REL. 3.0.2.1 (5.17.02) |
| MICROVOTE | INFINITY DRE (PUSHBUTTON) | NASED#010302-2.06 –1990 | RELEASE  2.06  (2-5-02) |
| SEQUOIA Corporation | D | NASED #010201-1990 | RELEASE 8.00B  ( 5-31-95) |
| SEQUOIA Corporation | NYC | NASED #010202 –1990 | RELEASE 6.0  (5-31-95) |

NASED    Page 3                                                                                     01-03-2003

| | | |
|---|---|---|
| SEQUOIA Corporation [FORMERLY BUSINESS RECORDS CORP] | OPTECH III-P EAGLE REVISIONS B & C MPR206,HPS128,CPS100 PRECINCT COUNT (5-17-96) | NASED # 010401-1990 | INCLUDES SOFTWARE: EMS v3.52; AERO v3.52; & SMART PACK v3.152. APPROVAL IS LIMITED TO USE WITH OPTECH III-P EAGLE. |
| SEQUOIA Corporation | AVC EDGE DRE TOUCHSCREEN | NASED #010203-3.1-1990<br>NASED #010203-4.0B-1990 | FIRMWARE 3.1<br>FIRMWARE REL 4.0B |
| Sequoia Corporation | Optech IV-C, Hardware Version 2.02 (1-30-2001) | NASED # 010204-1.02B -1990 | Firmware Release 1.02B |
| Sequoia Corporation | WinEDS 2.6 Build 200<br>WinEDS 2.6 Build 212 | NASED #03070026200 -1990<br>NASED #03070026212 -1990 | Software (9/7/2001)<br>Software (12/21/2001)<br>For use with AVC Edge, AVC Advantage, & Optech IVC |
| Shoup | Shoup Voting Solutions Ver 1.0 | NASED #03080000010 -1990 | Software (10/25/2001) (12-1-2000) |
| Shoup Voting Systems | WinVote DRE Touchscreen | NASED #011201-1.54 -1990 | Firmware Rel 1.54 (6-17-02) |
| TruVote International, Inc. | TruVote v.1.0.0 | NASED #N04005000100-1990 | RUN ON THE TRUVOTE VOTER VALIDATION & VERIFICATION SYSTEM |
| Unilect | Patriot DRE Voting Machine (Version 2) | NASED #N011101 -1990 | FIRMWARE REL PCU2.51/VU2.52 (6/07/02) |
| Unilect | IntEllect Voting Software | NASED #N0305000241 –1990<br>#N0305000245 -1990 | EMS Software Ver. 2.41 (4/15/01)<br>EMS Software Ver. 2.45 (10/01/01) |
| VoteHere | VES 3.1 DRE Touchscreen | NASED #011201-31054 –1990 | Firmware Rel 3.1.0.54 (5-11-02) |
| VoteHere | Election Management Software | NASED #03100031000-1990 | Software Ver. Election Systems 3.1 (3-29-02) |
| Voting Technologies International | VOTEWARE 334 DRE Touchscreen | NASED #011301-3.3.4 – 1990 | Firmware Rel 3.3.4   (4-4-02) |

NASED   Page 4                                                                                                          01-03-2003

**ITA'S:**

**HARDWARE:**
WYLE LABS        7800 HIGHWAY 20 WEST, HUNTSVILLE, AL        PH:256-837-4411        FAX: 256-721-0144

**SOFTWARE:**
CIBER, INC., 7501 South Memorial Parkway  Suite 107  Huntsville, AL 35802    PH: 256-882-6900    FAX: 256-882-9905

**OR**

SYSTEST LABS, LLC, 1630 Welton Street, Suite 500  Denver, Colorado 80202   PH: 303-575-6881   FAX: 303-575-6882

**NOTES: FOR ALL POTENTIAL PURCHASERS OF VOTING SYSTEMS, PLEASE CAREFULLY READ AND OBSERVE THE GUIDELINES. IF YOU HAVE ADDITIONAL QUESTIONS CONCERNING ANY PHASE OF YOUR POTENTIAL PURCHASE OF A VOTING SYSTEM, CALL THE NASED VOTING SYSTEMS OFFICE CALL FOR INFORMATION BEFORE SIGNING A CONTRACT FOR PURCHASE. (SEE NEXT PAGE FOR ADDITIONAL INFORMATION.)**

- Effective Jan. 1997, the software ITA now known as CIBER (formerly Nichols Research, then Metamor) in Huntsville, Alabama, was fully approved as NASED's software ITA. Where the equipment utilizes the software known as FIRMWARE and is machine resident, that firmware has been tested by Wyle Labs to meet the specifications. Effective 2001, an additional software ITA, SysTest Labs was approved.
- Be sure to note the *specific models* which are NASED qualified. Models which are not identical are not NASED qualified. *Also be sure to pay attention to the Comments section above.*
- NASED does not issue qualifications to **vendors**. NASED issues qualifications to specific voting systems. Even if one product receives a "qualified" rating, do not assume the one presented to you is the one which was NASED tested.
- Make sure you know, **in writing**, from the vendor what has and has not been tested. Be sure to be specific -- and make the vendor be specific -- about the version and revision of software. Make them put in writing that the version they are selling you is "identical" to the version which was tested and NASED qualified.
- If there is no Election Management System software listed, then none has qualified for that specific vendor at this point. It is important to have the vendor's election management software tested also to assure that votes are reported correctly.

NASED  Page 5                              01-03-2003

✓ NOTE that the last four digits of any number may vary. The numbers for the last four digits are to show which version of the Federal Voting Systems Standards (FVSS) were used for testing. 1990 means the Federal Voting Systems Standards as adopted and approved by the Federal Election Commission in 1990. 2002 means systems tested to the FVSS as approved by the Federal Election Commission in 2002.