Status = Application, testing, hearing, final, on hold, certified

| State | Status | Certification Completion Date | System BOSS | Tally | eSlate | JBC | BN | Servo | Fast Trac | Comments Historical | Current |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **CERTIFIED** | | | | | | | | | | | |
| Alabama | Certified | 1-Jan-18 | 2.5 | 2.6 | 1.13 | 1.13 | | | | yes | |
|  | certified | 24-Apr-02 | | | | | 1.3 | | | | |
| Arizona | certified | 3-Jun-02 | 2.5 | 2.6 | 1.13 | 1.13 | 1.3 | | | yes | |
| Arkansas | Certified | 2-Feb-21 | 2.7 | 2.7 | 1.13 | 1.14 | 1.3 | | | yes | |
| California | Certified | 21-Feb-02 | 2.5 | 2.6 | 1.13 | 1.14 | | | | | |
|  | Certified | 25-Jul-02 | 2.9 | 2.9 | | | 1.3 | | | | |
|  | in process |  | 2.1 | | 1.16 | 1.16 | 1.5 | 1.02 | | | |
|  | Certified | 14-Nov-02 | 2.1L | | 1.17 | 1.17 | | | | | |
| Colorado | Certified | 27-Dec-00 | 2.2 | 2.3 | 1.10 | 1.10 | | | | yes | |
|  | Certified | 12-Jan-01 | 2.7 | 2.7 | 1.13 | 1.14 | 1.3 | | | | |
|  | Certified | 31-May-02 | 2.8 | 2.8 | 1.15 | 1.15 | 1.4 | 1.01 | | | |
|  | certified | 9-Sep-02 | 2.0 | 2.9 | 1.16 | 1.16 | 1.5 | 1.02 | | | |
|  | certified | 18-Oct-02 | 2.1 | 2.9.08 | | | | | | | |
|  |  |  | 2.1 | | | | | | | | |
| Georgia | Certified | 16-Jul-01 | 2.2 | 2.3 | 1.10 | 1.10 | | | | yes | |
|  | Certified | 1-Oct-01 | 2.5 | 2.6 | 1.13 | 1.13 | 1.3 | | | | |
|  | Certified | 30-Oct-01 | 2.7 | 2.7 | | 1.14 | | | | | |
|  | certified |  | 2.0 | 2.8 | 1.15 | 1.15 | 1.4 | 1.01 | | | |
|  |  |  | 2.8 | | | | | | | | |
| Indiana | certified | 1/10/02-1/10/07 | 2.5 | 2.6 | 1.13 | 1.13 | 1.3 | | | yes | |
| Kansas | in process |  | 2.1 | 2.9 | 1.16 | 1.16 | 1.5 | 1.02 | | | |
| Kentucky | certified | 18-Jun-02 | 2.0 | 2.8 | 1.15 | 1.15 | 1.4 | 1.01 | | yes | |
| Louisiana | certified | 21-Nov-01 | 2.5 | 2.6 | 1.13 | 1.13 | | | | | |
| Nevada | certified | 29-Mar-02 | 2.5 | 2.6 | 1.13 | 1.13 | 1.3 | | | yes | |

| State | Status | Certification Completion Date | | System | | | | | | | Comments | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | BOSS | Tally | eSlate | JBC | BN | Servo | Fast Trac | Historical | Current |
| New Jersey | certified | 26-Feb-01 | | 2.2 | 2.3 | 1.10 | 1.10 | | | | yes | |
| | certified | | | 2.5 | 2.6 | 1.13 | 1.13 | 1.3 | | | | |
| North Carolina | certified | 28-May-02 | | 2.5 | 2.6 | 1.13 | 1.14 | 1.3 | | | | |
| Ohio | certified | 28-Aug-01 | | 2.5 | 2.6 | 1.13 | 1.13 | 1.3 | | | yes | |
| | certified | 6-May-02 | | | | | 1.14 | | | | | |
| | certified | 24-Oct-02 | 2.1 | 2.9 | 2.9 | 1.16 | 1.16 | 1.5 | 1.02 | | | |
| South Carolina | certified | 30-Aug-02 | | 2.5 | 2.6 | 1.13 | 1.13 | 1.3 | | | yes | |
| Texas | certified | 13-Sep-00 | | 2.2 | 2.3 | 1.10 | 1.10 | | | | | |
| | certified | 13-Jul-01 | | 2.5 | 2.6 | 1.13 | 1.13 | 1.3 | | | | |
| | certified | 4-Dec-01 | | 2.7 | 2.7 | | 1.14 | | | | | |
| | certified | 2-Jan-02 | 2.0 | 2.8 | 2.8 | 1.15 | 1.15 | 1.4 | | | | |
| | certified | 26-Apr-02 | 2.1 | 2.9 | 2.9 | 1.16 | 1.16 | 1.5 | | | | |
| | certified | 25-Oct-02 | | | 2.9.08 | | | | | | | |
| Utah | certified | 27-Jan-03 | 2.1 | 2.9 | 2.9 | 1.16 | 1.16 | 1.5 | 1.02 | | | |
| Virginia | certified | 18-Jul-02 | 2.0 | 2.8 | 2.8 | 1.15 | 1.15 | | 1.01 | | yes | |
| | certified | 17-Sep-02 | 2.1 | 2.9 | 2.9 | 1.16 | 1.16 | | 1.02 | | | |
| | certified | 21-Jan-03 | 2.1 | | | | | 1.5 | | | | |
| Washington | certified | 19-Aug-02 | | 2.5 | 2.6 | 1.13 | 1.14 | | | | Yes | |
| West Virginia | certified | 1-Nov-01 | | 2.5 | 2.6 | 1.13 | 1.13 | 1.3 | | | | |
| | certified | 13-Nov-02 | 2.1 | 2.9 | 2.9 | 1.16 | 1.16 | 1.5 | 1.02 | | | |

Status = Application, testing, hearing, final, on hold, certified