# Hart InterCivic
## Performance Review

| | |
|---|---|
| Location: | AUSTIN |
| Employee Name: | WILLIAM SINGER |
| Job Title: | TECHNICAL SERVICES SPECIALIST |
| Department: | 4233 |
| Review Period Start: | 11/26/2001 |
| Review Period End: | 11/25/2002 |
| Last Review Date: | |
| Reviewer Name: | TRAVIS HARRELL |
| Reviewer Title: | MANAGER, PROFESSIONAL SERVICES |

## CURRENT GOALS

**Subject Matter Expertise** *Highly effective*
**Description:** Continue to develop expertise in the eSlate Electronic Voting System, elections process and key customer contact personnel for assigned accounts. Contribute that expertise to achieving successful implementation of assigned projects and to developing in-house system improvement initiatives.
**Measurement:** Projects for assigned accounts are accomplished successfully and customer and team member feedback is positive regarding the eSlate System and your contribution to that success.
**Results:** Positive feedback has been received from both internal and external customers regarding William's performance and contribution to the success of many projects undertaken by the Group during this period.

**Company Policy and Procedures** *Proficient*
**Description:** Conduct and accomplish all customer business and internal Company functions in accordance with Company policy and procedures.
**Measurement:** No deviations from established policy and procedures are experienced, and all business activities are completed with honesty and integrity.
**Results:** William is very conscientious about conducting all business activities in accordance with established policy and procedures.

## PERFORMANCE ELEMENTS

**Customer Focus** *Highly effective*
William often goes out of his way to insure commitments to customers are met, and he displays a strong sense of urgency when responding to customer needs. William is courteous and sensitive and uses his quiet, business-like demeanor to handle difficult customer situations. He constantly uses customer feedback and field observations to improve the Company's products and services.

**Job Knowledge** *Highly effective*
William's strongest attribute. He has developed a high level of expertise in his job through self-study, research and application of in-depth knowledge and technical skills. He learns and applies new information and procedures quickly, takes advantage of resources and tools available to him and digs even deeper to create new ways to solve problems. His forward thinking and development of new tools have been key elements to the Company's ability to respond to disparate customer requirements.

**Interpersonal Skills**                                  *Proficient*
William often extends himself more than required to assist and support his co-workers. He establishes and maintains good working relationships with customers and reliably displays a positive attitude and pleasant manner. In most instances, he also establishes and maintains good working relationships with his co-workers and is held in high esteem by project team members. William's success in developing effective relationships with other technical groups within the Company needs improvement, and part of the responsibility for affecting this change lies with management.

**Communications**                                       *Proficient*
William exhibits highly developed listening skills and comprehends complex matters well. He always takes notes and asks the right questions to insure complete understanding of the issue. His verbal communications are always effective and on point, and he is very conscientious about keeping others fully informed. Although his written communications are well thought-out, comprehensive and informative, William often requires assistance in producing written communications that are concise, on point and can be circulated to inform or solicit support by various offices and groups within the Company.

**Initiative**                                           *Highly effective*
William is constantly expanding his capabilities and skills on his own initiative. He takes independent actions and is highly resourceful at taking advantage of opportunities. He is always eager to devote extra time to increase his professional skills or improve productivity, and he consistently volunteers to help others do the same. He usually indicates when he needs help and generally takes calculated risks which are within the scope of his responsibility and authority.

**Planning & Organization**                              *Highly effective*
William manages his time in highly efficient ways, is very well organized and sets specific, ambitious goals and objectives for himself. He plans and prioritizes well and always looks ahead for additional resource requirements. He integrates changes smoothly into existing plans and dependably devotes the time and energy needed to insure planned actions are completed.

**Decision Making**                                      *Proficient*
William makes timely, well thought-out, confident decisions across a broad spectrum of the areas spanned by his job responsibilities. He can support and explain the reasoning for his decisions in every instance, and in most matters, he reliably includes the appropriate people in the decision-making process. On occasion, William's advanced technical capabilities and self-confidence have led him to make decisions that may have benefited from more extensive coordination.

**Problem Solving**                                      *Highly effective*
William identifies the existence of problems quickly and mitigates their potential impact by addressing them in their early stages. He is skilled at gathering and analyzing information from multiple sources, and this allows him to develop several options and alternative solutions for most problem situations. He makes positive contributions in group problem solving scenarios and is highly effective when working on his own.

**Innovation**                                           *Highly effective*
On a consistent basis, William contributes highly ingenious and valuable suggestions for improving Corporate products and work processes. He invariably displays creativity, original thinking and a seemingly limitless "can do" attitude beyond the expectations for his position.

**Results**                                     *Highly effective*

William demonstrates a strong commitment to increasing productivity, works at a fast pace and regularly produces more work than expected. He completes tasks in a timely manner, meets deadlines and reliably achieves established goals.

**SUMMARY**            **Overall Rating:** *Highly effective*

## PLANS FOR IMPROVEMENT

William has expressed his desire and intention to enhance his performance in the following areas:

- Achieving better understanding of customer technical capabilities and competencies
- Identifying and utilizing tools to better manage and organize his communications and information
- Working with management to develop better communications and relationships with the Colorado development staff

He has also identified two areas in which management action could benefit his efforts to enhance performance:

- Provision of a PDA
- Implementation of a Help Desk package that would facilitate management of support requests, equipment resources and knowledge base information

## FUTURE GOALS

**Professional Development**
**Due Date:** 7/31/2003
**Description:** Enroll in and successfully pursue training and/or testing leading to proficient use of Crystal Reports software at the advanced level.
**Measurement:** By this date, complete basic and advanced training courses and demonstrate proficiency in the use of Crystal Reports to assist eSlate customers and generate internal reports.

**Subject Matter Expertise**
**Due Date:** 11/25/2003
**Description:** Continue to develop expertise in the eSlate Electronic Voting System, elections process and key customer contact personnel for assigned accounts. Contribute that expertise to achieving successful implementation of assigned projects and to developing in-house system improvement initiatives.
**Measurement:** Projects for assigned accounts are accomplished successfully and customer and team member feedback is positive regarding the eSlate System and your contribution to that success.

**Company Policy and Procedures**
**Due Date:** 11/25/2003
**Description:** Conduct and accomplish all customer business and internal Company functions in accordance with Company policy and procedures.
**Measurement:** No deviations from established policy and procedures are experienced, and all business activities are completed with honesty and integrity.

**eSlate Inventory Control**
**Due Date:** 4/1/2003
**Description:** Complete development of eSlate internal equipment inventory control and management tools. Oversee the provision of bimonthly reports regarding status of equipment and planned use for the coming two month period.
**Measurement:** Adequate inventory management tools are in use and reports are provided on schedule.

## APPRAISER COMMENTS

William is an important member of the ESG Professional Services team. His foresight and initiative have prepared the Group to successfully meet technical challenges with innovative solutions developed and tested in advance of the need. Additionally, his tireless dedication and willing spirit have been key ingredients in the Group's successful completion and/or support of numerous projects throughout the year.

_____
*Appraiser Signature/Date*


_____
*Reviewer Signature/Date*

## EMPLOYEE COMMENTS

**Employee Acknowledgment**
I have reviewed this document and discussed the contents with my manager. My signature means that I have been advised of my performance status and does not necessarily imply that I agree with the evaluation.

_____
*Employee Signature/Date*