notice to hart emps1.txt
agonzales@hartic.com,scharleston@hartic.com,sgonzalez@hartic.com,plichtenheld@hartic.com,bwhite@hartic.com,tharrell@hartic.com,lherod@hartic.com,kkirchoff@hartic.com

Hello,

   I've sent this to a small group I worked closely with at Hart, out of courtesy to the respect and esteem I had for you while I was there.
   As you may already know, several months after leaving Hart, having given management a chance to change its ways, I submitted complaints to several SOS offices.  Recently, in the course of responding to an investigation, Hart Intercivic finally replied.  This response denies my allegations entirely, in effect saying that I am a liar, and unfortunately it goes further.  Hart is now saying that I was fired, not that I left voluntary and gave notice.  Hart is also saying that I was disgruntled, which you also know to be untrue.  I was then, and I continue now, to hope that Hart returns to some semblance of ethical business practices.
   In the past I have tried to avoid naming specific individuals or accounts in allegations of wrongdoing.  In light of Hart's move to cover up its unethical behavior, and more specifically in response to the decision to lie about me, my performance, and my departure it is now perfectly clear that Hart is not only willing to cover up wrongdoing but will lie in order to do so.  Regardless of whether you disagree with my approach in these matters you now know that Hart is lying to protect itself.

   I hope that my respect for you was not misplaced, and that you will find this behavior on the part of Hart as unacceptable and reprehensible as I do.  Out of consideration for you, I will give each of you a chance to do the right thing by declaring that your ethics are not for sale.  I will wait to personally respond to Hart until after the first of March.  After that time, if you are still employed at Hart, I will assume that you agree with and support their decision to attack me, to lie about their behavior, and those events concerning my employment and departure. I will no longer extend any special consideration to you as individuals in protecting your identity, or hesitate to fully disclose specific people, accounts, and events in the course of legal proceedings while defending myself.  My prior complaints to the SOS offices were very generic and represent only a tiny fraction of the problematic issues at Hart, including events many of you took integral part in.  I have tried, as best I could, to avoid involving any of you by name because there was a time when I believed you were honest and ethical people, that you were largely unaware of unethical activity or were at least working with the customers best interests in your own mind.  Protecting any individual may not be possible in the future, but I hope you will prove my prior focus on the company as a whole, and the upper management, as the right decision. Certainly if you demonstrate no commitment to the truth, to ethical conduct, I will not hesitate to address all of the facts rather than describing events in more general and nonspecific terms as I have in the past.  This might possibly open you as individuals to legal consequences or embarrassment and I hope that, despite the considerable difficulties, you will choose to do the honorable thing.

I deeply regret that Hart is placing you in an awkward position by electing to lie about me, because it makes each of you complicit in those lies.  I do wish you each well and hope the future holds better things for you, not the least of which should be a company you can work for and be proud of.  Should you need to contact me you can do at this email address or via elrepcom@yahoo.com .

Best of luck,
William Singer