**From:** Singer, William
**Sent:** Tuesday, November 26, 2002 11:36 AM
**To:** Flom, Scott
**Cc:** Harrell, Travis
**Subject:** top 10 product development suggestions

**Importance:** Low

1. Move Colorado office to Austin

2. Require technical team and account manager participation in all internal product development meetings

3. Require technical team to have open and direct access to all development staff

4. Require that the technical team be copied on all technical information flow

5. Require full documentation release to the technical team when products leave development

6. Create Beta Test (internal) group

7. Packaging and customer release technical details and implementation should be finalized by the technical team and account managers rather than development staff

8  All electronic hardware should have an on/off switch, and all booths should have optional wheels

9. Allow user definable labels for "district" layers.  What we call a precinct may not be what a customer calls that kind of division, and creates significant confusion.  Our ballot grouping levels should be customer defined when the product is installed

10. Include version information in software splash screens