**From:** Singer, William
**Sent:** Friday, November 01, 2002 8:25 PM
**To:** Harrell, Travis
**Subject:** more cvr report info

**Importance:** High

cvrtarranttest.zip

from servo 1.02 and cardutils longcvr report-

I voted 9 times, used a writein on the last entry. I varied voting style as well as precinct to identify the votes. Here is the result:

(listed in order cvr's are displayed on reports, unknown whether this represents report differences or physical storage differences, though I assume the latter)

| LongCVR | JBC | eSlate |
|---------|-----|--------|
| 7 | 8 | 7 |
| 6 | 7 | 5 |
| 4 | 5 | 3 |
| 2 | 4 | 1 |
| 1 | 1 | 4 |
| 3 | 3 | 8 |
| 5 | 9 | 9 |
| 8 | | |
| 9 | | |

NOTE THAT VOTES 2 AND 4 WERE BLANK BALLOTS, these don't appear on the servo reports.

**Suggested technique for eSlate vote recovery:**

Note: This cannot be done in front of the customer. Sending the database or reports to someone offsite seems preferrable.

Note: Obtain the card or recount card if possible, because the long cvr report can be used to verify that the last 2 ballots cast on the eslate were not blank. If they were, identifying the last vote from Servo will be more difficult.

1) Obtain the cvr report and the audit log report from the eslate.

2) Obtain the cvr report and the audit log report from the jbc.

3) Check the eslate report and identify the top and bottom cvr's on the report. See note above, assuming that neither of the last two ballots were blank, one of them is the missing cvr. Now check the audit log on the eslate and note the times for these votes (the audit log will show the entry of an access code).

4) Check the audit log from the eslate against the audit log from the JBC and try to identify the same entries for the last two votes. You should only find one- if you find 2, then one or both of the last 2 ballots may have been blank, again assuming this is not the case, the time entry you don't find, the later one on the eslate, should correspond to the missing cvr. Check the time for

the cvr that was last recorded by the eslate on that JBC. From the JBC cvr report, try to estimate by position when that was and identify that CVR.

Checking times and CVR's from other eslates on that chain that may have votes from that time frame may be very helpful.

This identification can also be done by total cvr number estimates by time. Assume that on average every vote will cycle to the top or bottom such that the overall result is a simple flip for every vote. You should be able to quickly identify a likely range of CVR's to examine more closely.

5) Identify a likely candidate on the JBC that matches the top or bottom CVR on the eslate. This will be the last recorded JBC cvr. The other on the eSlate CVR list is our MIA vote.


*** If you don't have a cardutil longcvr report to check for blank ballots and there seems to be one or more than might be the last votes, then we have to go back further in the vote list from that eslate, and check against cvr's from other units to build a good cvr picture on the jbc list and reconstruct the voting pattern.
Rather than go through this difficult and time consuming process, I suggest asking Colorado to develop a modified cvr report that shows blank ballots to assist us with this specific situation.


WS