## Using JBC Recovery

This tool should be used if a MBB is lost or corrupt. This tool will pull the CVRs from the JBC and place them on a spare MBB written from the same election database.

1. Connect the JBC that the corrupt or lost MBB is from to LPT1.
2. Insert a spare MBB that was written from the same election database into the card reader on the PC.
3. Execute the JBC recovery utility. Password is Hartic.
4. Select the input source. Then click Next.
    A: A file is an mbb.bin file in which the CVRs from the JBC will be written to. Use the browse button to browse to where the mbb.bin file is located.
    B: Selecting the MBB card will have the utility write the CVRs to the flash card in the card reader slot.
5. Then select LPT1 and click Next.
6. Test the communication to the JBC and then click Next.
7. Then reconstruction process will begin and then give you a message the the process completed successfully.
8. Then click exit to close the utility.

If you reconstructed the MBB to a card then you can read the card into Tally as you would normally do. If you reconstructed to a file you have to perform the following to read the file into Tally.

1. To read a mbb.bin file into Tally you have to first place the mbb.bin file in a "aaa" folder on the C: drive.
2. Right click on the mbb.bin file and go to properties. Make sure that the read only option is not selected. If it is then uncheck it and click close or OK.
3. Next go to Start|Run and type regedit and click ok.
4. The registry editor window will then open. Double click HKEY Local Machine| Software|WES|Card Device. Under Card Device right click on Type and select modify.
5. Type in the word "File" with a capital "F". No quotes.
6. Then use the X in the top right hand corner to close the window.
7. Now you can open Tally and use the read MBB option and Tally will automatically read the mbb.bin file from the "aaa" folder.