```
                         FW DRAFT Release Notes.txt
From: Harrell, Travis
Sent: Tuesday, September 17, 2002 7:43 AM
To: Barbara White; John Gartrell; Linda Funkhouser; Randy Ray; Rich
Geppert; Sheri Charleston; Steve Gonzalez; William Singer
Cc: Adrian Gonzales; Kristen McPike; Peter Lichtenheld
Subject: FW: DRAFT Release Notes

All,
Please review the Relase Notes doc that Michael and company have provided and let me
have your feedback as soon as practical.

I think this is a giant step forward for us, so let's take a good look at what we
can do to institutionalize a process we have all asked for for months!

Pete...let's discuss after you review

Thanks...Travis


-----Original Message-----
From: mlawless@co.hartic.com [mailto:mlawless@co.hartic.com]
Sent: Monday, September 16, 2002 8:39 AM
To: Travis Harrell (E-mail)
Cc: Karen Snow (E-mail)
Subject: FW: DRAFT Release Notes


Travis:

Attached is our first draft of a release notes document.  I believe you
requested something like this be part of our standard system release
process.  This document identifies all of the changes that have been made to
the system (from the previous system version) as well as all of the known
defects of significance.  A document of this nature was requested a few
months ago when we released Sys 2.1.  It makes sense to me that you'd like
document like this one.  It is a more complete, detailed picture of what we
are delivering.

This document is very time consuming to produce.

Let me know if this is in-line with your expectations/requirements.

Michael


-----Original Message-----
From: Judy Sargent [mailto:jsargent@co.hartic.com]
Sent: Friday, September 13, 2002 4:51 PM
To: Michael Lawless
Subject: DRAFT Release Notes


Mike,
I've attached a draft copy of the System 2.1 release notes for your review.
Feel free to send it to the appropriate folks in Austin to see if a document
of this type is what they would like to have.  If it is, I'll finalize it
for distribution.

Judy




                                   Page 1
```



# System 2.1 Release Notes

Consisting of:
BOSS 2.9.04
TALLY 2.9.07
Ballot Now 1.5.09
Servo 1.2.02
JBC 1.16.03

COMPANY CONFIDENTIAL

This DOCUMENT contains confidential and proprietary information belonging exclusively to **Hart InterCivic, Inc**. No part of this publication may be reproduced, stored in a retrieval system, or transmitted in any form or by any means electronic, mechanical, photocopied, recorded, or otherwise without prior written permission of **Hart InterCivic, Inc**.

| Hart InterCivic | |
|---|---|
| Part Number: tbd-tbd | REV: A |
| Part Name: System 2.1 Release Notes | |
| File Name: RelNotes2.1.doc | Page 1 of 1 |



Rev A
DRAFT

# Table of Contents

Product: BOSS System V. 2.9.04, June, 2002 .................................................................................... 2
   Enhancements ............................................................................................................................. 2
   Fixed Defects (known defects that were fixed in this release) .................................................. 2
   Known Defects (defects not fixed in this release) ..................................................................... 3
Product: Tally System V. 2.9.07, June, 2002 ...................................................................................... 8
   Enhancements ............................................................................................................................. 8
   Fixed Defects (known defects that were fixed in this release) .................................................. 8
   Known Defects (defects not fixed in this release) ..................................................................... 9
Product: Ballot Now System V. 1.05.09, June, 2002 ........................................................................ 11
   Enhancements ........................................................................................................................... 11
   Fixed Defects (known defects that were fixed in this release) ................................................ 11
   Known Defects (defects not fixed in this release) ................................................................... 12
Product: PVS System V. (1.16.03 JBC / 1.16.01 eSlate), June, 2002 ............................................. 15
   Enhancements ........................................................................................................................... 15
   Fixed Defects (known defects that were fixed in this release) ................................................ 15
   Known Defects (defects not fixed in this release) ................................................................... 15
Product: SERVO System V. 1.02.02, August, 2002 ......................................................................... 17
   Enhancements ........................................................................................................................... 17
   Fixed Defects (known defects that were fixed in this release) ................................................ 17
   Known Defects (defects not fixed in this release) ................................................................... 17

eSlate Voting System 2.1 Release Notes    Part Number



# Product: BOSS System V. 2.9.04, June, 2002

## Enhancements

**1. New Template for 11x17 Paper with Ballot Stubs**

**Description**: A new template to support 11x17 paper ballots with ballot stubs has been added to the list of paper templates.

**2. Straight Party Voting Method**

**Description**: For all states, Office contests linked to the Straight Party contest can now have more than 1 valid choice in the Active Contest Maintenance screen.

## Fixed Defects (known defects that were fixed in this release)

**SCR 693: 200+ MBBs cannot be written**

> **Description:** The following SQL error would appear when 200 MBBs were written, "ballot_medium_id (unique key on t_ballot_medium table) key integrity was violated. This defect was not related to the size of the database.
>
> **Fix:** More than 200 MBBs can now be written.

**SCR 700: A large database cannot be copied forward**

> **Description**: This defect was related to the size of the database and a timer.
>
> **Fix:** The timer for creating a database has been removed.

**SCR 701: Blank audio strings cannot be recorded in BOSS**

> **Description**: In the Secondary Language for Contest screen, if the user saved a blank text string, BOSS would never again generate an audio text record to be recorded through the Audio screen.
>
> **Fix:** The database stored procedures that generate the audio records to detect either NULL or Empty String was modified to correct the problem.

**SCR 623: Reports - Polling Place List Summary (Absentee, Early, Election) are missing the Polling Place ID**

> **Description**: The Polling Place List reports were missing the Polling Place ID.
>
> **Fix:** The Polling Place IDs were added to the summary reports for Election Day and Early Voting.

eSlate Voting System 2.1 Release Notes    Part Number



# Known Defects (defects not fixed in this release)

**SCR 476**: Administration – User Maintenance – User logged in with 'Update' priviledges does not create a Ballot Now polling place following ballot generation

> **Description:** Administration/Update User When logged in to BOSS as a user with update privileges, the Ballot Generation with paper ballot selected does not create a "Ballot Now" polling place.
>
> **Workaround:** Log in to BOSS as an Administrator when creating ballot templates.
>
> **Status:** Open.

**SCR 650:** Administration – Import Precincts – Slow processing time

> **Description:** A precinct import file with 1000 rows takes approx. 23 minutes to import. 500 rows, 6 minutes, 300 rows, 3 minutes. Also, the import process does not have a processing indicator.
>
> **Workaround:** None.
>
> **Status:** Open.

**SCR 637:** Administration – Second Language for Contests- Spanish Instruction Text over-writes itself after 903 characters

> **Description:** The contest instructions can contain up to 1000 characters in length. When the text extends over 903 characters, the display begins to overwrite itself.
>
> **Workaround:** None.
>
> **Status:** Open.

**SCR 649:** Jurisdiction – Rules Tab – Write-In audio data does not copy forward

> **Description:** When a database is copied forward, the text strings for Write-in (both English and Spanish) are preserved, but the audio data is not and must be re-recorded
>
> **Workaround:** Do not delete the Write-in text string in the Jurisdiction Rules screen. Modify the text string to a new string, click "Save", then change the string back to its original and click "Save" again. For example, the text string was ' Write-in'. It was modified to 'fix this' .   Then modified back to 'Write-in.
>
> **Status:**  Scheduled to be fixed in BOSS 3.0.

**SCR 450:** Jurisdiction – Rules Tab – Allows Spanish characters for JBC passwords

> **Description:** Used aeio all with tilde's for Close Polls password. At the JBC aeio without tilde was entered.  JBC reported incorrect password.  Not able to close polls.
>
> **Workaround:** None.
>
> **Status:**  Scheduled to be fixed in BOSS 3.0.

**SCR 532:** Jurisdiction – Precinct Tab – Consolidating Precincts - All precinct dependencies are not listed

**Description:** The dependencies associated with the precincts being combined are supposed to be listed for the user to view. Only the dependencies of the first precinct selected are shown. The dependencies of the other precincts being combined are not shown.

**Workaround:** None.

**Status:** Scheduled to be fixed in BOSS 3.0.

**SCR 729:** Jurisdiction Screen – Blank Jurisdiction screen – Close, gives 2 Save Changes messages

**Description:** This only happens in a very specific set of steps.
1. Start with a new database.
2. Enter the Election Definition.
3. Go to the Jurisdiction screen.
4. Enter characters into Ballot Title field and save.
5. Backspace the characters out to delete the characters.
6. Click Close button.
7. In the Do you want to save changes?  Yes, No or Cancel message, select No.
8. The Do you want to save changes? message appears a second time.   Select Yes.

**Workaround:** None.

**Status:** Scheduled to be fixed in BOSS 3.0.

**SCR 672**   Active Contests – Candidate Name – Incumbent indicator does not function as required

**Description:** When a user selects the "Incumbent" check box next to the contestant name in BOSS ballot generation does not carry that data forward to display the word "Incumbent" next to or underneath the contestant name as specified in the BOSS requirement 3.2.15.1.2.3

**Workaround:** None.

**Status:** Open.

**SCR 549:** Active Contests – Edit Active Contest – Child contest dependent options incorrect

**Description:** The dropdown list for a child contest to be dependent on shows the Straight Party options.

**Workaround:** None.

**Status:** Scheduled to be fixed in BOSS 3.0.

**SCR 578:** Active Contests – Incumbent box always available whether activated or not

**Description:** Whether the Incumbent box is checked on the Rules tab under Jurisdiction or not, the user is allowed to check the incumbent box in the Active Contests window.

**Workaround:** None.

**Status:** Scheduled to be fixed in BOSS 3.0.

**SCR 655: Active Contests – Re-sequencing of Active Contests fails in Secondary Language for Contests**

**Description:** A contest that was moved from last row to first row in the Active Contests screen is not re-sequenced in the Secondary Language for Contests screen.

**Workaround:** None.

**Status:** Scheduled to be fixed in BOSS 3.0.

**SCR 657: Ballot Generation – Missing Spanish Text Strings message shows Spanish Write-in text for deleted Spanish Write-in text**

**Description:** A warning message is displayed during ballot generation indicating that the Spanish write-in text has not been defined when both the English and Spanish Write-in text was deleted.

**Workaround:** None.

**Status:** Scheduled to be fixed in BOSS 3.0.

**SCR 667: Ballot Generation – Missing Spanish Text Strings Message has a typo**

**Description:** On the window that opens during ballot generation warning that certain Spanish text has not been defined, there is a misspelling in the Note at the bottom of the window.

(NOTE: Only the first 50 characters of the element data are **DISPLAYED** here).

**Workaround:** None.

**Status:** Open, scheduled to be fixed in BOSS 3.0.

**SCR 674: Ballot Generation – Missing Spanish Text Strings Message shows Instruction text for deleted contests**

**Description:** Active Contest Instruction text is not being deleted from the database tables when a contest is deleted. This causes confusion to the user at the time a ballot is generated. The Instruction text appears on the missing Spanish text information screen.

**Workaround:** None.

**Status:** Open, scheduled to be fixed in BOSS 3.0.

**SCR 734: Templates – Options overflowing onto next page is dropping options**

**Description:** A contest has more options (candidates) than will fit on the eSlate or one or more of the paper ballots. On paper ballots, the candidates that do not fit on a single page are being dropped. The next page has extra white space where the candidates should go. On eSlate, the candidates are out of viewing range.

**Workaround:** Try sending the contest to Top of Page in the Active Contest screen.

**Status:** Open.

eSlate Voting System 2.1 Release Notes   Part Number



### SCR 736: Templates 8.5x11 (2-column) – Options overflow column

**Description**: Spanish proposition options are on same line as English options. If the options contain more than 18-characters each, they will overflow the column.

**Workaround:** None.

**Status:** Open.

### SCR 737: Templates 8.5x11 (3-column) – Option with more than 20 char overflows the column

**Description**: If a candidate name contains a 20-character string, it will overflow into the next column

**Workaround**: Choose a 2-column template.

**Status**: Open.

### SCR 702: Templates eSlate – Cannot create an eSlate large proposition text that wraps template

**Description**: Large proposition text that has enough carriage returns that should force the text to wrap on the eSlate. The ballot keeps getting the "Text is too large" error message, which is meant to alert the user to choose a different paper ballot template. eSlate template should not have this restriction.

**Workaround:** None.

**Status:** Scheduled to be fixed in BOSS 3.0.

### SCR 476: Reports – Polling Place Summary column headers overlap

**Description:** On Absentee, Early, and Election Polling Place Summary Reports, when the report has multiple columns of polling places, the column headers overlap each other. The data is correct.

**Workaround:** None.

**Status:** Open.

### SCR 555: Report window display problem

**Description:** When viewing the Active Contest Delegate List report and the Active Contest Options List report, some of the lines are compressed so that some text does not display in the viewing screen. The printed reports are okay.

**Workaround:** None.

**Status:** Open.

### SCR 717: Reports – Active Contest Options List and Entire Ballot State is dropping contests

**Description:** Active Contest Options List and Entire Ballot State is dropping contests that do not have English ballot instructions but do have Spanish ballot instructions. This also happens if a contest does not have any options.

**Workaround:** None.

**Status:** Open.

**SCR 730:** **Reports – Entire Ballot Slate – Missing Straight Party indicator w/ single candidate**

**Description:** When a contest is linked to the Straight Party contest and only has a single candidate (uncontested race), the Entire Ballot Slate Report does not indicate that it is a Straight Party contest.

**Workaround:** None.

**Status:** Open.

**SCR 581: Reports from db with character fields max'ed do not display properly**

**Description:** The header for all reports do not display all 50 characters of the Ballot Title. The state of the database is also cut off in the header.

**Workaround:** None.

**Status:** Scheduled to be fixed in BOSS 3.0.

**SCR 748: Reports –Program Error when 3-reports are generated twice**

**Description:** There are three reports that will produce a program error when they are selected twice.  When this happens, the buttons to close the screen are missing leaving the user confused as to how to close the screen.  For example, select the Options List report.  It will display on the screen.  Without closing the report, select the Options List report a 2nd time.  The three reports are:

* Options List report
* Ballot Content Proof report
* Entire Ballot Slate report

**Workaround:** Close the report that is displaying on the screen before selecting another report.  If the program error does appear, pres Ctrl + F4 to close the screen.

**Status:** Scheduled to be fixed in BOSS 3.0.

eSlate Voting System 2.1 Release Notes   Part Number



# Product: Tally System V. 2.9.07, June, 2002

## Enhancements

1. **Installation registery settings**

   **Description**: The registry setting that gets set during BOSS/Tally installation has been changed to:
   H_KEY_LOCAL_MACHINE\Software\BOSS\
   - "BD_DBVersion" = "n.nn.nn"  (where n = current bossdata database version)
   - "BS_DBVersion" = "n.nn.nn"  (where n = current BOSSSecurity database version)
   - "TS_DBVersion' = " n.nn.nn"  (where n = current TallySecurity database version)

2. **Real-time Audit Log**

   **Description**: The line printer was getting buffer overload error while printing the audit log when the MBB being read contained a large number of precincts. Now, only the first 8 precincts print, followed by ellipses (...) to indicate that there are more precincts.

3. **Disable pre-election Delete Write-in function after MBBs have been read**

   **Description**: In the Pre-Election Activities screen, the ability to delete Write-in Candidate names after MBBs have been read into the system has been removed.

4. **Datatype change**

   **Description**: A data type was changed from integer to long integer to give Tally the ability to read a single MBB containing 40,000 undervotes.

5. **Reports – Report Header now has voter/precinct data**

   **Description**: A row has been added to the header on some reports to show number of voters and precincts reporting data. This row gives the following statistics:

   Total Number of Voters:  # of # = %           Precincts Reporting:  # of # = %

---

## Fixed Defects (known defects that were fixed in this release)

**SCR 697: Reports – Summary (All Contest Report) % of Cast Votes**

**Description**: - % of Cast Votes now shows 100% instead of 0% for contests that have 1-option.

**SCR 703: Reports – Final Cumulative (registered voter data)**

**Description**: On Primary Elections, the registered voter data is now being reported for both parties.

---