DRAFT

## Known Defects (defects not fixed in this release)

### SCR 738: Import cannot handle special characters

**Description**: The format of import data must adhere exactly to the import format requirements. Data with special characters cannot be imported.

**Workaround**: Remove special characters prior to importing.

**Status**: Open.

### SCR 740: M2B3 communication error message

**Description**: Tally cannot detect the M2B3 if it is attached to the Tally computer AFTER Tally has been executed.

**Workaround**: Re-boot the computer to restore M2B3 communication.

**Status**: Open.

### SCR 743: Assigning Write-ins gives Sybase error if disk is full

**Description:** Election, Assign Write-ins gave Sybase error that disk was full and Sybase was rolling back. After re-booting, I made space available and was able to complete assigning write-ins.

**Workaround:** Always use Tally Check Disk Space before opening a database or processing MBBs. Free-up space if necessary.

**Status:** Open.

### SCR 744: Dr. Watsons

**Description**: On two different processes, Tally received DR. Watsons.

1. After reading approx 70 MBBs, the Unreported Polling places report was viewed. When the Print button was selected, a Dr. Watson appeared. Cannot reproduce.

2. Also recieved a Dr. Watson when reading 1-MBB card out of 41 cards using the M2B3. Cannot reproduce.

**Workaround**: None.

**Status:** Open.

### SCR 745: Audit Trail - Election Day Write-in activities are not logged

**Description**: From the Election screen a user has the ability to assign/reject write-ins. This action is not being captured by the Audit log.

**Workaround:** None.

**Status:** Open.

### SCR 350: Reports - Contests without options do not appear in Tally reports

**Description**: If a contest does not have votable options, it will not appear in any Tally reports.

**Workaround:** None.

**Status**: Open.

eSlate Voting System 2.1 Release Notes   Part Number                         DRAFT v.

### SCR 742: Reports Header – Truncates Total Number of Voters percentage

**Description:** Total Number of Voters percentage in the header truncates, dropping characters off at the right. For example:

> Total Number of Voters:  229,800 of 1,852,286 = 12.

> should read

> Total Number of Voters:  229,800 of 1,852,286 = 12.41%

**Workaround:** None.

**Status:** Open.

### SCR 746: Reports – Excluded Provisional Ballots counted as undervotes

**Description**: If Pre-election Options are set to 'EXCLUDE Provisional Ballots', <u>UNASSIGNED</u> WRITE-IN votes from the Provisional ballot are being counted as UNDERVOTES. The votes should not be counted.

**Workaround:** None.

**Status:** Open.



# Product: Ballot Now System V. 1.05.09, June, 2002

## Enhancements

1. **Default ballot type is either "Election" or "Test**

   **Description:** The "Print Ballots" dialog now defaults to either "Election" or "Test" ballot, depending upon the MBB type. It no longer defaults to "Sample".

2. **11x17 Ballots with stubs**

   **Description**: An 11x17 ballot with stubs can be printed and processed.

3. **Vote Both Sides**

   **Description**: To reduce the number of ballots not voted on the backside, "Vote Both Sides" appears at the bottom of the ballot as well as the top.

4. **Additional scanner support (SCR 281)**

   **Description**: Four Kodak scanners are now supported: 9520, 3500, 3520, and 1500. The Fujitsu M3097 is also supported.

5. **If a Batch is not resolved, MBBs will not be saved**

   **Description**: CVRs for a batch will only be saved to the MBB if all ballots in that batch are resolved.

6. **Multiple BNIP networked PCs (SCR 73)**

   **Description**: To speed-up ballot image processing, up to two additional BNIP computers can be networked to the Ballot Now PC.

---

## Fixed Defects (known defects that were fixed in this release)

**SCR 305: "Transferring" is misspelled on dialog**

**Description:** The word, Transferring in the Recover Card dialog is corrected to Transferring.

**SCR 300: Missing Spanish text on ballot**

**Description**: If a bilingual ballot is present, "Vote Both Sides" and "This page intentionally left blank" now appear in Spanish as well as English. The Language radio group option was removed from the Print dialog and the Print Proofs dialog.

**SCR 314: Overvote flag defect**

**Description**: Through a certain sequence of actions on the "Resolve Overvote" screen, it was possible to set the overvote flag for the contest, when it actually was not overvoted. This has been fixed

eSlate Voting System 2.1 Release Notes    Part Number



### SCR 315: Missing option boxes when printing

**Description**: Occasionally, when printing ballots, the option boxes did not print. This happened when there were a large number of contests on a ballot. This has been fixed.

---

## Known Defects (defects not fixed in this release)

### SCR 344: BNIP reported false positive for a single contest

**Description**: While scanning ballots for the System 2.1 testing, BNIP reported an overvote in a contest that was clearly marked correctly (autovoted).

**Workaround:** None.

**Status:** Open.

### SCR 201: Allows assigning multiple write-ins

**Description**: When resolving write-ins, if there are two or more selected Write-in options, Ballot Now should not allow the user to assign the same authorized candidate to multiple write-in options.

**Workaround:** None.

**Status:** Open.

### SCR 333: Write-in Is Misspelled

**Description**: The word "write-in" is misspelled as "writein" across all documentation as well as the Ballot Now application.

**Workaround:** None.

**Status:** Open.

### SCR 343: "Recover Card" function can create wrong number of CVRs

**Description**: If CVRs are written to an MBB, then the "Recover Card" feature is used to recover the CVRs to a new MBB, the election cannot be closed without again saving those CVRs to the MBB. This results in the wrong number of CVRs on the card.

**Workaround:** None.

**Status:** Open.

### SCR 248: Recover Card if #CVRs on card don't match Public Counter

**Description**: If there is a system failure, or the card is removed during writing of CVRs to the MBB, it is possible for the database to lose track of what CVRs have been written to the MBB.

**Workaround**: One way to mitigate this risk is to compare the number of CVRs on the card with the Ballot Now Public Counter. If they do not match, perform a Card Recovery.

**Status**: Open.

eSlate Voting System 2.1 Release Notes   Part Number



### SCR 337: Cancel Print increments serial number

**Description**: When a user opens a new election and immediately prints ballots, Ballot Now displays a printer dialog. If the user cancels this dialog, the serial numbers still increment even though ballots are not printed.

**Workaround:** None.

**Status**: Open.

### SCR 338: Confusing Information on Print Setup dialog

**Description**: When the user switches between enabling the printing of a ballot stub on an 8.5x11 ballot, then clicks "Select Printer", the dialog displays the incorrect paper size of "Letter" instead of "Legal".

**Workaround**: Click OK on the Print Setup dialog, click Save on the Program Options Ballot Printing screen, then re-open the the Program Options Ballot Printing screen. The correct information is displayed

**Status**: Open.

### SCR 338: Audit trail for add/delete users

**Description**: Add and delete user functions are only logged into an audit trail if an election is open while those tasks are performed.

**Workaround:** None.

**Status:** Open.

### SCR 339: Audit Trail - Incorrect Information about duplicates

**Description**: When the user checks the "Disallow Duplicates" box, the audit report includes the following entry,    "Allow Dups - YES"

When the user unchecks the "Disallow Duplicates" box, the audit report inclues the following entry

   "Allow Dups - NO"

These entries should be reversed.

**Workaround:** None.

**Status:** Open.

### SCR 293: Deleting elections

**Description**: If the user deletes an election, two prompts appear that state "can't find path" and "can't delete image file". This can be considered harmless, however the database folder and the image folder inside remain in the Ballot Now file, although empty. This is trouble if the user deletes an election and hopes to reload the same election using another MBB.

**Workaround:** None.

**Status:** Open.

eSlate Voting System 2.1 Release Notes   Part Number



### SCR 316: Database Server error message typo

**Description**: If the Start Line for the Database Server is incorrect, Ballot Now displays an error message upon startup:

> "Can not connect to..."

should be

> "Cannot connect to..."

**Workaround:** None.

**Status:** Open.

---

eSlate Voting System 2.1 Release Notes   Part Number



## Product: PVS System V. (1.16.03 JBC / 1.16.01 eSlate), June, 2002

### Enhancements

**1. JBC firmware enhancement to add battery timeout**

**Description**: The battery will now time-out when main electrical power is off for 2-minutes or longer. The JBC timeout only occurs during specific states that do not affect JBC use after polls are opened.

**2. Straight Party voting logic**

**Description**: eSlates can now handle more than one candidate selection in an Office contest that is linked to the Straight Party contest.

---

### Fixed Defects (known defects that were fixed in this release)

None

---

### Known Defects (defects not fixed in this release)

**SCR 195: Ballot Summary Spanish - "No Selections" different color than in English**

**Description**: On the Ballot Summary screen, in Spanish the words "No Selections" are black. In English, they are Red.

**Workaround:** None.

**Status:** Open.

**SCR 160: Battery power to eSlates**

**Description**: When under battery power, the JBC can only communicate with 8 eSlates

**Workaround:** None.

**Status:** Open.

**SCR 192: Disconnecting last eSlate w/o batteries does not disable Booth/Access Code**

**Description**: If the last eSlate in the line (no batteries w/ ballot enabled) is disconnected from the network, the JBC thinks that eSlate is in curbside mode and does not disable the booth/access code.

**Workaround:** Cycle power to re-assign the Booths.

**Status:** Open.

eSlate Voting System 2.1 Release Notes   Part Number



### SCR 208: JBC Audit Log - 0x0105 CRC entry missing

**Description**: The JBC Audit Log Spec indicates that the CRC of the MBB should be stored in the 2nd Data field of the entry, but the actual value stored by the JBC is 0x00000000.

**Workaround:** None.

**Status:** Open.

### SCR 170: Flashing Cast Ballot/Next icon on Spanish ballot overwrites text

**Description**: On the ballot summary screen for a Spanish ballot, the flashing Cast Ballot and the Next icons overwrite the word "carrera".

**Workaround:** None.

**Status:** Open.



# Product: SERVO System V. 1.02.02, August, 2002

## Enhancements

### 1. Multiple Recount MBBs

**Description**: SERVO can now to write multiple MBBs in order to create a recount. For large elections, such as Harris County, the recount data may be too large to fit on one MBB. In this case, SERVO will request a new MBB, or if the M2B3 has multiple cards inserted, SERVO will move to the next card and continue writing.

## Fixed Defects (known defects that were fixed in this release)

None

## Known Defects (defects not fixed in this release)

### SCR 19:   Cast Vote Record data corruption

**Description:** While investigating an Access Violation occuring during the creation of a recount MBB, it was found that the CVR data had become corrupted. It is currently unknown where the corruption occurred. Tally correctly read the original MBB from the JBC.

**Workaround:** None.

**Status:** Open.

### SCR 20:   Recount MBBs not properly "closed"

**Description:** The recount MBBs that are created by SERVO are flagged by Tally as not being properly closed. According to the PVS Audit Log entries, the code 0x0114 should be the last code that is entered into the audit log.

**Workaround**: None. Does not prevent Tally from reading the recount MBB.

**Status:** Open.

### SCR 3:   Reports – SERVO Audit

**Description**: SERVO does not log an audit log entry when the JBC clock is set.

**Workaround:** None.

**Status:** Open.

eSlate Voting System 2.1 Release Notes    Part Number



**SCR 4:** Reports – SERVO Audit

**Description**: Some of the audit log entries for the JBC are not listed when SERVO backs up the device. The codes for these entries are present, but they are listed as "Unknown".

**Workaround:** None.

**Status:** Open.

**SCR 9:** Reports – SERVO Audit

**Description**: Generating the Backed Up Devices Report is mis-identified in the internal audit log as "Equipment report".

**Workaround:** None.

**Status:** Open.

**SCR 11:** Reports – Device Cast Vote Record Report - blank ballots

**Description**: Blank ballots are not accounted for on the Device Cast Vote Record report.

**Workaround:** None.

**Status:** Open.

**SCR 12:** Reports – Truncated Candidate names in reports

**Description**: If a candidates name has double-quotes in it (i.e. Joseph "Joe" Smith), the report will truncate the name as Joseph.

**Workaround:** None.

**Status:** Open.

**SCR 14:** Reports – HTML Report export defect

**Description:** HTML export for either available format in SERVO does not work- the report produced does not list candidate names.

**Workaround:** None.

**Status:** Open.

**SCR 15:** Installation - Changing installation drive causes reporting problems

**Description:** If SERVO is installed in any drive other than C:, reports will not run.

**Workaround:** None.

**Status:** Open.

**SCR 21:   Installation - Changing location of SERVO install prevents SERVO from starting**

**Description:**  The installation of SERVO hardcodes registry and ODBC settings to point to a specific location of installation.  If the user changes the installation directory, the registry/ODBC settings do not get updated to match.

**Workaround:** None.

**Status:**  Open.