

BOULDER COUNTY, COLORADO

VOTING TABULATION



subjects the units to extreme temperature stresses, not enough to destroy the unit as in HALT testing, but stressful enough to expose any intermittent or latent defects – before the unit is released to the customer. The result of the HASS test has a baseline yield established which indicates that the manufacturing processes are within tolerance.

A strong validation of the durability of the eSlate System while in storage is the recently concluded Salt Fog test referenced elsewhere in this report. This stringent test uses a special chamber as specified in ASTM B117-97 Standard Practice for Operating Salt Spray (Fog) Apparatus. Fog generators use a tank of synthetic seawater to produce a mist in the atmosphere of the chamber. The chamber is also maintained at a constant 40 degrees Celsius, or about 100 degrees Fahrenheit. One week in this highly corrosive, aggressive environment equates to about one year of storage in a warehouse without climate controls, located near a marine environment. Hart InterCivic equipment was tested for 12 weeks, thus emulating 12 years of warehouse storage.

After exposure to the salt fog chamber environment, the units were disassembled and inspected for visually apparent damage and degradation. The Hart InterCivic test units showed only minor corrosion of external pieces of hardware such as screws and nuts on connector fittings. The corrosion seen did not impact the user's ability to connect the hardware to the system cables. There was also some oxidation of the copper electromagnetic interference (EMI) shielding on the DAU unit, but this did not affect the functionality of the shielding.

More importantly, after reassembly of the test units, each passed a functional test. This functional test took the test units through an election cycle, and tested every button and switch for functionality. The units properly and accurately recorded CVRs and stored these on the MBB, the eSlate, and the JBC paper record.

In summary, this testing was a successful demonstration of the eSlate election solution's durability and reliability under adverse storage and operating conditions.

### 33.2 Proposer's Response

| a. Will you meet these requirements? | Yes | X | No |
|---|---|---|---|

b. **How do you propose to meet this requirement? Make sure to include item(s) listed below:**

(1) **Are all components in a protective case? Please describe.**

BOULDER COUNTY, COLORADO

VOTING TABULATION



### Hart InterCivic Response

Hart InterCivic's eSlate Electronic Voting System includes a specially designed voting booth that is used to store and transport the eSlate, and provides security and easy set-up.

Each eSlate Voting Booth is configured so that the connection ports for data cables are on the outside of the booth, facilitating connection to warehouse utilities hardware without removing the voting unit from the booth. By storing and transporting the eSlate and DAUs inside their eSlate voting booths (which are included in the price of the components), the units are well protected against the hazards of frequent handling and use.

Each eSlate voting booth may be secured with a security seal for tamper detection while in the warehouse or in storage at the polling place, before or after use.

### (2) Describe the environmental requirements of all components.

### Hart InterCivic Response

We detail environmental requirements for each component in *Exhibit IV-22: Environmental Requirements*.

### (3) Detail the changes that would be needed in the Boulder County Clerk & Recorder warehouse to properly store the equipment.

### Hart InterCivic Response

Since there are no special storage requirements for the eSlate system, no changes are needed in County Clerk and Recorder's warehouse to properly store the proposed eSlate equipment.

The eSlate System includes a sturdy booth caddy that securely stores up to eight eSlates. The integrated design of the eSlate Voting Booth – Booth Caddy combination and the near maintenance free features of the voting devices afford the County broad flexibility in selecting a storage configuration that is efficient for both space utilization and equipment handling. At the County's option, suitable warehouse storage racks may be utilized to achieve a storage configuration that best meets the County's needs.

Hart will assist the Boulder County Clerk in the development of warehousing plans and processes. This is a standard element of the installation process. An excellent example of Hart's work in this area is the Harris County Elections Warehouse Analysis included in the *Attachment 9: Warehouse Plan Example (Harris County)*.

**eSLATE ENVIRONMENTAL STANDARDS**



BOULDER COUNTY, COLORADO

VOTING TABULATION



| Components & Peripheral Equipment | Specifications | Operating | Storage & Transportation |
|---|---|---|---|
| eSlate 3000 | Temperature | 40 – 100 degrees F | - 15 to 150 degrees F |
| | Humidity | 0 – 95 percent relative humidity, non-condensing | Per MIL-STD-810 |
| | Vibration | Per MIL-STD-810 | |
| | Drop Height | Per MIL-STD-810 | Per MIL-STD-810 |
| | Power Requirement | 120 VAC, 60Hx; Fuse – 250V, 2A | N/A |
| DAU 5000 | Temperature | 40 – 100 degrees F | - 15 to 150 degrees F |
| | Humidity | 0 – 95 percent relative humidity, non-condensing | Per MIL-STD-810 |
| | Vibration | Per MIL-STD-810 | Per MIL-STD-810 |
| | Drop Height | Per MIL-STD-810 | Per MIL-STD-810 |
| | Power Requirement | 120 VAC, 60Hx; Fuse – 250V, 2A | N/A |
| JBC 1000 | Temperature | 40 – 100 degrees F | - 15 to 150 degrees F |
| | Humidity | 0 – 95 percent relative humidity, non-condensing | Per MIL-STD-810 |
| | Vibration | Per MIL-STD-810 | Per MIL-STD-810 |
| | Drop Height | Per MIL-STD-810 | Per MIL-STD-810 |
| | Power Requirement | 120 VAC, 60Hx; Fuse – 250V, 2A | N/A |

Exhibit IV-22: Environmental Requirements. eSlate System components are highly durable and require no special operating or storage climate controls.

### 34.0   STORAGE REQUIREMENTS (SPACE)

#### 34.1 Requirement

The voting booth/storage case should be designed to allow a stable stacking of the components. Other components should also be designed to be stored in a space-efficient manner.

**Hart InterCivic Response**

BOULDER COUNTY, COLORADO

VOTING TABULATION



The eSlate voting devices are stored in their booths, which are stacked and held securely and neatly in a specially designed caddy. The caddy can also serve as a transportation device to facilitate the transfer of multiple booths to a polling location.

The caddies have been designed such that changes can be made to suit a variety of warehouse procedures, storage and transportation options. Hart will work with the County to optimize the desired approach and configuration.



*More than 8000 eSlates, stored in their voting booths, are warehoused by Harris County, Texas, using the eSlate Voting Booth Caddy.*

### 34.2 Proposer's Response

| a.  Will you meet these requirements? | Yes        X | No |
|---|---|---|

**b. How do you propose to meet this requirement? Make sure to include item(s) listed below:**

**(1) Describe in detail the storage requirements for all components.**

<u>Hart InterCivic Response</u>

The integrated design of the eSlate Voting Booth – Booth Caddy combination, and the near maintenance free features of the voting devices themselves, afford the County broad flexibility in selecting a storage configuration that utilizes space very efficiently.

The most efficient use of floor space for storage <u>and</u> the fastest and most efficient handling of system components can be achieved by storing the eSlate voting devices secured in their eSlate Voting Booth on the eSlate Booth Caddy. The Caddy holds eight (8) booths in a configuration that affords easy access to each individual eSlate's external port connection, while allowing highly efficient movement of the devices by forklift, manual or powered pallet jack, or two-wheeled manual hand truck.

Storage of the eSlate Judge's Booth Controller (JBC) in individual, durable, specially designed storage and transportation cases affords an equally broad range

---

BOULDER COUNTY, COLORADO

VOTING TABULATION



of options to achieve highly efficient space utilization and materiel handling. JBCs can be stored at floor level or on racks with up to thirty (30) units on a standard 42"x 48" pallet.

**(2) Could your system components be stored separately from your proposed voting booth/storage case, should the County choose to purchase or have manufactured its own voting booth?**

<u>**Hart InterCivic Response**</u>

eSlate components do not have to be stored in the eSlate booth. The County could purchase or have manufactured its own booth.

However, the eSlate booth is designed to protect the DRE unit while in storage. Also, storing the eSlate in the booth offers an efficient use of Boulder County's limited storage space and increases ease of deploying the equipment for elections.

## 35.0   STORAGE REQUIREMENTS (DURABILITY)

### 35.1 Requirement

**All components shall be able to withstand frequent changes in location and be designed so that relocation can be easily and efficiently accomplished.**

<u>**Hart InterCivic Response**</u>

When stored in their booths and caddies, the eSlates are easily and efficiently moved inside the warehouse or transported to the polling place. The eSlate and JBC units are built for durability and heavy field use.

### 35.2 Proposer's Response

| a. Will you meet these requirements? | Yes X | No |
|---|---|---|

**b. How do you propose to meet this requirement? Describe the durability of the components.**

<u>**Hart InterCivic Response**</u>

eSlate System components have been designed for a long product life. All electronic components that dissipate power were selected with more than twice the power handling capacity required for the particular circuit element. The other components were selected with at least double the current and the voltage required for the application.

Utilizing MIL SPEC type "Part Count Method" analysis for calculating the reliability of electronic systems, a conservative calculation of the predicted Mean Time Between Failure (MTBF) for the system's electronic circuits shows that the

BOULDER COUNTY, COLORADO

VOTING TABULATION



eSlate product life will far exceed 24 years. Mechanical components of the eSlate System were selected, designed, and constructed to remain serviceable at least throughout the life of the electronic components.

## 36.0   STORAGE REQUIREMENTS (SECURITY)

### 36.1 Requirement

**Once set up for the election, all components shall be tamper-proof when left unattended, whether in the Clerk and Recorder's warehouse or at the polls.**

#### Hart InterCivic Response

The eSlate System includes both physical and electronic security features to minimize the possibility of tampering when the system is unattended.

### 36.2 Proposer's Response

| a.  Will you meet these requirements? | Yes | X | No |
|---|---|---|---|

b.  **How do you propose to meet this requirement? Describe the security features associated with each component.**

#### Hart InterCivic Response

Each specially designed eSlate Voting Booth, which doubles as a storage case for the eSlate and DAUs, may be secured with a security seal for tamper prevention and detection while in the warehouse or the polling location.

In addition to these physical security features, the eSlate polling place components run on a closed, secure network with no external access that would allow intrusion.  This feature, coupled with the use of propriety communication protocols and database structures, and built-in electronic security measures, renders eSlate System components virtually impervious to electronic tampering.

## 37.0   STORAGE REQUIREMENTS (MAINTENANCE)

### 37.1 Requirement

**Components shall require minimal maintenance during storage.**

#### Hart InterCivic Response

All components are nearly maintenance-free.  The units can be stored under minimal climate control and do not require continuous power for battery charge.

 BOULDER COUNTY, COLORADO

VOTING TABULATION



### 37.2 Proposer's Response

| a.  Will you meet these requirements? | Yes        X | No |
|---|---|---|

b. **How do you propose to meet this requirement? Make sure to include item(s) listed below:**

(1) **Describe all maintenance that would be required prior to preparation for an election. Examples might include changing of printer paper, charging time for batteries, and clearing redundant memories of previous election data.**

**Hart InterCivic Response**

All components are nearly maintenance-free and are not reprogrammed for each election. They require only the minimum measures outlined below in preparation for an election.

eSlate DRE Units

- Reset internal memory (may be combined with capturing a backup copy of the data, if desired)
- Test charge level of backup battery power, if batteries are installed and will remain in the unit
- Wipe the display screen

eSlate DRE Units with Disabled Access Unit

- Remove DAU Audio Card
- Reset internal memory (may be combined with capturing a backup copy of the data, if desired)
- Test charge level of backup battery power, if batteries are installed and will remain in the unit
- Wipe the display screen

Judge's Booth Controller

- Remove Mobile Ballot Box
- Reset internal memory (may be combined with capturing a backup copy of the data, if desired)
- Test charge level of backup battery power, if batteries are installed and will remain in the unit
- Check printer paper and replenish, as necessary

BOULDER COUNTY, COLORADO

VOTING TABULATION



- Wipe the display screen

**(2) What maintenance can be completed without opening the case or removing the unit from a stored location?**

**Hart InterCivic Response**

All maintenance is performed without opening the case except for wiping the screen, testing the charge level of the battery, and replacing paper in the JBC. No other maintenance is required. Through the port located on the outside of the eSlate booth, election officials can download election data for archiving, create asset management data files, reset equipment in preparation for the next election and update system firmware.

**(3) What are the warehouse power requirements for 1,250 (1,000 for polling places + 250 for line abatement and backup devices)? How many backup batteries can be charged simultaneously on a single 20-amp circuit?**

**Hart InterCivic Response**

The eSlate backup power is provided by a battery pack of eight standard D cell alkaline batteries. These are not rechargeable batteries and, therefore, *there are no power requirements during storage.* The battery packs have a tested shelf life of five years, and can provide power to voting devices for 18 hours.

Hart InterCivic's decision to use alkaline batteries in the eSlate was based on several considerations.

- Rechargeable batteries, especially the NiCad batteries typically used in competitor's voting devices, must be charged according to manufacturers specifications. This generally means that the battery must be fully discharged before being recharged, or the battery capability is diminished as a result of the "memory effect." ("Nickel-cadmium batteries have a memory effect in which the voltage drops by two levels during discharge after shallow charge/discharge cycles." Quoted from an Engineering Handbook published by Sanyo, makers of "Cadnica" NiCads).

- Recharge cycles for NiCad batteries may be as often as every 45 days. This places a significant burden on warehousing staff.

- Alkaline batteries provide more reliable, consistent power.

- The eSlate does not require power to maintain device or system settings.

**(4) If the Boulder County Clerk & Recorder fully charges the batteries four weeks prior to Election Day, how many hours of backup power could be provided should the need arise? Explain.**



BOULDER COUNTY, COLORADO

VOTING TABULATION



### Hart InterCivic Response

Please refer to the detail presented in previous subsection. The battery packs in the eSlate devices provide power for up to 18 hours of continuous use.

## 38.0   TRANSPORTABILITY

### 38.1 Requirement

**The components shall be transported to many different locations. All components should be lightweight and easily and efficiently transported without damage.**

### Hart InterCivic Response

The eSlate's components are lightweight and easily transported. Each eSlate Voting Unit weighs approximately 5.2 pounds without the backup power battery pack installed, and approximately 7.7 pounds with the battery pack installed. Each JBC weighs approximately 6.4 pounds and the eSlate Voting Booth weighs less than 28 pounds, with the eSlate and battery pack included. Several eSlates in their booth/storage cases can be transported in a standard passenger vehicle.

### 38.2 Proposer's Response

| a.  Will you meet these requirements? | Yes       X | No |
|---|---|---|

**b.  How do you propose to meet this requirement? Make sure to include item(s) listed below:**

**(1) Describe how all components can best be transported to and from the polling sites.**

### Hart InterCivic Response

The eSlates, DAUs, JBCs, and Mobile Ballot Boxes are either delivered by a transportation/delivery company or warehouse staff to the polling place, or are transported to the polling place by the Poll Workers. For ease of transportation, the voting units are placed in the specially designed eSlate voting booths, that double as compact, sturdy storage and transportation cases.

At the option of the County, up to eight eSlates can be securely racked in the eSlate Caddy, which can serve as a transportation device for multiple eSlates.

**(2) Is there a transport unit that would hold all components for a single poll facility?**

BOULDER COUNTY, COLORADO

VOTING TABULATION



### Hart InterCivic Response

Delivery and storage requirements vary with each customer so Hart has designed a variety of solutions to meet the varied requirements. The County may choose to use the Booth Caddies designed especially for storing and moving the booths in the warehouse. The Booth Caddies can be configured to store components for a single poll facility, as well as supplies required. The Caddies have been designed such that changes can be made to suit a variety of warehouse procedures, storage and transportation options. A fully loaded caddy can be moved through the use of a standard hand truck (dolly). Hart will work with the County to optimize the desired approach and configuration.

## 39.0 TECHINICAL REQUIREMENTS AND INFORMATION

### 39.1 Requirements

**Vendor will identify:**

(1) **all computer hardware and software required for the proposed system, all associated licenses, and the costs of those licenses. These include but are not limited to:**

    a. **Server requirements, both hardware and software;**

    b. **Workstation PC requirements, both hardware and software;**

    c. **Printer requirements.**

### Hart InterCivic Response

A complete list is provided in response to the question below.

(2) **all databases used for vote tabulation and any associated requirements;**

### Hart InterCivic Response

All software applications supporting the eSlate System use Sybase SQL database.

(3) **all reports included in the proposed system;**

### Hart InterCivic Response

Lists and samples of all standard reports included as part of the eSlate System are provided in *Attachment 2: eSlate System Reports.*

(4) **any reporting tools that can be used by Elections Office staff to create custom reports, so that data from the proposed system can be extracted and organized in ways that differ from the reports included in (3);**

---

 BOULDER COUNTY, COLORADO

VOTING TABULATION



#### Hart InterCivic Response

Crystal Reports is included in the proposed system for creating and formatting custom reports.

(5) **all modules in the proposed system that can directly interface with the Integrity EMS. These would include but not be limited to:**

    a. **Electronic capture of voter signature at polling place to add to Integrity signature database**

    b. **Ability to view map of county on County web site, choose a precinct, and view election results for that precinct on Election Night**

    c. **Ability to publish reports as PDF files for posting to County web site**

#### Hart InterCivic Response

We acknowledge and will meet the requirements for integration with Integrity. Please see the detailed response below.

The eSlate System can print PDF files for posting to County web site. We will work with the County to implement the digital signature capture capability and the graphical interface (map) described above.

### *39.2 Proposer's Response*

| a. Will you meet these requirements? | Yes      X | No |
|---|---|---|

b. **How do you propose to meet these requirements? Address all requirements listed above, making sure to include item(s) listed below:**

(1) **Provide a complete list of the hardware and software necessary for the proposed system.**



BOULDER COUNTY, COLORADO

VOTING TABULATION



| Software Category | Product |
|---|---|
| Application Software | Ballot Origination Software System<br>Tally<br>Ballot Now<br>SERVO<br>Rally |
| Operating system (PCs in Elections Offices): | Windows NT/2000<br>NT: Version 4.0, Service Pack 6<br>Windows 2000, Service Pack 3 |
| Operating System (Precinct Voting System) | Precise MQX |
| Database Management System (DBMS): | Sybase SQL Anywhere V7.0 |
| Custom report writer program | Crystal Reports v8.5 (optional) |
| Other | Adobe Acrobat v5.0 |

| Component Type | Proposed Specification |
|---|---|
| **Polling Place Equipment** | |
| | eSlate3000 |
| | Judge's Booth Controller |
| **PC  (BOSS, Ballot Now, Tally)** | |
| Type | Dell 260 GX |
| Processor | P4, 2 GHz |
| Chip Set | Intel 845G |
| RAM | 512 Mb |
| Disk Storage Capacity (GB) | 7200 RPM, 80 GB |
| Avg. Access Time (Ms) | 9.9 Ms |
| Transfer Rate (Mb/sec) | 100 Mb/sec |
| 3½" Floppy, 1.44 Mb | Standard |
| Monitor Size (Inches) | 17" |
| CD/DVD | n/a |
| Monitor Type (1024 x 768) | 1024 x 768 |
| Video Memory (MB) | 8Mb |
| Keyboard Type | Standard AT |
| Optical Backup | CDRW 24 x 10 x 40 |
| NIC, Network Cards | 10/100 Mb |



BOULDER COUNTY, COLORADO

VOTING TABULATION



| Component Type | Proposed Specification |
|---|---|
| USB Ports | None |
| Serial Ports | None |
| Parallel Port | EPP compliant |
| **PC (SERVO)** | |
| Type | Dell Latitude C640 |
| Processor | MP4, 2.4 GHz |
| RAM | 512 Mb |
| Disk Storage Capacity (GB) | 40 GB |
| Avg. Access Time (Ms) | 9.5 Ms |
| 3½" Floppy, 1.44 Mb | Standard |
| Monitor Size (Inches) | 14.1" display |
| CD/DVD | n/a |
| Video Memory (MB) | 8 Mb |
| Keyboard Type | 87 key US layout included |
| Optical Backup | CDRW 24 x 10 |
| NIC, Network Cards | 10/100 Mb |
| USB Ports | Not required |
| Serial Ports | Not required |
| Parallel Port | EPP compliant |
| **Laser Printer (BOSS and Tally)** | |
| Type | HP 2300 laser jet |
| Speed | 19 pages per minute |
| **Scanner** | |
| Type | Kodak i830 |
| Speed | 160 ppm  8.5"x11" |

**(2) Provide a complete list of the reports and reporting tools included in the proposed system;**

<u>Hart InterCivic Response</u>

The following table provides a lists of all standard eSlate reports. Report samples are provided in *Attachment 2:  eSlate System Reports.*  As noted previously,



BOULDER COUNTY, COLORADO

VOTING TABULATION



Crystal Reports, the industry's leading custom report writing tool, is also included with the eSlate System installation.

| Application | Reports | |
|---|---|---|
| **BOSS** | Active Contest List<br>Active Contests Delegates List<br>Active Contests Options List<br>Audit Trail<br>Ballot Content Proof<br>Contest List Summary<br>Contest List With Details<br>Entire Ballot Slate<br>Equipment List<br>Media Production List | Polling Place List – Absentee Voting - Detail<br>Polling Place List – Absentee Voting - Summary<br>Polling Place List – Early Voting - Detail<br>Polling Place List – Early Voting - Summary<br>Polling Place List – Election Day - Detail<br>Polling Place List – Election Day - Summary and<br>Precinct List |
| **Ballot Now** | Audit Trail<br>Certified Write-Ins<br>Election Report<br>Printed Ballots by Precinct | Scan Batch Report<br>Scanned Ballots by Precinct<br>Scanned Ballots by Batch and<br>Unresolved Ballots |
| **Tally** | Combined Official Canvass<br>Election Day Precinct Not in Status<br>Final Cumulative<br>          Precinct Status<br>Precinct Status With MBB IDs<br>Provisional Ballots<br>Rejected Write-In Candidates | Results Detail<br>Results Summary<br>Summary for All Contests<br>Summary for All Contests by Precinct<br>Summary for All Contests for Public<br>Unreported Polling Places and<br>Write-in Candidates |
| **SERVO** | Equipment List<br>Backup Devices<br>Device Connectivity Report<br>Device Audit Log | Device Cast Vote Records Report<br>Votes by Precinct Report<br>SERVO Internal Audit Report |

**(3) What modules do you currently have that integrate with Integrity?**

**Hart InterCivic Response**

As part of the initial Work Process Analysis, Hart InterCivic will define all necessary interface points between Integrity and the eSlate System. This will include the interface with BOSS for data importing, as well as necessary interfaces with Ballot Now and Tally to support updating of Integrity data.

Also included in the analysis will be integration with any existing or proposed signature databases and the impact of such integration on the operation of the eSlate System. Hart InterCivic is experienced in the integration of the eSlate

BOULDER COUNTY, COLORADO

VOTING TABULATION



System with other Election Management Information Systems. For example, in Harris and Tarrant Counties (Texas), issuance of Access Codes and presentation of the correct ballot style to early voters is fully integrated and automated at the Early Voting polling place. Hart will assess the system requirements for automating the interface between the Integrity System and the eSlate System, and ensure that operational requirements are achieved.

**(4) What modules do you expect to develop that integrate with Integrity?**

**Hart InterCivic Response**

Please see previous response.

## 40.0   TRAINING (IT STAFF)

### 40.1 Requirements

a. **Vendor shall provide to the Boulder County Clerk & Recorder IT staff the following, at a minimum:**

- **comprehensive operator manuals;**

- **on-site instruction sufficient to allow successful operation of the system without further vendor support;**

- **system and engineering training to Boulder County Clerk & Recorder systems personnel. This should include hardware maintenance and rebuilding, software setup beyond normal election setup, web page generation, and the exporting of files for the reporting media;**

- **use of election management, ballot generation, and absentee voting software.**

**Hart InterCivic Response**

Hart InterCivic has assembled a team of professional educators to design the training program supporting installations of the eSlate Electronic Voting System. Manuals, guides, videos, hands-on instruction, Web-based materials, and a wide range of other methods are included in the Hart InterCivic curriculum. Hart training specialists will use this material to thoroughly train the Boulder County Clerk & Recorder's IT Staff on all aspects of eSlate System operation. This will include comprehensive operations manuals, on-site instruction with the objective of "vendor-free" operation, system and engineering training, and instruction in the use of all eSlate System components. Examples of course content are described below.

Hart training is step-by-step, providing detailed instructions on setup, operation, transmission of results, closeout, and troubleshooting. A key objective of the

BOULDER COUNTY, COLORADO

VOTING TABULATION



training is establishing a level of mastery, on the part of the customer, that supports **independence** in the operation of elections.

Samples of training materials are included as *Attachment 10: eSlate Comprehensive Training Program.*

**b. All training plans and materials shall be approved by the Boulder County Clerk & Recorder.**

<u>Hart InterCivic Response</u>

Hart will prepare a complete Training Plan to accompany the eSlate deployment. The Training Plan, like all components of the overall project plan, will be submitted to the County Clerk and Recorder for approval prior to execution.

### 40.2 Proposer's Response

| a. Will you meet these requirements? | Yes | X | No |
|---|---|---|---|

**b. How do you propose to meet these requirements? Address all requirements listed above, making sure to include item(s) listed below:**

**(1) Give a detailed description of the training you will provide to Boulder County Clerk & Recorder IT staff.**

<u>Hart InterCivic Response</u>

The following courses will be provided to the Boulder County Clerk and Recorder's IT Staff:

- **The eSlate Polling Place Operations Course.** This half-day course provides instruction for setting up the eSlate System, opening the polls, running the system, identifying when voters may need assistance, closing and/or suspending polls, transmitting results by modem, powering down the eSlate System, handling the MBB appropriately, and packing the eSlate components for return to the warehouse.

  This course includes instructions on features such as curbside voting and the handling of provisional ballots. The Polling Place Operations Course includes a segment on troubleshooting, and each trainee is provided desk references. Trainees use the system as if they are voters after they enter the classroom.

  Trainees also receive instruction on the specifics of operating the eSlate and the Disability Access Unit (DAU), and educating and assisting voters using the eSlate and DAU. Instruction includes the basic operations of the eSlate and DAUs, and answering questions that voters may have about

BOULDER COUNTY, COLORADO

VOTING TABULATION



special features, such as write-in voting, moving through pages of the ballot with the PREV and NEXT buttons, using the Ballot Summary to change a vote, intentionally undervoting, using the headphones and various input devices on the DAU, and system security.

- **The eSlate Support Procedures Course.** In this two-day course, trainees are reviewing storage, delivery, maintenance procedures and eSlate PC configurations; PC and related software troubleshooting; physically setting up eSlate System hardware (consisting of JBC, DAU, and eSlate) and connecting it.

  The course also includes performance acceptance and functionality testing, a walk through of logic and accuracy testing; applying backup procedures through the eSlate SERVO program, resetting the eSlate hardware systems for a new election; practicing troubleshooting procedures; and preparing the hardware systems for an election. A segment of this course also provides training to Ballot Board members and/or ballot transmittal personnel.

**(2) How will you support engineering training for hardware components?**

**Hart InterCivic Response**

Training is provided on set up of the polling place hardware and the PC hardware, as well as maintenance and troubleshooting training for all eSlate components (hardware and software) in our Support Procedures Course.

**(3) How will you support engineering training for software?**

**Hart InterCivic Response**

Training is provided on all aspects of eSlate software in our Support Procedures Course.

**(4) What resources will you dedicate to meet these requirements? How much and for how long?**

**Hart InterCivic Response**

The Support Procedures Course is a hands-on course with one trainer per eight trainees. This course requires two full days of trainee participation. Detailed information regarding allocation of hours and resources to training is included in the eSlate Training Planner for Boulder County, provided in *Attachment 10: eSlate Comprehensive Training Program.*



BOULDER COUNTY, COLORADO

VOTING TABULATION



## 41.0 TRAINING (BOULDER COUNTY CLERK & RECORDER STAFF)

### 41.1 Requirements

**a. The vendor shall provide detailed instructions and instructional materials to Boulder County Clerk & Recorder staff on all aspects of the system, including but not limited to on-site hands-on training in:**

- **early voting;**
- **setup and operation of all system components;**
- **troubleshooting procedures, both in the office and in the field;**
- **demonstrating the system at the polls.**

#### Hart InterCivic Response

The Hart training curriculum for the Boulder County Clerk & Recorder staff is extensive. The process and courses are described below. All courses include extensive instructional materials including training guides and troubleshooting aids.

**b. All training plans and materials shall be approved by the Boulder County Clerk & Recorder.**

#### Hart InterCivic Response

Hart will prepare a complete Training Plan to accompany the eSlate deployment. The Training Plan, like all components of the overall project plan, will be submitted to the Boulder County Clerk & Recorder for approval prior to execution.

### 41.2 Proposer's Response

| a. Will you meet these requirements? | Yes X | No |
|---|---|---|

**b. How do you propose to meet these requirements? Address all requirements listed above, making sure to include item(s) listed below:**

**(1) Specify how these requirements would be met and what type of instructional materials would be provided. Provide samples of materials, if available.**

#### Hart InterCivic Response

eSlate System training covers all areas of eSlate System functionality (including Ballot Now, the optical scan voting by mail component) for all users involved. eSlate training is methodical, using multi-media instructional tools and hands-on

BOULDER COUNTY, COLORADO

VOTING TABULATION



exercises taught in a laboratory environment. All training plans and material will be approved by the Boulder County Clerk & Recorder prior to use. We detail the recommended training sequence in *Exhibit IV-23: Training Sequence.*

### The Instructors

All training is done by a professional eSlate Training Specialist, who leads trainees through lectures, examples, and exercises. The Training Specialist provides feedback during exercises, and conducts reviews.

The Training Specialist also would train local Elections Professionals to conduct Poll Worker training in optional Train-the-Trainer sessions.

### Course of Instruction

Through the Work Process Analysis process, all training is oriented to meet the needs of the customer. County elections officials work with the Project Manager and Training Specialist to determine who should be assigned to which courses. Courses are offered to central office staff, including managers and employees of the Elections Office, Operations Center, and the Information Technology Department. Separate courses are designed as well for software operators, Poll Workers (both Early Voting and Election Day), and staffs of the tabulation center and substations. Hart InterCivic's eSlate Electronic Voting System Training includes the items listed below.

- **The eSlate System Management and Tasks Course.** In this half-day course Elections Officials learn the workflow of the eSlate System, how to manage the eSlate System for an efficient, successful election, and how to complete administrator-specific tasks.

- **The BOSS Operator Training Course.** In this two-day course, Elections Officials, elections office staff, and BOSS data entry specialists run BOSS ballot generating software to define and create eSlate and Ballot Now ballot formats and styles. Training includes everything from logging into BOSS to writing MBBs containing ballot information for the eSlates and Ballot Now.

- **The eSlate Polling Place Operations Course.** In this half-day course, Elections Officials, elections office staff, lead Poll Workers and their alternates receive training on how to set-up the eSlate System, open the polls, run the system, identify when voters may need assistance, close (and/or suspend) polls, transmit results by modem, power down the eSlate System, handle the MBB appropriately, and pack the eSlate components for return to the warehouse. This course also includes instructions on features such as curbside voting and handling of provisional ballots. It also contains a module on troubleshooting and provides a desk reference for each trainee.

BOULDER COUNTY, COLORADO

VOTING TABULATION



Students also receive instruction on the specifics of operating the eSlate and the DAU, as well as learn how to educate and assist voters using the eSlate and DAU. Instruction includes the basic operations of the eSlate and DAUs, and answering questions that voters may have about special features, such as write-in voting, moving through pages of the ballot with the PREV and NEXT buttons, using the Ballot Summary to change a vote, intentionally undervoting, and using the headphones and various input devices on the DAU.

Lead Poll Workers and their alternates may receive this training from Hart InterCivic training specialists or from trained local election professionals who have taken part in Hart InterCivic's optional Train-the-Trainer program.

- **The eSlate Polling Place Operations Course (Administration Level).** In this half-day course with a class size limit of 24 Election Officials, elections office staff, and support personnel receive training on how to set-up the eSlate system, open the polls, run the system, identify when voters may need assistance, close (and/or suspend) polls, transmit results by modem, power down the eSlate System, handle the MBB appropriately, and pack the eSlate components for return to the warehouse. This course includes instructions on features such as curbside voting and the handling of provisional ballots. The Polling Place Operations Course includes a segment on troubleshooting, and each trainee is provided a desk reference.

Students also receive instruction on the specifics of operating the eSlate and the DAU, and educating and assisting voters using the eSlate and DAU. Instruction includes the basic operations of the eSlate and DAUs, and answering questions that voters may have about special features, such as write-in voting, moving through pages of the ballot with the PREV and NEXT buttons, using the Ballot Summary to change a vote, under voting, and using the headphones and various input devices on the DAU. We recommend that all election staff members participate in the eSlate Polling Place Operations Course.

- **The Poll Worker's eSlate Operations Course.** In this one-hour course, all Poll Workers receive training in the specifics of operating the eSlate and the DAU. Trainees also learn how to educate and assist voters using the eSlate and DAU. Training includes the basic operations of the eSlate and DAUs, and answering questions that voters may have about special features, such as write-in voting, moving through pages of the ballot with the PREV and NEXT buttons, using the Ballot Summary to change a vote, intentionally undervoting, and using the headphones and various input devices on the DAU. This course includes a desk reference for all Poll Workers. Poll Workers may receive this training from Hart InterCivic



BOULDER COUNTY, COLORADO

VOTING TABULATION



training specialists, or from trained local election professionals who have taken part in Hart InterCivic's optional Train-the-Trainer program.

- **The Ballot Now Operator Training Course.** In this one-day course, Elections Officials, elections office staff, and Ballot Now (by mail voting) operators use BOSS MBBs to create paper ballots that may be scanned into the system. Post election, users scan ballots, save CVRs back to MBBs, and send MBBs to Tally for tabulation. Ballot Now training covers how to assign write-in candidates to certified write-in candidates and to convert the handwritten image on the paper ballot into an electronic CVR readable by the Tally tabulation software. Training also explains how to view ballots that need resolution of an issue (such as write-in, undervote, or overvote) and how to resolve them.

- **The Tally Operator Training Course.** In this one-day course, Elections Officials, elections office staff, and tabulation specialists use Tally software with valid data from election MBBs to tabulate an election and create election tabulation reports. This course walks trainees through everything from logging into the software to recount procedures. Tally course instructions also cover archiving the election to CD-ROM.

- **The eSlate Support Procedures Course** In this two day course, Elections Officials, support personnel, and warehouse staff review storage, delivery, and maintenance procedures, physically set up eSlate System hardware (JBC, DAU, and eSlate) and connect it, perform acceptance, functionality testing, and logic and accuracy testing, review eSlate PC configurations, outline PC and related software troubleshooting, reset the eSlate hardware systems for a new election, practice troubleshooting procedures, and prepare the hardware systems for the election. A segment of this course also provides training Early Voting Ballot Board members and/or ballot transmittal personnel.

- **eSlate Train-the-Trainer Course:** In this two-day course with a class size limit of eight, local facilitators are trained in the eSlate training approach and course content for the eSlate Polling Place Operations Course. Including a train-the-trainer element in our training ensures that the county will have the skills, processes, and materials to conduct future Poll Worker training independent of the vendor. Courseware includes a training manual, agendas, PowerPoint, video, .mpg, and .wmv format presentations.

BOULDER COUNTY, COLORADO

VOTING TABULATION



| Sequence | Timeframe | eSlate Course | Audience |
|----------|-----------|---------------|----------|
| 1 | ASAP after contract is signed | Administration Level Polling Place Operations | Elections Officials, Central Office Staff, Warehouse and Support Staff |
| 2 | Within a week after Course #1 | eSlate System Management and Tasks | Elections Officials and Management Staff |
| 3 | A month before election preparation begins | Software Courses – BOSS, Ballot Now, and Tally; mock election | Elections Officials, Software Operators |
| 4 | Before first delivery of equipment | Support Procedures – Acceptance Testing segment | Support Personnel |
| 5 | Before mock election | Support Procedures – Full Course | Support Personnel |
| 6 | Within a month of first live election | Polling Place Operations and Poll Workers' eSlate Operations Courses | Poll Workers |
| 7 | Day before end of Early Voting and the day before Election Day | Support Procedures – MBB Processing Procedures segment | Early Voting Ballot Board Members and/or Ballot Transmittal Personnel |
| 8 | Before 2nd election cycle | Polling Place Operations Train-the-Trainer | Locally identified Facilitators |

**Exhibit IV-23:  Training Sequence.  The suggested sequence of training sessions is detailed above.**

### (2) What resources will you dedicate to meet these requirements? How much and for how long?

**Hart InterCivic Response**

Training is led by a professional Hart eSlate Training Services Manager and your Project Manager or a member of the Hart InterCivic training staff.  Course lengths are specified in the training plan.  Detailed information regarding allocation of hours and resources to training is included in the eSlate Training Planner for Boulder County, provided in *Attachment 10*:  *eSlate Comprehensive Training Program.*

Training includes laboratory experience-type training sessions supplemented by extensive written materials.  Instruction covers how to set up the equipment, operate it, close the polls, and transmit the results electronically and via hardware (by delivering the PC card in the JBC to a tabulation center or substation), as well as troubleshooting.  Coursework is designed with the goal that trainees may operate the eSlate Electronic Voting System independent of Hart InterCivic.

BOULDER COUNTY, COLORADO

VOTING TABULATION



## 42.0   TRAINING (POLL WORKERS)

### 42.1   Requirements

a. **Vendor shall provide staff and materials necessary to train poll workers on the new system.**

**Hart InterCivic Response**

Hart InterCivic has trained more than 5,000 poll workers since eSlate System installations began in 2001. Hart has assembled a team of professional educators to design the training program supporting installations of the eSlate Electronic Voting System. Manuals, guides, videos, hands-on instruction, Web-based materials, and a wide range of other methods are included in the Hart InterCivic curriculum. Hart training specialists will use this material to thoroughly train poll workers with the goal of achieving mastery and independence at the polling place.

Hart InterCivic training is step-by-step, as required in the RFP, providing detailed instructions on setup, operation, and transmission of results, closeout, and troubleshooting. A key objective of the training is establishing a level of mastery, on the part of the customer, that supports **independence** in the operation of elections.

b. **All training plans and materials shall be approved by the Boulder County Clerk & Recorder.**

**Hart InterCivic Response**

Hart will prepare a complete Training Plan to accompany the eSlate deployment. The Training Plan, like all components of the overall project plan, will be submitted to the County Clerk and Recorder for approval prior to execution.

### 42.2 Proposer's Response

| a.  Will you meet these requirements? | Yes | X | No | |
|---|---|---|---|---|

b. **How do you propose to meet these requirements? Address all requirements listed above, making sure to include item(s) listed below:**

(1) **What resources will you dedicate to meet these requirements? How much and for how long?**

**Hart InterCivic Response**

Hart InterCivic will provide staff and materials necessary to train poll workers on the new system. All training plans and materials will be approved by the Boulder County Clerk & Recorder. Detailed information regarding allocation of hours and

BOULDER COUNTY, COLORADO

VOTING TABULATION



resources to training is included in the eSlate Training Planner for Boulder County, provided in *Attachment 10: eSlate Comprehensive Training Program.*

The Hart InterCivic training curriculum supports training trainers, election judges, poll workers and Election Day support staff. All training is conducted with a platform-based training methodology. The Hart InterCivic curriculum has been tested and proved to be a valid and successful training curriculum. Hart InterCivic training materials have been used successfully in many areas including, Arapahoe County in Colorado; Harris, Travis and Tarrant Counties in Texas; Charlottesville, Virginia; and Philadelphia, Pennsylvania. The curriculum was developed in 2000 and has been continuously refined to its current version.

- **Election Judges** – We recognize that each polling site must have one or more persons responsible for overseeing the activities of the polling site on Election Day. We propose to train approximately 250 Election judges using the eSlate Polling Place Operations Course. The Election judges receive a one-half day of training with a class size of approximately 24 participants. Two classes are held each day for a total of 21 sessions.

- **Poll Workers** – Poll Workers are those workers who assist voters in using the eSlate voting system. We propose to train approximately 1100 Poll Workers using the Poll Worker's eSlate Operations Course. The poll workers receive a one-hour training course with a class size of approximately 50 participants. Six classes are held each day for a total of 32 sessions.

### Hart Course Descriptions

**The eSlate Polling Place Operations Course.** In this half-day course, Election judges and their alternates receive training on how to safely un-package and set-up the eSlate System, open the polls, run the system, identify when voters may need assistance, close (and/or suspend) polls, transmit results by modem, power down the eSlate System, handle the MBB appropriately, and safely pack the eSlate components for return to the warehouse. This course includes instructions on features such as curbside voting and the handling of provisional ballots. The Polling Place Operations Course includes a segment on troubleshooting, and each trainee is provided a desk reference. Instructional methods and materials include multi-media presentations, job aides, and an end-of-course exam.

Participants also receive instruction on the specifics of operating the eSlate and the DAU, and educating and assisting voters using the eSlate and DAU. Instruction includes the basic operations of the eSlate and DAUs, and answering questions that voters may have about special features, such as write-in voting, moving through pages of the ballot with the PREV and NEXT buttons, using the Ballot Summary to change a vote, intentionally undervoting, and using the headphones and various input devices on the DAU.

BOULDER COUNTY, COLORADO

VOTING TABULATION



**The Poll Worker's eSlate Operations Course.** In this one-hour course Poll Workers receive training in the specifics of operating the eSlate and the DAU. Trainees also learn how to educate and assist voters using the eSlate and DAU. Training includes the basic operations of the eSlate and DAUs, and answering questions that voters may have about special features, such as write-in voting, moving through pages of the ballot with the PREV and NEXT buttons, using the Ballot Summary to change a vote, intentionally undervoting, and using the headphones and various input devices on the DAU. This course includes a desk reference for all Poll Workers. Instructional methods and materials include multi-media presentations, job aides, and an end-of-course exam.

Upon the conclusion of this Poll Worker training course, Poll Workers will have the skills and know the processes, enabling them to fully conduct the polling place portions of a successful election with the eSlate System.

*(2) Provide samples of training plans and materials.*

<u>Hart InterCivic Response</u>

Samples of training plans and materials are provided in *Attachment 10: eSlate Comprehensive Training Program.*

## 43.0  DOCUMENTATION OF SYSTEM

### 43.1 Requirements

a. **Detailed and comprehensive system documentation shall be provided to the Boulder County Clerk & Recorder on or before delivery date of the proposal submittal. It shall include:**

- **Complete instructions detailing system's operation and functionality (hard copy and electronic form);**

- **Documentation which includes: requirements for storage; transportation; temperature and humidity tolerance ranges; electrical requirements; information showing that construction components are non-corrosive; durable, and meet strength test requirements; analysis of the life expectancy of each piece of hardware and software; and information showing that the system is upgradeable.**

- **Software and firmware documentation and materials that includes:**

  √ **Copies of any and all information required to install, operate, and test the system.**

  √ **Charts describing system information flow including entry and exit points and relationships of programs, device drivers, data files, and other relevant components.**

BOULDER COUNTY, COLORADO

VOTING TABULATION



√ **Source Code documentation (hard copy and electronic form directly to County IT Division).**

√ **With each new version the County will require two new copies of the source code.**

√ **Source code will be provided to the County at no additional charge.**

**Per Addendum 1, only the awarded vendor will be required to submit source code. If a copy of the source code is on file with the State of Colorado, that is sufficient to satisfy this requirement.**

<u>Hart InterCivic Response</u>

Technical documentation is on-file with the Colorado Secretary of State, including escrow of the source code and the County may access those materials as prescribed by the Division of Elections.

Comprehensive system document will be provided to the County upon award, as specified in Addendum 1. Documentation will include

- Copies of any and all information required to install, operate, and test the system;
- Charts describing system information flow including entry and exit points and relationships of programs, device drivers, data files, and other relevant components;
- Training materials and user support documentation; and
- Other documentation as requested by Boulder County.

Source code will continue to be on file in escrow with the Secretary of State.

**b. Assurances that documentation shall be updated in a timely manner.**

<u>Hart InterCivic Response</u>

Please see discussion below.

### 43.2 Proposer's Response

| a. Will you meet these requirements? | Yes      X | No |
|---|---|---|

**b. How do you propose to meet these requirements? Address all requirements listed above, making sure to include item(s) listed below:**

**(1) Describe your organization's approach to updating documentation of the proposed system, including source code.**

BOULDER COUNTY, COLORADO

VOTING TABULATION



### Hart InterCivic Response

Hart InterCivic's ISO 9001 Registration, included in *Attachment 1: Documentation of System Certification,* requires that strict processes for documentation be maintained . Revision control and product change management come under controlled procedures within Hart's ISO-approved Quality Manual. As part of any product revision, all related documentation is required to be revised as well. This is procedurally required in Hart's Quality Manual. Hart is audited by an independent ISO auditor on an annual basis to verify compliance with the approved procedures.

A Requirements Specification, Functional Specification, and a Design Specification, at a minimum, document each product. Any revision to a product requires that each of the specifications is included in the updated release of a product.

Source code is maintained in an industry standard configuration control software application, Microsoft Visual Source Save. This application maintains source code configuration and enforces rule-based requirements when changing, updating, and releasing software.

User documentation (training manuals, operations manuals) is extensive, and updated regularly to reflect feature and functionality changes as well as continuous improvement objectives.

**(2) Describe how your organization will provide the Boulder County Clerk & Recorder with access to all documentation.**

### Hart InterCivic Response

Documentation will be determined during contract negotiations. Complete system documentation will be provided during installation and training, or at the time determined during contract negotiations and development of a Project Implementation Plan and Schedule. Some of the material to be provided will be confidential, containing trade secrets and will be labeled as such. Documentation will be provided in a form suitable to the County, including electronic versions on CD-ROM or paper formats.

**(3) How will your organization ensure the adequacy of documentation of packaged systems that support the overall system provided by third-party vendors?**

### Hart InterCivic Response

With the exception of Windows NT/2000 and reporting utilities (Adobe Acrobat, Crystal Reports), all other software from third party vendors is embedded or incorporated within the products. These products are maintained through license



BOULDER COUNTY, COLORADO

VOTING TABULATION



and/or OEM agreements and Hart InterCivic provides any required documentation as part of their system documentation. For the latter software, the original manufacturer's documentation is available through a variety of public sources. Quality of documentation is one criterion used when selecting 3rd party hardware and software for the eSlate System.

**(4) Provide customer satisfaction testimony regarding your system documentation.**

### Hart InterCivic Response

System documentation is written to provide all the information needed to operate each component and to successfully and efficiently conduct elections. As new versions of each component are released, all documentation is updated completely to introduce new functionality. Our customers consistently report that the documentation is thorough and clearly written. As one example:

*"Harris County has been installing the eSlate System for the past year, and we have had quite a bit of opportunity to review, use, and comment on the training documentation for the office and operations manuals for the software and system that Hart InterCivic provides. We have found the documentation to be of excellent quality and very thorough. In addition, the training program guidebooks and desk references for poll workers have been an invaluable resource for election Judges and clerks in the field."*

The Honorable Beverly Kaufman, County Clerk, Harris County, Texas.

Our customers are happy to share their comments on using our system documentation. We present a list of customers as *Exhibit IV-24: Documentation References.*



BOULDER COUNTY, COLORADO

VOTING TABULATION



| Hart InterCivic Election Solutions Group Documentation References | |
|---|---|
| **Arapahoe County, Colorado**<br>Ms. Cynthia Coleman<br>Deputy of Elections<br>5334 S. Prince Street<br>Littleton, Colorado 80166-0211<br>(303) 795-4245<br>ccoleman@co.arapahoe.co.us | **Charlottesville, Virginia**<br>Ms. Sheri Iachetta<br>City Registrar<br>PO Box 911<br>Charlottesville Virginia 22902-0911<br>(434) 970-3250<br>iachetta@ci.charlottesville.va.us |
| **Harris County, Texas**<br>Mr. Johnnie German<br>Administrator of Elections<br>1001 Preston, 4th Floor<br>Houston, Texas 77002<br>(713) 755-3550<br>jgerman@cco.hctx.net | **Harris County, Texas**<br>Ms. Beverly Kaufman<br>County Clerk<br>1001 Preston, 4th Floor<br>Houston, Texas 77002<br>(713) 755-3550<br>bkaufman@cco.hctx.net |
| **Tarrant County, Texas**<br>Ms. Germaine Williams<br>Programmer<br>100 W. Weatherford, B90<br>Fort Worth, Texas 76196<br>(817) 838-4650<br>gcwilliams@tarrantcounty.com | **Travis County, Texas**<br>Ms. Dana DeBeauvoir<br>County Clerk<br>PO Box 1748<br>Austin. Texas 78767<br>(512) 854-9211<br>election@co.travis.tx.com |

**Exhibit IV-24:  Documentation References.  The table above presents detail regarding six of our satisfied customers.**

## 44.0   OUTREACH/PUBLIC EDUCATION

### 44.1 Requirements

> a.  **Vendor shall provide support to educate the public in use and acceptance of the system.**

#### Hart InterCivic Response

Hart InterCivic leads the industry in the development of voter education programs that support the implementation of new electronic voting systems.  Hart InterCivic has provided support for educating the public in the use and acceptance of the eSlate System in these current installations:, Harris County (Houston), Texas; Tarrant County (Fort Worth), Texas; Arapahoe County (Littleton), Colorado; Travis County (Austin), Texas; Brazos County (College Station), Texas; and Charlottesville, Virginia.



BOULDER COUNTY, COLORADO

VOTING TABULATION



For example, HarrisVotes!, the comprehensive voter education program developed by Hart InterCivic for Harris County, has received national recognition as *PR Week* Magazine's Community Relations Program of the Year for 2002 and recognition from NACRC for excellence in election practices. We are excited about the potential of providing similar support to the Boulder County Clerk and Recorder.

**b. All outreach plans and materials shall be approved by the Boulder County Clerk & Recorder.**

### Hart InterCivic Response

This requirement is standard operating procedure in all Hart processes. In voter education and community outreach, especially, we never lose sight of the fact that the program is representing Boulder County and the Boulder County Clerk and Recorder Office. Programs are carried out in close collaboration and, at all times, with the Boulder County Clerk and Recorder approval.

## 44.2 Proposer's Response

| a. Will you meet these requirements? | Yes | X | No |
|---|---|---|---|

**b. How do you propose to meet these requirements? Address all requirements listed above, making sure to include item(s) listed below:**

**(1) How much staff support and what materials will be provided?**

### Hart InterCivic Response

Hart InterCivic has a proven track record of working with local Elections Officials to identify key community organizations and employers. Hart InterCivic then provides a program that enlists their support to help deliver information about the new voting system to their members and employees.

Hart InterCivic has developed a library of materials, including brochures, advertisements, displays, Web content, video, and more. These materials are ready to be customized to Boulder County's requirements. *In all cases, materials and plans will be submitted to the County Clerk for approval*, and all program execution will be conducted under the control of the Boulder County Clerk and Recorder.

Hart InterCivic's Voter Education Team includes individuals with more than 20 years of experience in strategic communication, public relations, and community outreach, providing Elections Officials with a skilled team to support the county's voter education initiatives. In addition, Hart InterCivic is prepared to provide the services of an experienced local public communications company. This model

BOULDER COUNTY, COLORADO

VOTING TABULATION



has been successfully applied in other installations, and provides an excellent mix of elections expertise and local knowledge.

In order to support this program, Hart InterCivic has engaged the services of GBSM, a prestigious public affairs/communications firm based in Denver with experience in broad-based community outreach programs. For more than 15 years, GBSM has been involved in many of the region's most important projects, including the opening of Denver International Airport for United Airlines, the extension of E-470 from Southeast Denver to D.I.A., the citing of Coors Field and the community input process surrounding future uses of Boulder's Barker Reservoir.

The GBSM team includes men and women with extensive experience in the media, politics, political campaigns and community outreach in both Boulder and the greater metropolitan area. With the addition of GBSM, Hart InterCivic's voter education team has extensive expertise in marketing, public relations, government affairs and community relations. The team also has significant experience in implementing customized voter education and outreach programs of varying sizes for eSlate customers throughout the United States.

Please refer to *Attachment 11: Sample Boulder County Voter Education Program* for samples of voter education and outreach materials prepared by Hart InterCivic for existing eSlate installations, as well as a strawman voter education plan for Boulder County. We also present a sample plan in *Attachment 11: Sample Boulder County Voter Education Program.*

### Hart InterCivic's Voter Education Philosophy

The successful rollout of a new voting system depends not only on outstanding equipment and a superb election administration team, but also hinges on a broad based voter education program. Thomas Mann of the Brookings Institution summarized the importance of effective voter education in a 2001 Brookings Policy brief:

> *"No aspect of the electoral process in the United States suffers from greater under investment than preparing citizens to cast their ballot. Mistakes made by voters account for a substantial portion of spoiled ballots and other errors on Election Day."*

For this reason, Hart InterCivic was the first company in the election systems industry to offer a comprehensive voter education program, incorporating a wide range of outreach mechanisms including flyers, videos, visual displays, Internet sources, and public service and paid commercial announcements through the media.

Hart InterCivic's award winning voter education and outreach philosophy is straightforward:



BOULDER COUNTY, COLORADO

VOTING TABULATION



- Outreach must be proactive and inclusive, reaching out to all voters, including underrepresented communities and language minorities;

- The program must leverage local resources through community-based partnerships with advocacy groups, trade and professional organizations, chambers of commerce, political subdivisions, and others;

- The program should employ multiple media and multiple channels to reach the target audience of voters, including Internet home page, posters, direct mail, public service announcements, (print radio, TV) advertising, events, and other activities; and

- There should be a consistent message across jurisdictions, coordinated with other election messages such as registration and Get Out The Vote.

Because each community is unique, Hart InterCivic's Voter Education Outreach (VEO) program offers several activities from which the customer may choose in order to complement and strengthen existing voter education activities. The suggested activities have been used successfully in other locations and range from no-cost/little-effort ideas (Public Service Announcements) to more expensive/people-driven ones (direct mail or voting system demonstration sites in popular venues). Examples of techniques that have been used successfully are shown in *Attachment 11: Sample Boulder County Voter Education Program.*

Working with GSBM Hart will initially complete a comprehensive assessment of the existing environment and infrastructure in which the voter education program must be executed, and based on the results of that assessment, will develop a voter education plan to support the rollout of the system. The plan will be reviewed closely with the Boulder County Clerk and Recorder, and when approved, will serve as the work plan to guide program implementation over the following months. We present a sample plan in *Attachment 11: Sample Boulder County Voter Education Program.*

See *Exhibit IV-25: Voter Education Strategies* on page 152, Hart has used a variety of strategies to educate voters in the use of the eSlate System.

### (2) Include a description of County roles and responsibilities.

#### Hart InterCivic Response

Hart will provide professional services, either directly or through partners in this proposal, focusing on development of a comprehensive voter education plan, submission of the plan to the Clerk for approval and refinement, development of camera ready materials to support voter education, coordination of special events and community partner programs, support for and participation in (as appropriate) community demonstrations and presentations, and similar activities.



BOULDER COUNTY, COLORADO

VOTING TABULATION



The role of the County will be to oversee program execution, participate in creative sessions as available, represent the voter education initiative to the public (through the media, public appearances, special events, etc.) and print camera-ready materials or produce other educational collateral developed by the project team. The program is to be conducted in conjunction/collaboration with other County offices, as determined by the Boulder County Clerk and Recorder, including others, as appropriate.



BOULDER COUNTY, COLORADO

VOTING TABULATION



| ACTIVITY | Harris | Tarrant | Travis | Arapa-hoe | Charlottes-ville |
|---|---|---|---|---|---|
| Marketing and Voter Education Assessment | X | X | X | X | X |
| Marketing and VEO Plan | X | X | X | X | X |
| Print Products | X | X | X | X | X |
| Brochure | X | X | X | | X |
| Polling site instructional materials | X | X | X | X | X |
| "I Voted" or "I Voted Early" stickers or buttons | | X | X | | |
| Bookmarks | X | | | | |
| Laminated instruction card to mail with voter registrations | | | X | | |
| Stuffers for utility bills | X | | X | | |
| Customized VEO program press kits | X | X | X | | X |
| Media/Advertising Materials | | | | | |
| How to Use eSlate video (Multilingual available) | X | X | X | X | X |
| Press releases to newspapers | X | X | X | X | X |
| Public Service Announcements | X | | X | | |
| Videos to Cable Networks | X | | X | | |
| Newspaper Ads | X | X | X | | X |
| Ads in taxis, buses, air or bus terminals, etc. | X | | X | | X |
| Billboards | X | | | | |
| Newspaper wrappers or message inserts | X | | | | |
| Grocery bag/stuffers | X | | X | | |
| Theater slides | X | X | X | | |
| Community Organizations | | | | | |
| Automated message for customer's phone system | X | X | X | | |
| "How to Use eSlate" materials at voter reg. events | X | X | X | | |
| Video Library at all public libraries | X | | X | | |
| Target mailing to known early voters | | X | | | |
| Video and How to Vote materials to civic clubs | X | | | | |
| Community meeting and workshop presentations, including Speaker's Bureau | X | | X | | |
| Voting demonstrations at various public sites | X | X | X | | X |
| Mailing to targeted registered voters | X | X | X | | |
| Voter education website | X | X | X | | x |
| Jurisdiction-wide mock elections | X | | | | |
| Kids Voting program in local elementary school | X | | X | | |
| Kick off event/press conference | X | | X | | |
| email campaign | X | | X | | |

**Exhibit IV-25:  Sample Voter Education Strategies.**  This table illustrates a few of the voter education strategies that Hart InterCivic has employed to support eSlate System implementations.

BOULDER COUNTY, COLORADO

VOTING TABULATION



## 45.0 WARRANTY

### 45.1 Requirements

a. **A minimum of a two (2) year warranty shall be provided, with the option to extend to four (4) years, for all voting system hardware, equipment and software. Except for circumstances of malicious actions or gross negligence by the Boulder County Clerk & Recorder, the vendor shall repair or replace any hardware, equipment and software so that it fully and properly performs as required under this contract.**

**Hart InterCivic Response**

The Hart InterCivic team acknowledges and accepts the requirements presented in the RFP Section 45. The eSlate System includes a three year warranty in the purchase price and additional optional extended warranty arrangements are also available.

The warranty period begins upon delivery of equipment. Any component that malfunctions is returned to Hart and exchanged for a serviceable unit. This warranty, however, does not cover damage resulting from abuse or use outside of prescribed operation.

Third-party software and equipment is warranted by the respective manufacturer (such as Dell Computer Corporation, Microsoft). Hart InterCivic will pass through to the County any warranties given by the manufacturer, to the extent permitted by the manufacturer, and can arrange extended warranty coverage as may be negotiated.

b. **The vendor represents and warrants that it is not currently bound by any agreements, restrictions or obligations, nor will the vendor assume any such obligations or restrictions, which would negatively affect the performance or service to the Boulder County Clerk & Recorder.**

**Hart InterCivic Response**

Hart represents that there are no agreements, restrictions, or obligations that would negatively affect the performance or service to the Boulder County Clerk and Recorder.

c. **The vendor warrants that Boulder County shall acquire good and clear title to the equipment being purchased and all equipment shall be new, free from defects and perform to the required levels.**



BOULDER COUNTY, COLORADO

VOTING TABULATION



### Hart InterCivic Response

Hart InterCivic warrants that Boulder County will acquire good and clear title to the eSlate System. All equipment purchased will be new, free from defects, and will perform at the required levels.

### 45.2 Proposer's Response

| a.  Will you meet these requirements? | Yes | X | No |
|---|---|---|---|

**b.  How do you propose to meet these requirements? Describe the warranties your company will provide.**

### Hart InterCivic Response

As noted above, the eSlate System includes a three-warranty in the purchase price and additional optional extended warranty arrangements are also available. Long-term support for the eSlate System is managed by a designated Project Manager in accordance with the license.

The warranty period begins upon delivery of equipment. Any component that malfunctions will be exchanged for a serviceable unit. This warranty, however, does not cover damage resulting from abuse or use outside of prescribed operation.

Third party software and equipment is warranted by the respective manufacturer (such as Dell Computer Corporation, Microsoft) and Hart will pass through to the County any warranties given by the manufacturer, to the extent permitted by the manufacturer, and can arrange extended warranty coverage as may be negotiated. All third party software and equipment comes with a standard one-year warranty.

## 46.0   MAINTENANCE

### 46.1   Requirement

**Vendor shall maintain system so that it functions properly in the warranty and post warranty periods for the full duration of the maintenance contract.**

### Hart InterCivic Response

See below.

### 46.2   Proposer's Response

| a.  Will you meet these requirements? | Yes | X | No |
|---|---|---|---|

BOULDER COUNTY, COLORADO

VOTING TABULATION



b. **How do you propose to meet this requirement? Make sure to include item(s) listed below:**

(1) **Describe the support and maintenance you will provide for the system during the warranty and post-warranty periods.**

### Hart InterCivic Response

While under warranty, Hart will correct any existing function that does not perform per the specifications of that product. Malfunctioning hardware will be returned and replaced. We will also provide telephone, and when requested, written answers to questions from designated County staff regarding the operation of the eSlate System, during the County's scheduled work hours, which include extended voting hours during elections. Written documentation of problem resolution for requests will be provided.

Product release upgrades will also be provided to the licensed Hart InterCivic products. These are upgrades produced as a result of changing federal, state, or local requirements, a request of customers, or the addition of features and functionality that will improve the product. Upgrades will also be installed to correct errors.

Extended warranty plans are available beyond the initial warranty period. Extended warranty services continue at the same level as those in the original warranty.

In addition to ongoing maintenance and warranty services, Hart has developed a comprehensive service delivery approach to support Boulder County's eSlate implementation, described elsewhere in this response. Services cover the full range of requirements necessary to successfully deploy the new voting system, manage the change process associated with the implementation, and subsequently support the elections process. Hart will provide personnel to support training, acceptance testing, Logic and Accuracy testing, and Poll Worker training. Additionally, our team will provide field level support for Early Voting and Election Day, as well as post-election support for tabulation and reporting, data validation and archiving, equipment maintenance, and warehousing storage.

(2) **Provide a copy of your proposed maintenance and support agreements.**

### Hart InterCivic Response

A copy of Hart InterCivic's annual licensing and maintenance agreement is included in *Attachment 12: eSlate Warranty, Support, Maintenance and License Agreement.*

   BOULDER COUNTY, COLORADO

VOTING TABULATION



### 47.0   SUPPORT (ELECTION RELATED)

#### 47.1 Requirement

The vendor shall provide the following well-trained support personnel, at a minimum, for the preparation and conduct of all Boulder County elections from contract award through calendar year 2008:

- An overall contract administrator who will serve as the principal contact.
- 24-hour technical support (hotline)
- On-site technical support for the following:
  - √ Pre-election programming and ballot setup;
  - √ Pre-election logic and accuracy testing;
  - √ Election Day support during the full hours of operation;
  - √ Post election testing and reporting; and
  - √ Development of a program that addresses Election Day field troubleshooting.

Address all requirements listed above, making sure to include item(s) listed below:

#### Hart InterCivic Response

The Hart solution provides trained support personnel for the preparation and conduct of all Boulder County elections from contract award through the contract year of 2008. Hart has developed a comprehensive service delivery approach to support Boulder County's voting initiative.  Each element of the proposed package of support is addressed below.

#### 47.2 Proposer's Response

| a.  Will you meet these requirements? | Yes      X | No |
|---|---|---|

b.  How do you propose to meet this requirement? Make sure to include the level of technical support, days and hours of service and response time for contacts by phone, or on-line modem.

#### Hart InterCivic Response

Key to our proposal is the selection of a strong Project Manager who is responsible for all project performance, tasks, and subtasks, and delivery of all deliverables.  The Project Manager ensures compliance with the contract



BOULDER COUNTY, COLORADO

VOTING TABULATION



agreement. The Project Manager is available to meet and confer with the County's Project Director at least bi-weekly, and weekly during the two-month period prior to any Election Day. The purpose of these meetings is to review project progress and ensure close project coordination. These meetings are held at mutually agreeable times and locations.

**Pre-Election Programming and Ballot Setup.** Pre-election support includes support for Election Management software, pre-election programming and ballot setup, and equipment delivery and setup.

**Pre-Election Logic and Accuracy Testing.** Hart will work with the County to develop and implement a logic and accuracy-testing program that fully complies with the provisions of the Colorado Election Code and provides efficient, thorough assurance that the eSlate's tabulation system is operating properly.

**Election Day Support During the Full Hours of Operation.** Election Day support includes support of eSlate and JBC equipment, Election Management Software, and elections processes. We are available to provide on-site support throughout Boulder County on the day prior to the election as well as on Election Day. Pre-election support is available for the normal eight-hour workday. Election Day support is available for the full time the polls are open during the day as well as two hours before the polls open and an hour after the official poll closure.

**Post Election Testing and Reporting.** Reporting requirements for election results will be provided through Tally, which supports a wide range of standard reports, as well as custom reporting capabilities. Hart will support post-Election Day logic and accuracy testing, as well as reporting and archiving requirements for both election data and asset (equipment) management. The eSlate System's SERVO application is designed specifically to provide a fully integrated utility for maintaining on-going equipment history and supplying election records as required. SERVO is used to back up cast vote records and audit logs from eSlates and JBCs used in an election. The backed-up data can then be used to provide reports on cast vote records, audit logs, and equipment used, and recount data to be supplied to Tally.

**Election Day Field Troubleshooting.** The Project Manager is responsible for coordinating and scheduling all staff on the first Election Day the eSlate System is in operation. This includes 12-15 Election Day Support staff.

Election Day Support Staff are assigned to specific precincts and serve as troubleshooters on Election Day. These staff are able to back up the Election Judges in their rolls of managing the polling sites on Election Day. We propose a 1:20 coverage ratios of support personnel to precincts. Election Day Support Staff have may carry spare eSlates and JBCs so that any faulty equipment can be promptly replaced on Election Day.



BOULDER COUNTY, COLORADO

VOTING TABULATION



Hart has given extensive consideration to the County's needs relative to Election Day support and troubleshooting. We have developed a deployment strategy to provide appropriate coverage for the County. In addition, we have identified a number of potential risk factors and developed response strategies to ensure we are prepared to respond appropriately.

Before training of the election support staff begins, a Support Field Manual is developed. This manual is used in the training and explains all of the actions and processes expected of the election support staff. It is essentially a "field guide" for staff to help them deliver outstanding service to the volunteer staff working at the polling sites.

A Hart program objective is to enable the County to achieve mastery and independence based on the intensive support we provide through two election cycles. This support should form a firm foundation for the County to assume control of the full election process. Hart will provide well-trained personnel to provide ongoing technical support through the year 2008 under the terms of warranty and maintenance agreement.

### Days And Hours Of Service

We propose a 24-hour hotline for technical support during elections. This hotline is staffed with qualified technical personnel who are able to assist with any problems that the Boulder County Clerk and Recorder might encounter during the system transition and the pre-election timeframe.     Contact is also available through e-mail and a web page for general posting is available to all project team staff, both County and Hart.

### Response Time For Contacts By Phone Or On-Line Modem

When a problem or issue occurs, the Election Judge contacts the Help Desk. A member of this staff responds to the issue within a 15-minute time period. Hart technical staff are available to support all of these efforts.

*Exhibit IV-26* summarizes Hart InterCivic's warranty and support program for Boulder County.

| Hart InterCivic's Warranty Program for Bolder County, Texas | |
|---|---|
| What is the length of the warranty (months)? | 36 months |
| When does the warranty begin? | Delivery |
| What are the hours of warranty and maintenance coverage | Mon-Fri 7:30 to 5:30 MST<br>During an election - 7 days a week 24 hours a day |

RESPONSE TO SECTION IV,
REQUIREMENTS AND SUBMITTAL

BOULDER COUNTY, COLORADO

VOTING TABULATION



| Hart InterCivic's Warranty Program for Bolder County, Texas | |
|---|---|
| Warranty/Maintenance Services: | |
| Telephone Support (Y/N)? | Y |
| Normal hours of telephone support operations (Mountain time)? | Mon-Fri 8a.m. to 5p.m. MST |
| Extended hours of telephone support operations (Mountain time)? | During an Election: 7 days a week 24 hours a day |
| Toll Free "800" number (Y/N)? | Y |
| Remote dial-up/Internet software diagnostics (Y/N)? | Y |
| Remote dial-up/Internet software update (Y/N)? | Y |
| Updates and enhancements included (Y/N)? | Y |
| How often are enhancements provided? | As released, as least annually |
| User group membership (Y/N)? | Y |
| Newsletter (Y/N)? | Y |

*Exhibit IV-26:* Hart InterCivic's warranty and support program for Boulder County.

## 48.0   SUPPORT (GENERAL)

### 48.1 Requirement

Vendor's support personnel will provide timely response to questions and resolution to problems at all times.

### Hart InterCivic Response

See discussion below.

### 48.2 Proposer's Response

| a.   Will you meet these requirements? | Yes | X | No | |
|---|---|---|---|---|

b.  How do you propose to meet this requirement? Describe the type and level of support you will provide. Include commitment of resources, days and hours of service, and response time for contacts by phone, e-mail or web. Include a description of other support services that will be provided, such as user groups and newsletters.

BOULDER COUNTY, COLORADO

VOTING TABULATION



### Hart InterCivic Response

The Hart staff includes support personnel who provide timely response to questions and resolution of problems at all times. Hart proposes a 24-hour hotline that is operational the week prior to Election Day and all day Election Day. The hotline is staffed with qualified personnel who are able to assist with any problems that may come up on Election Day. The requests come in through the various methods of communication and are referred to the appropriate Election Day Support Staff for resolution. A response will be provided within 15 minutes of a request being received. Technical support staff is also available throughout the Election process to assist with any technical issues that may arise.

Hart InterCivic has established an aggressive research and development operation supporting development of the eSlate Electronic Voting System and a specialized engineering and integration team. *Located in Boulder County*, the R&D organization includes software engineers, manufacturing specialists, computer scientists and others dedicated to constant improvement and innovation in the eSlate System. Operating under an ISO 9001 certified process, this team of resources keeps the product compliant with statutory changes and aligned with individual customer requirements. These individuals are available to assist Boulder County throughout the project.

Hart InterCivic is in the process of launching a periodic newsletter/technical bulletin for eSlate users, and in December will hold the first eSlate Users' Group Meeting. An enhanced web presence for eSlate users is also under development.

## 49.0   SUPPORT (SYSTEM IMPLEMENTATION AND PROJECT MANAGEMENT)

### 49.1 Requirements

a. **At a minimum, the vendor shall provide a Project Implementation Team for the Primary and General elections in 2004, which will be responsible for overseeing the delivery, installation and testing of the new voting system.**

   **Per Addendum 1, the County will require on-site support through 2008.**

### Hart InterCivic Response

Hart InterCivic will provide support to the County through 2008. Responsibilities of the team will include delivery, installation, and testing. Immediately upon contract execution, detailed schedules and resource allocation for each election will be adopted into the comprehensive Boulder County project plan.

b. **Vendor shall provide a Project Manager that will be assigned to the account.**

BOULDER COUNTY, COLORADO

VOTING TABULATION



### Hart InterCivic Response

Hart will assign a full-time, professional Project Manager who will serve as the primary contact for any operational matters related to the project. The Project Manager ensures compliance to established project parameters and schedules, and provides the scheduling and coordination of all assigned resources.

**c. The vendor shall provide a project implementation plan, subject to approval of the Boulder County Clerk & Recorder.**

### Hart InterCivic Response

Development of the project plan, including a detailed project scheduled using Microsoft Project, is one of the first activities in the project. The plan and scheduled will be submitted to the Boulder County Clerk and Recorder for approval.

Hart InterCivic utilizes a Project Management approach that is based on the Project Management Institute (PMI) framework and our extensive experience managing technology deployments for government agencies. This approach serves as a template that is customized and adapted to meet the specific requirements of each customer project.

Implementation begins with an intensive two- to three-week Work Process Analysis, establishing a baseline understanding of current processes and the "ideal process." These activities are necessary to establish a detailed integration plan that addresses all aspects of the project. The results of this activity are used to develop a Migration Plan, which defines each step necessary to incorporate the use of the eSlate System in the County's activities, while addressing risk areas and carrying out mitigation activities defined by the Risk Management Plan.

The key document for ongoing project management is the Project Work Plan and Schedule. Hart InterCivic uses a rigorous management process documented through a series of Gantt charts using Microsoft Project. The Project Work Plan and Schedule is updated immediately after contract award and thereafter updated regularly. Hart InterCivic also utilizes an Issue Tracking Report that documents all problems and the subsequent resolution. Status reports are furnished to the County on a weekly basis.

The Project Work Plan and Schedule provides guidance for managing the project through thorough documentation of detailed activities, tasks, and a detailed work plan. The Project Work Plan and Schedule is a living document and revised regularly. A working draft of the Project Work Plan and Schedule is reviewed in the project kickoff meeting to promote refinement and mutual acceptance of the draft project plan.

**d. The vendor shall provide project progress reports.**

BOULDER COUNTY, COLORADO

VOTING TABULATION



### Hart InterCivic Response

At minimum, the Hart Project Manager holds a weekly status review meeting by telephone or in-person with the designated County contact(s). The purpose of these meetings is to review the project status and discuss and resolve any pending issues. Constant and scheduled communications specifically for the purpose of discussing issues is an important component of the Hart project management methodology. Open issues are tracked through the meeting minutes, and functional team leaders can use the minutes as a tool to resolve these items. The earlier those issues are resolved or have a plan for resolution developed, the less risk there is that a single issue causes project delays.

The Hart Project Manager provides weekly project status reports to the Boulder County Project Director. This provides senior management with project insight and allows for additional quality control in project execution and resolution of problems. The specific format, content, and depth of detail in these reports shall be discussed and decided during the initial project start-up meetings. Items on the status report include:

- Activities and deliverables scheduled to be accomplished during the preceding period - completion status and issues.
- Activities due for completion in upcoming periods.
- Hart and County resource needs.
- Schedule refinement and planning.
- Policy or procedure clarifications or modifications.
- Issues and concerns requiring top management attention.

### e. The vendor shall have a quality management program.

### Hart InterCivic Response

Absolute quality is at the eSlate's foundation from design to manufacturing. Hart InterCivic's Engineering and Development facility has achieved the prestigious ISO 9001 certification. The manufacturing facilities at Hart InterCivic's contract manufacturer for the eSlate hardware, Suntron, are also ISO 9001 certified, in addition to a long list of other quality certifications. Suntron's emphasis on world-class manufacturing and process engineering support from prototype to volume production has resulted in a highly scalable production line for eSlate Systems with a demonstrated product yield consistently exceeding 99.7%.

Documentation of our ISO certification is included in *Attachment 1: Documentation of System Certification.*

Hart InterCivic has also focused on continual quality improvement programs, evidenced by it's process assessments to meet stringent software development and

Case 1:06-cv-01363-LTB   Document 1-21   Filed 07/13/06   USDC Colorado   Page 45 of 50



management standards promulgated by leading organizations such as the Software Engineering Institute at Carnegie Mellon University.

Hart's approach to quality assurance and control encompasses the practices of planning and prevention, the use of senior-level experienced staff, and maintaining focus on client-based requirements. We measure quality in three broad areas: Project Management, system development, and documentation. It is the Project Directors responsibility to ensure that all project elements (hardware/software, documentation, training and support services) are developed and delivered in the most complete and professional form. A "two-man" rule is applied for all reviews and cross checks to help ensure quality. The quality control procedures for projects are described below. The procedures we have in place are as follows.

Hart Project Managers produce written status reports on a regular basis. These status reports document project accomplishments by task, expected results, and issues. On a quarterly basis at a minimum, these status reports are reviewed with the Project Corporate Liaison to determine if Project Management is adequately addressing issues, meeting client expectations, and managing to the schedule.

All project correspondence is tracked through our Correspondence Control System. This ensures that documents exchanged between the County and Hart are available in an orderly fashion. If questions arise regarding any aspect of the project, Hart and the County can reconstruct a history of events to reach a resolution in a timely manner.

On a monthly basis, Project Managers must present the status of their project to the Project Corporate Liaison. Overdue action items, unresolved client problem reports or issues, or budget variances are all indications that project activities and the project plan are not in alignment. Hart uses such detailed reporting to spot troubled projects early in the cycle. If a "red flag" is raised, the most senior Hart managers become involved immediately. IF this occurs on the Boulder Voting Project, the County will be informed immediately and brought into the resolution process.

**Hart believes strongly that quality must extend to how a company does business.** In 2002, Hart InterCivic was presented with The Samaritan Center Ethics in Business Award honoring "good Samaritans" who practice the highest ethical principles in their daily business. The award was based on interviews with customers, suppliers, employees, management, and community organizations. We are proud of the Samaritan Center award, because we believe it symbolizes the kind of business practices that a county should expect from its vendors.

### f.  Provide a risk analysis and related mitigation plan.

The project plan will include a risk identification and mitigation plan.



BOULDER COUNTY, COLORADO

VOTING TABULATION



Hart InterCivic emphasizes risk management as a critical element of project management. Throughout all phases of the project, we employ constant communications to quickly identify risks and implement mitigation strategies to address those risks. The Project Manager tracks and reports the risks on a weekly basis, and addresses those risks using contingency plans that are defined once a risk is identified. Risks that cannot be mitigated by the Project Manager and the County Project Representative are escalated to Hart senior management to avoid negative impacts to the project. Hart is committed to quality and is looking forward to working with your staff to make this project a tremendous success for everyone.

Continual assessment of project risks is essential for success. As the project moves forward, we will assess the risks at every management meeting and milestone achievement. At this time, we can identify several tangible risks that must be addressed. Examples of risk factors are identified in *Exhibit IV-27*.



BOULDER COUNTY, COLORADO

VOTING TABULATION



## Examples of Risk Mitigation Features of the eSlate Electronic Voting System

| Risk Description | Mitigation Strategy |
|---|---|
| **Process Assessment** ||
| Significant gaps are found in procedures that impact system deployment | ■ First activity of the implementation plan is a comprehensive process analysis. Each process is evaluated against a standard checklist developed by Hart to ensure proper election procedures exist |
| | ■ Early identification of potential problems during process analysis training and acceptance tests |
| | ■ Change management efforts throughout implementation and pre-election activities (ballot creation) |
| **Training** ||
| Quality of the training program | ■ Experienced instructor to lead classes |
| | ■ On-site training during Acceptance Test |
| | ■ On-site training, work flow assessment and relationship building for |
| | ■ Self-study training material |
| Effectiveness of the training program | ■ Training program has been proven effective as used in other jurisdictions |
| | ■ Formal assessment of county's level of readiness; trainers evaluate participation and attendance to red-flag weak areas. |
| | ■ Mechanism to escalate and resolve county's non-readiness; optional follow-up training, demo, and videos. |
| **Election Preparation** ||
| Unauthorized access to the voting system applications | ■ All Hart InterCivic applications are password protected and allow access only as defined by the system administrator. |
| | ■ All database structure and communication protocols are proprietary, protecting the system from tampering |
| Last minute changes to ballot | ■ Process to make changes to the election database is simple and is covered in training session |
| **Election Day** ||
| Opening and operating polls | ■ Voting devices activate instantaneously and simultaneously when power is applied to the polling place control unit |
| | ■ No requirement for individual machine activation upon poll opening |
| | ■ Automatic creation of triplicate original cast vote records throughout the course of the day eliminates need to collect votes from each machine upon poll closing |
| | ■ Automatic system diagnostics, audit trails, and summary reports ensure data completeness and integrity |

**Exhibit IV-27, Example of Risk Mitigation Features of the eSlate System. The eSlate has been designed to mitigate many of the risks that might negatively impact a system implementation.**



BOULDER COUNTY, COLORADO

VOTING TABULATION



### 49.2 Proposer's Response

| a.  Will you meet these requirements? | Yes      X | No |
|---|---|---|

**b. How do you propose to meet these requirements? Address all requirements listed above, making sure to include item(s) listed below:**

**(1) Describe the type and level of support you will provide. Include your commitment of resources.**

#### Hart InterCivic Response

Hart will provide an industry-leading package of services and support. To facilitate the transition to the eSlate System in Boulder County, Hart InterCivic will include in the purchase contract the following:

- **Project Management and System Deployment.** A designated Project Manager will work with county elections staff to plan for and execute all aspects of the transition to the new system. The Project Manager will be responsible for managing delivery of implementation services, to include:

  - Initial acceptance testing of eSlate components;

  - Initial election support/assistance for pre-election ballot preparation, polling place and County Help Desk operations, and post-election results tabulation and reporting;

  - Initial training for Elections Officials, elections office staff, and Poll Workers, and

  - Voter education and outreach initiatives (to the extent specified in the purchase contract).

- **Installation.** Hart technical specialists will configure, install, and test all computer equipment. This activity covers delivery and setup of computer equipment ordered, installation and setup of software purchased, and installation of associated hardware (i.e., printers and scanners).

- **Documentation.** Printed and electronic versions of eSlate operations and training manuals will be provided.

- **Hart InterCivic Help Desk.** Elections Officials and staff may report system operation issues and support requests, and/or request technical trouble-shooting and assistance via toll-free telephone, toll-free facsimile transmission, or electronic mail to the Hart InterCivic Help Desk. Services will be provided as specified in the eSlate Warranty, Support,

 BOULDER COUNTY, COLORADO

VOTING TABULATION



Maintenance and License Agreement. See *Attachment 12: eSlate Warranty, Support, Maintenance and License Agreement* for a sample of the basic agreement.

- **Specialized Integration/Engineering Services.** Within the scope of the contract, Hart will provide engineering services to ensure reporting meets county specifications, necessary systems are integrated, and other systems issues are addressed.

- **Voter Education and Outreach.** The best voting system and highest trained elections staff are of little use if voters fail to vote (whether due to apathy or nervousness caused by a new voting system) or, if when they do vote, they do not operate the voting system correctly. Recognizing this, Hart InterCivic will design a customized Voter Education and Outreach (VEO) Program to accompany the transition to the eSlate System, if requested to do so.

**(2) Provide the name, title, qualifications and ability of the Project Manager that will be assigned to this account.**

## Hart InterCivic Response

The assigned Project Manager for the Boulder County implementation is Linda Herod. Ms. Herod brings over 20 years of experience as an elections professional to Boulder County. She has provided the implementation project coordination for Arapahoe County, and is currently working with Philadelphia to implement Ballot Now for absentee voting. As the Project Manager, Ms.Herod's extensive experience in facilitating the implementation of the eSlate Electronic Voting System ensures timely delivery of equipment and services, effective monitoring of staff activities, and provides for an orderly transition. Ms. Herod has also earned the elections profession's highest designation of Certified Elections/Registration Administrator (CERA).



BOULDER COUNTY, COLORADO

VOTING TABULATION



**(3) Please provide references for Project Manager you will assign to project.**

**Arapahoe County, Colorado**
Mr. Tracy K. Baker
County Clerk and Recorder
5334 S. Prince Street
Littleton, Colorado 80166-0211
(303) 795-4245
tbaker@co.arapahoe.co.us

**Tarrant County, Texas**
Robert Parten
Elections Administrator
100 W. Weatherford, B90
Fort Worth, Texas 76196
(817) 838-4650
rparten@tarrantcounty.com

**Philadelphia, Pennsylvania**
Bob Lee
Voter Registration Administrator
520 North Delaware
Philadelphia, PA 19123
215-686-1592

**Town of Superior, Colorado**
Phyllis Hardin
Town Clerk
Town of Superior
124 Coal Creek Drive
Superior, CO
303-499-3675

**Longmont, Colorado**
Valeria Skitt
City Clerk
350 Kimbark
Longmont, CO 80501
303-651-8650