BOULDER COUNTY, COLORADO

VOTING TABULATION



**(4) Describe the main elements that you will include in a project implementation plan and delivery date of the plan. Make sure to include steps to mitigate risk.**

The Project is managed in three overlapping phases described below:

- Phase I:  Plan/Design
- Phase II:  Build/Deploy
- Phase III:  Manage/Support

The Plan/Design phase begins during proposal/negotiation activities where the scope and approach are planned and described.  At contract award, the County Project Manager and Hart Project Manager review the final proposal/agreement and begin scheduling project setup/initiation activities.  The Project Manager coordinates a Project Kickoff meeting with the County's designated Project Director.  At this meeting the project team refines and establishes the baseline project schedule.

The Project Director and Project Manager begin compiling the following components of the Project Work Plan and Schedule based on templates and best practices.

- **Scope Definition** - summary of the scope of the project as defined in the final proposal/agreement documents and identifies all of the components necessary to meet the County's requirements

- **Project Team** - establishment of functional divisions within the project team (hardware, warehouse, training, etc.), identification of key individuals including their roles/responsibilities

- **Communication Plan** - contract information for project team members and management, proposed schedule/format for standing Project Management meetings, escalation protocol for critical communications, proposed schedule/format of written communications, such as meeting minutes, and required reports

- **Issue Management Plan** - procedures for identification, tracking, and resolution of project issues including escalation protocol as well as identification of known open issues

- **Risk Management Plan** - initial identification of known risks, risk mitigation strategies, and contingency plans

- **Integration Plan** - identification of "work/processes" necessary based on defined scope and any related requirements/expectations; key assumptions, limitations, or constraints; key dependencies; and approach, typically including at least the following components:

  - contracts/agreement

BOULDER COUNTY, COLORADO

VOTING TABULATION



- procurement/leasing
- data migration/legacy interface
- order processing/tracking
- production
- shipping/delivery
- asset management
- installation/acceptance
- polling place site surveys
- deployment planning
- polling place set up
- on-site support
- equipment retrieval (post election)
- equipment preparation for storage
- maintenance/ongoing support

- **Schedule** - identification of known timeframes and key milestones

- **Test Plan** - procedures for ensuring that the software integration operates successfully in the Boulder County environment

- **Quality Management Plan** - identification of performance standards, triggers, remedies, and escalation protocol

- **Change Control Plan** - procedures for identification, review, and approval of changes to the project plan

The Work Process Analysis would begin as soon as possible after the contract execution. Within two weeks of the analysis, Hart InterCivic will provide an updated project plan for Boulder County to review. Initial development of the Plan for Boulder County is shown in Attachment 13: Sample Project Implementation Plan and Delivery Timeline.

### *Risk Mitigation*

Hart InterCivic emphasizes risk management as a critical element of project management. Throughout all phases of the project, we employ constant communications to quickly identify risks and implement mitigation strategies to address those risks. The Project Manager tracks and reports the risks on a weekly basis, and addresses those risks using contingency plans that are defined once a risk is identified. Risks that cannot be mitigated by the Project Manager and the client-side Project Manager representative are escalated to Hart senior management to avoid negative impacts to the project. Hart is committed to quality and is looking forward to working with your staff to make this project a tremendous success for everyone.





BOULDER COUNTY, COLORADO

VOTING TABULATION



Continual assessment of project risks is essential to be successful. As the project moves forward, we will assess the risks at every management meeting and milestone achievement. Additional details regarding Hart's risk mitigation policies are included in response to the requirement in 49.1.f.

**(5) Describe the elements that you will include in progress reports and the timeframe for submittal of these reports.**

### Progress Reports

At minimum, the Hart Project Manager holds a weekly status review meeting by telephone or in-person with the designated County contact(s). The purpose of these meetings is to review the project status and discuss and resolve any pending issues. Constant and scheduled communications specifically for the purpose of discussing issues is an important component of the Hart project management methodology. Open issues are tracked through the meeting minutes, and functional team leaders can use the minutes as a tool to resolve these items. The earlier those issues are resolved or have a plan for resolution developed, the less risk there is that a single issue causes project delays.

The Hart Project Manager provides weekly project status reports to the Boulder County Project Director. This provides senior management with project insight and allows for additional quality control in project execution and resolution of problems. The specific format, content, and depth of detail in these reports shall be discussed and decided during the initial project start-up meetings. Items on the status report include:

- Activities and deliverables scheduled to be accomplished during the preceding period - completion status and issues.
- Activities due for completion in upcoming periods.
- Hart and County resource needs.
- Schedule refinement and planning.
- Policy or procedure clarifications or modifications.
- Issues and concerns requiring top management attention.

**(6) Describe your quality management program.**

Quality is one of the fundamental principles of the Hart business model. However, the only way to ensure quality is to design it into the project plan for the lifecycle of a project.

Hart InterCivic has focused on continual quality improvement programs, evidenced by in process assessments to meet stringent software development and management standards promulgated by leading organizations such as



BOULDER COUNTY, COLORADO

VOTING TABULATION



International Standards Organization (ISO) and Institute of Electrical and
Electronics Engineers (IEEE).

The Hart approach to quality assurance and control encompasses the practices of
planning and prevention, the use of senior-level experienced staff, and
maintaining focus on client-based requirements. We measure quality in three
broad areas: Project Management, system development, and documentation. It is
the Project Manager's responsibility to ensure that all project elements
(hardware/software, documentation, training and support services) are developed
and delivered in the most complete and professional form. The quality control
procedures for projects are described below. The procedures we have in place are
as follows.

Project Managers produce written status reports on a regular basis. These status
reports document project accomplishments by task, expected results, and issues.
These status reports are reviewed with the Professional Services Manager to
determine if the Project Manager is adequately addressing issues, meeting client
expectations, and managing to the schedule.

Overdue action items, unresolved client problem reports or issues, or budget
variances are all indications that project activities and the project plan are not in
alignment. Hart InterCivic uses such detailed reporting to spot troubled projects
early in the cycle. If a "red flag" is raised, the appropriate Hart staff resources are
brought into the project immediately. If this occurs during Boulder County
implementation, the County will be immediately informed and brought into the
resolution process.

## 50.0   MODIFICATIONS AND UPGRADES

### 50.1 Requirements

**a. The vendor shall provide at no additional charge to the County for the
life of the maintenance contract:**

**(1) All software modifications and upgrades that are necessary to comply
with changes to local, State and Federal election laws; and**

**Hart InterCivic Response**

Hart will provide upgrades and modifications according the terms of the eSlate
Warranty, Support, Maintenance and License Agreement, provided as *Attachment
12: eSlate Warranty, Support, Maintenance and License Agreement.*

**(2) All hardware and software modifications necessary to correct defects in
the system.**

BOULDER COUNTY, COLORADO

VOTING TABULATION



### Hart InterCivic Response

Hart InterCivic will provide necessary modifications and upgrades as requested by the Boulder County Clerk and Recorder. For requests not within the scope of warranty and standard service agreements, we will provide a detailed assessment of cost and resources required prior to beginning the effort. The approval of the Boulder County Clerk and Recorder will be required prior to the commitment of any resources.

**(3) All new source code will be provided to the County at no additional cost.**

### Hart InterCivic Response

As part of the certification process, Hart InterCivic files the eSlate System source code with the Colorado Secretary of State. Per Addendum 1, this meets the requirement to provide the source code to the County.

**(4) The vendor shall provide to the County for a period of two years all software modifications and upgrades required by the Boulder County Clerk & Recorder that will add features or enhance the proposed system.**

### Hart InterCivic Response

Hart will provide necessary modifications and upgrades as requested by the Boulder County Clerks Recorder. For requests not within the scope of warranty and standard service agreements, we will provide a detailed assessment of cost and resources required prior to beginning the effort. The approval of the Boulder County Clerk and Recorder's Office will be required prior to the commitment of any resources.

### 50.2 Proposer's Response

| a.  Will you meet these requirements? | Yes | X | No |
|---|---|---|---|

**b. How do you propose to meet these requirements? Address all requirements listed above, making sure to include item(s) listed below:**

**(1) Describe any new enhancements that are being planned and will be available for your system in the near future.**

### Hart InterCivic Response

As part of its ongoing research and development program, Hart InterCivic maintains a continuing agenda of product and process related innovation. These activities are captured in a continually updated eSlate solution product program.

BOULDER COUNTY, COLORADO
VOTING TABULATION



*A detailed briefing on the eSlate System product roadmap can be provided to Boulder County upon the execution of a nondisclosure agreement that protects trade secret information.*

An example of Hart InterCivic's ongoing involvement in emerging standards activities is participation in the Secure Electronic Registration and Voting Experiment, including Internet voting, being conducted by the Federal Voting Assistance Project (FVAP). Hart InterCivic is the only certified election systems vendor on the team selected to implement this important initiative. SERVE will develop and implement new technology that will permit U.S. citizens who live overseas, military and nonmilitary, to exercise their right to vote. In addition, the SERVE project may potentially represent a significant driver of future voting technology for the broader population. Hart InterCivic's involvement in the SERVE project will assure that we are at the forefront as the use of this technology develops.

At a general level, Hart InterCivic is pursuing hardware and software projects that include:

- completion of a comprehensive usability analysis in order to identify system changes that would further enhance ease-of-use for voters, election staff, and poll workers;

- increased integration with multiple voter registration systems in order to ensure rapid processing of voters at the polling place;

- completion of a version of the eSlate architecture to support a voter verifiable paper ballot;

- alternative mechanisms for delivering ballots to remote voters, including the appropriate and secure use of the Internet, this project relates to the activity sponsored by the Federal Voting Assistance Program described in more detailed in 54.2(2);

- expansion of the eSlate System's capability to manage data formatted in the XML Standard Interchange Format;

- opportunities to achieve hardware cost reductions;

- ongoing assessments of systemic implications from IEEE standards development projects; and

- fully integrated custom report design capability.

This list provides a partial agenda of the items currently in the R&D pipeline for the eSlate electronic voting solution. Several of these items have resulted in specific features and functionality being added to the eSlate System's current product roadmap.

BOULDER COUNTY, COLORADO
VOTING TABULATION



## 51.0   ASSET EQUITY

### 51.1 Requirement

The County is looking for a commitment from the vendor to offer a trade-in value for the original component costs, if the County chooses to procure a newer model of the vendor's voting system at a later date.

**Hart InterCivic Response**

Hart InterCivic commits to offer a trade-in value for the original component costs, if the County chooses to procure a newer model of the eSlate voting system at a later date.  The trade-in value would be based on market pricing less depreciation at the time of the procurement.

### 51.2 Proposer's Response

| a.  Will you meet these requirements? | Yes       X | No |
|---|---|---|

b.  How would you propose to meet this requirement?

**Hart InterCivic Response**

Hart InterCivic commits to offer a trade-in value for the original component costs, if the County chooses to procure a newer model of the eSlate voting system at a later date.  The trade-in value would be based on market pricing less depreciation at the time of the procurement.

## 52.0   COMPLAINT RESOLUTION AND MALFUNCTION IDENTIFICATION/REPORTING

### 52.1 Requirements

a.  Provide and coordinate identification and resolution of system problems (e.g., system malfunctions – including hardware, firmware, and software malfunctions; performance problems; and data corruption) in a timeframe that allows elections to be conducted in a reasonable and timely fashion.

**Hart InterCivic Response**

Hart InterCivic deploys a methodical approach to problem management and uses an Issues and Risk Tracking tool to enforce the tracking and reporting of problems. This system is described below.

b.  Provide trend analysis to identify recurring or related problems.

 BOULDER COUNTY, COLORADO

VOTING TABULATION



### Hart InterCivic Response

The Issue and Risk Tracking Tool provides a detailed record of the complete history of all identified project issues and risks. This permits the Project Director to maintain an ongoing trend analysis to identify recurring or related problems.

c.  **Provide appropriate repairs, adjustments, or replacements in instances where the vendor learns of problem situations that are likely to negatively affect equipment or software.**

### Hart InterCivic Response

Repairs, adjustments, and replacements will be provided according the terms of the warranty and support agreement.

d.  **Provide to the County on a per occurrence basis, a report of any system error in any jurisdiction outside of the County in which the system is being used. (All such errors shall be fully analyzed as to their cause and remedy.)**

### Hart InterCivic Response

In addition to the standard tracking processes described above, upon installation of the eSlate System in the County, appropriate individuals will be placed on a distribution list to receive HI-GRAMS™, email reports issued by Hart InterCivic to communicate in a timely manner system software or firmware errors of operational significance experienced with any installed eSlate System, and their appropriate remedies.

HI-GRAMS will contain error descriptions and proposed remedies to the extent that the information is available when the HI-GRAM is issued. Hart InterCivic's policy regarding delivery of software or firmware patches, fixes, or upgrades is contained in the eSlate Warranty, Support, Maintenance and License Agreement.

### 52.2 Proposer's Response

| a.  Will you meet these requirements? | Yes | X | No |
| --- | --- | --- | --- |

b.  **How do you propose to meet these requirements? Address all requirements listed above, making sure to include item(s) listed below:**

(1) **Describe methods your organization will use to identify malfunctions and track recurring or related problems, report malfunctions to the County and resolve complaints. Provide a copy of your proposed issue resolution log.**

BOULDER COUNTY, COLORADO

VOTING TABULATION



### Hart InterCivic Response

Efficiencies in problem management have a direct impact on the success of a project. Throughout the life of a project, Project Managers identify root cause problems and work efficiently to resolve those problems.

Hart InterCivic tracks all problems and issues using our issue tracking tool. The tool provides a search capability that identifies all issues corresponding to the search criteria entered by the user, but is customized to support each client's needs. Recorded information includes, among other things:

- description of the problem issue, or risk;
- contact escalation information;
- priority, type, and status;
- impacts to the project (cost/schedule/other);
- personnel assigned to resolve the issue;
- history of actions taken to resolve the issue or mitigate the risk; and
- completion data.

The Sample County eSlate Issue Tracking Log in *Attachment 14: Issue Resolution Log* shows the detailed information and tracking process we follow for the eSlate System.

Hart InterCivic's eGovernment group uses the web-based Team Track application to track all defect and development issues, and support center calls. Team Track has been very well received by the eGovernment staff and customers. We anticipate Hart InterCivic's Election Solutions Group will soon adopt this same application for issue management. A sample of Team Track as used by the eGovernment group is also included in *Attachment 14: Issue Resolution Log.*

### (2) Describe how your complaint resolution and malfunction identification/reporting process has worked for other customers.

### Hart InterCivic Response

Once a contract is signed, Hart assigns a dedicated Project Manager to work exclusively with that jurisdiction during the duration of the initial contract. Throughout the installation process, the Project Manager serves as the primary contact for any operational matters related to the project.

The Project Manager documents the complaint from the customer in detail. The Project Manager then escalates the documentation, at which time resolution approaches are discussed, or the supervisor routes the problem to the appropriate support personnel for resolution. The solution is then forwarded to the Project Manager, who in turn communicates the details to the customer.

BOULDER COUNTY, COLORADO

VOTING TABULATION



**(3) Describe the level of expertise in your organization to address complaint resolution and malfunction identification/reporting.**

<u>Hart InterCivic Response</u>

Project Managers are professionals, skilled in complaint resolution and elections, supported by staff skilled in elections management, system engineering, logistics, and a wide range of other skills. Technicians and developers assist in all phases of malfunction identification, resolution and reporting. Help desk staff maintain constant awareness of current system issues, and immediately escalate any issue that cannot be immediately resolved.

Hart has supported elections for its entire history. Hart's professional staff includes individuals who have decades of experience supporting elections and managing and resolving customer issues. We have lived with the corporate slogan, "Never late. Never wrong," a philosophy that, we believe, aptly presents the challenge facing all elections professionals.

**(4) Describe your approach to addressing multiple failures simultaneously.**

<u>Hart InterCivic Response</u>

Preparing for the unlikely occurrence of multiple simultaneous failures is a standard part of the overall risk mitigation program associated with installation of the eSlate Electronic Voting System.  Extra MBBs are burned during ballot origination, and loaded into backup JBCs.  These backup JBCs may be sent out as needed, or in some larger locations, backup JBCs are delivered to the site and remain there as a backup unit for the entire voting period.

**(5) Provide examples of how you have obtained complaint resolution satisfaction.**

<u>Hart InterCivic Response</u>

**Example:**  The Tarrant County, Texas, Project Manager was contacted for help regarding setting up a contest in BOSS to allow for all county-wide, uncontested contests to be voted on as one bloc.  The county was uncertain if BOSS could accommodate this and needed suggestions on how to proceed.  The Project Manager developed and tested the procedure, then traveled to the county and worked with the programmer to determine if this would meet the county's needs. The county adopted the procedure.

**Example:** Harris County, Texas, became concerned about voters leaving the booth before completing voting. The Harris County Election Director suggested some visible reminder, and the Hart InterCivic Project Manager developed a set of solutions including a revision of the onscreen presentation during the Ballot Summary Page. The solutions were reviewed with the customer, concurrence

BOULDER COUNTY, COLORADO

VOTING TABULATION



obtained, and the solution implemented. Voters have expressed approval for the visibility the new design affords.

**Example:** Arapahoe County, Colorado, wanted to integrate results from their eSlate DRE system and their eSlate Ballot Now absentee/mail balloting system with their legacy Election Day system (another vendor). The County described the desired reporting capability to the Project Manager who, in turn, escalated the problem for review and resolution at the corporate level. Unfortunately, output data formats for the legacy Election Day system were not available to create a stand-alone, post-tally integration utility.

Hart InterCivic development engineers, however, worked directly with County personnel to create an export from the eSlate System that could be imported into the legacy system to achieve totally integrated results reporting. The entire process was tracked and coordinated by the Project Manager to insure customer requirements were clearly understood and addressed by development engineers, while customer expectations were appropriately aligned with projected outcomes. Arapahoe County was delighted with the results achieved.

## 53.0   DELIVERY AND ACCEPTANCE

### 53.1 Requirements

a. **The vendor shall deliver to the Boulder County Clerk & Recorder a small number of system components to adequately conduct an in-house preliminary test of the hardware and software immediately upon signing of the contract. This will enable the Boulder County Clerk & Recorder to begin developing procedures and gain knowledge of the new system.**

**Hart InterCivic Response**

Upon contract approval, Hart InterCivic will work with the Boulder County Clerks Recorder to determine the number of units required to meet the requirements of the Boulder County Clerks Recorder for testing and early training. These units will then be delivered to the Boulder County Clerks Recorder.

b. **The remainder of the system components shall be delivered beginning no later May 1, 2004 and ending no later than June 15, 2004.**

**Hart InterCivic Response**

Agreed. These delivery time frames have been incorporated into the project plan. See *Attachment 13: Sample Project Implementation Plan and Delivery Timeline* for the complete project schedule.

BOULDER COUNTY, COLORADO

VOTING TABULATION



c. **A written and mutually approved acceptance test shall be developed by the time the contract is signed. This plan will be predicated on a minimum acceptable service level (MASL) of 99.8%.**

**Hart InterCivic Response**

Agreed. Hart has well defined procedures for acceptance testing. Upon contract approval, we will present these to the Boulder County Clerks Recorder for concurrence, and subsequently make revisions required to ensure the acceptance and test plans meet the Boulder County Clerks Recorder's requirements.

d. **Acceptance testing shall be completed after installation of the system, no later than June 15, 2004.**

**The acceptance test will require meeting minimum criteria developed by the County. These criteria will include, but are not limited to, the achievement of specified system availability, performance and service level commitments for a period to be, determined during contract negotiation. The vendor will be required to provide a statement indicating compliance with the installation and acceptance test.**

**In the event the vendor fails to complete the implementation and acceptance test within the time period agreed upon, the County reserves the right to terminate the contract and draw or claim upon any bid bond performance guarantee, letter of credit, surety or other form of guarantee provided for the benefit of the County pursuant to the terms of the contract.**

**Hart InterCivic Response**

Acknowledged. We agree to meet this requirement.

This time frame has been incorporated into the project plan. The Acceptance Test is a test of the functionality of the equipment as the customer first receives it. In performing an Acceptance Test, the customer is verifying that the equipment is in good working order.

Upon delivery of eSlate System components, the Hart Project Manager and Boulder County will schedule acceptance testing for each component. Testing will encompass all functionality of each unit and will be documented by component serial number. To facilitate this process, Hart will provide a spreadsheet with serial numbers of each component shipped. This spreadsheet will serve as a control document for acceptance testing.

The acceptance test will involve testing of each JBC and eSlate System in addition to scanners and workstations to ensure proper loading of software. An end-to-end test (round-trip test) of the Election Management Software (BOSS, Ballot Now, Tally, and Absentee Ballot System) will also be performed to verify

BOULDER COUNTY, COLORADO

VOTING TABULATION



the system software and to provide hands-on training on the system with county officials, which will re-enforce the training they have received.

A timeline for delivery is included in *Attachment 13: Sample Project Implementation Plan and Delivery Timeline.*

### 53.2 Proposer's Response

| a.  Will you meet these requirements? | Yes | X | No |
|---|---|---|---|

**b. How do you propose to meet these requirements? Address all requirements listed above. Include your proposed timeline for delivery of hardware and software and acceptance testing.**

**Hart InterCivic Response**

This time frame has been incorporated into the project plan.  The Acceptance Test is a test of the functionality of the equipment as the customer first receives it. In performing an Acceptance Test, the customer is verifying that the equipment is in good working order.

Upon delivery of eSlate System components, the Hart Project Manager and Boulder County will schedule acceptance testing for each component.  Testing will encompass all functionality of each unit and will be documented by component serial number.  To facilitate this process, Hart will provide a spreadsheet with serial numbers of each component shipped.  This spreadsheet will serve as a control document for acceptance testing.

The acceptance test will involve testing of each JBC and eSlate System in addition to scanners and workstations to ensure proper loading of software.  An end-to-end test (round-trip test) of the Election Management Software (BOSS, Ballot Now, Tally, and Absentee Ballot System) will also be performed to verify the system software and to provide hands-on training on the system with county officials, which will re-enforce the training they have received.

A timeline for delivery is included in Attachment 13:  Sample Project Implementation Plan and Delivery Timeline.

### 54.0   RESEARCH AND DEVELOPMENT

**The rapid development of new computer hardware (e.g. processors, display screens, storage devices), advancements in wireless communications technology and growing wireless coverage areas, requires companies that wish to remain competitive maintain a substantial R&D program.**

**Hart InterCivic Response**



BOULDER COUNTY, COLORADO

VOTING TABULATION



### 54.1 Requirement

**The vendor shall have an active R&D program.**

#### Hart InterCivic Response

Hart InterCivic has established an aggressive research and development operation supporting the eSlate Electronic Voting System. Located in the Boulder County area (Lafayette), the R&D organization includes approximately 30 software engineers, manufacturing specialists, computer scientists and others dedicated to constant improvement and innovation in the eSlate System. The eSlate System development is documented in an eSlate Solution Roadmap, updated on a regular basis in response to customer requests, changes in laws and standards, and evolving market demands.

Hart InterCivic's engineering staff presently includes twelve full-time individuals. An additional eight managerial and administrative staff support the engineering staff. Hart InterCivic has strategic plans for growth and expansion of the R & D staff that is sales based and Hart InterCivic's location allows it to draw on the experience-rich Denver/Boulder employment market.

Hart InterCivic also plays an active role in the ongoing development of new standards and technologies. For example, Hart InterCivic's Vice President in charge of Engineering and Development serves as IEEE's project manager for its voting systems standards project.

### 54.2 Proposer's Response

| a.  Will you meet these requirements? | Yes      X | No |
|---|---|---|

**b. How do you propose to meet this requirement? Make sure to include item(s) listed below:**

**(1) List all items, both hardware and software, currently in R&D.**

#### Hart InterCivic Response

Ongoing research and development is a crucial part of Hart InterCivic's operating objectives. Our vision of future capabilities is constantly validated against our experience in actual implementation, with the ultimate goal of an election system that provides counties with maximum flexibility, absolute accuracy, and end-to-end ease-of-use.. At a general level, Hart InterCivic is pursuing hardware and software projects that include:

- completion of a comprehensive usability analysis in order to identify system changes that would further enhance ease-of-use for voters, election staff, and poll workers

---

RESPONSE TO SECTION IV,
REQUIREMENTS AND SUBMITTAL

BOULDER COUNTY, COLORADO

VOTING TABULATION



- increased integration with multiple voter registration systems in order to ensure rapid processing of voters at the polling place
- completion of a version of the eSlate architecture to support a voter verifiable paper ballot
- alternative mechanisms for delivering ballots to remote voters, including the appropriate and secure use of the Internet (this project relates to the activity sponsored by the Federal Voting Assistance Program described in more detail later in this response)
- expansion of the eSlate System's capability to manage data formatted in the XML Standard Interchange Format
- opportunities to achieve hardware cost reductions
- ongoing assessments of systemic implications from IEEE standards development projects
- fully integrated custom report design capability
- incorporation of wireless technologies into the eSlate architecture

Many of our development plans are considered confidential. We will be pleased to provide Boulder County with a complete briefing on future development plans for the eSlate System under conditions of non-disclosure.

**(2) List all items, both hardware and software, not yet in development but being considered as a future R&D project.**

**Hart InterCivic Response**

Long-range research and development for the eSlate electronic voting system reflects both emerging market demands and technological evolution of information systems. The high level of integration in the eSlate System reflects Hart InterCivic's design objective of creating a flexible, scalable architecture. The eSlate architecture will accommodate new vote recording devices and other features while still maintaining the underlying Cast Vote Record structure and the polling place hardware. Updates are primarily software and firmware driven. For example, Hart InterCivic is assessing the viability of wireless technology for broad deployment in election systems, integration with electronic roster books, and continued enhancements in system security and automatic verification.

As noted previously in this response, Hart InterCivic is currently the only certified election systems vendor participating in the Secure Electronic Registration and Voting Experiment of the Federal Voting Assistance Program (SERVE). Hart InterCivic is playing a key role in the selected project team, which is chaired by Accenture. Hart's primary role focuses on integration with local election offices, a key objective of the SERVE project. SERVE is a significant example of a

BOULDER COUNTY, COLORADO

VOTING TABULATION



program that will drive future voting systems as well as Hart InterCivic future research agenda.

Hart InterCivic is also closely monitoring developments relating to implementation of the Help America Vote Act. A technical liaison has been established with the National Institute of Standards and Technology who will oversee implementation of the technical advisory panels under provisions of the Act, as well as manage the definition of research and development projects and pilot project. Furthermore, Hart InterCivic's Vice President in charge of Engineering and Development has been named project manager for the standards development initiative sponsored by the IEEE.

**(3) List all new items that will be released and available to your customers within the next six months.**

**Hart InterCivic Response**

Hart InterCivic has begun submitting eSlate System 3.0 for NASED certification. System 3.0 will expand the multilingual capability, and provide enhancements in ballot formatting flexibility, data archiving, ballot verification, Ballot Now (by-mail balloting) imaging processes, and report formatting.

Version 3.1 of the eSlate System is planned for release later this year, including features that simplify the management of multi-party primaries.

**(4) List all new items that will be released and available to your customers within the next 12 months.**

**Hart InterCivic Response**

Over the next 12 months, Hart InterCivic anticipates submission of additional system upgrades for certification. System roadmaps for Versions 3.2 and 3.3 of the eSlate system include enhanced functionality in several areas, including ballot template definition, usability features based on a comprehensive usability evaluation, expanded rotation options, additional vote recording options, support for instant runoff voting, increased warehousing and system reset efficiencies, enhanced memory capabilities and enhancements to remote results transmission and reporting.

## 55.0 ELECTRONIC ROSTER (POLL BOOKS)

**In conjunction with Provisional Balloting and emergency registration the need for an electronic poll roster is becoming more important.**

### 55.1 Requirement

**Vendor shall provide the option of a viable electronic roster solution for use at the polls on Election Day before the August 2004 Colorado Primary**

BOULDER COUNTY, COLORADO

VOTING TABULATION



Election, if not sooner. It is our preference that the DRE device used at the polls for voting also support the e-roster function. If the device is utilized as the e-roster, no ballots will be cast on this device. However, in addition to its e-roster functions, it should perform other functions necessary to operate the polls efficiently.

**Per Addendum 1:**

"At this time, we would require a static data file of the poll book available to each polling place on Election Day, updated with the latest information to show who had voted early or absentee. However, we will need the capability in the near future, if the election law is changed, to require access to real-time poll books from the polling places. In your RFP response, we would like to know:

a.  Is a real-time poll book feasible, either now or in the future?  We would have requirements or supplying connectivity to polling place located in mountain areas, where direct-wired connection may not be available.

b.  What is your estimate of the cost to implement a real-time poll book?

**Hart InterCivic Response**

A real-time poll book is feasible.

Hart InterCivic is prepared to offer Boulder County an electronic poll book. The deployment of this solution can take many forms depending on the needs of Boulder County. In its simplest form, a Personal Digital Assistant (PDA), handheld barcode reader with onboard microprocessor or notebook computer loaded with a static data file would be deployed to each polling location. We are assuming for the purpose of this response that that the County would provide a static data file conforming to a file specification that we would provide Boulder County will provide a static data file in a format we will provide.

Real-time functionality is dependent upon networking, whether it is wired or wireless, and the limitations imposed by service availability. The mountainous terrain of Boulder County will add to the complexity but will not prohibit this capability. The continuing improvement of wireless networking may very well offer the best solution for the real-time update of voter registration data. At this time Hart InterCivic proposes $300,000 to $600,000 depending on the hardware that Boulder County chooses.

### 55.2 Proposer's Response

| a.  Will you meet these requirements? | Yes | X | No |
|---|---|---|---|

BOULDER COUNTY, COLORADO

VOTING TABULATION



**b. How do you propose to meet this requirement?**

**Hart InterCivic Response**

See response under the requirements, above.

## 56.0 RECOUNT

### 56.1 Requirement

**The proposed system must be able to meet or exceed the state-mandated requirements for recounting election results, as well as:**

**a. provide a paper audit trail of votes cast during the original count**

**Hart InterCivic Response**

The eSlate System can provide a paper trail for every vote cast on the system.

For early voting or Election Day voting on the eSlate DRE , when the voter selects "Cast Ballot", a Cast Vote Record is stored on the MBB and separately on the JBC.  For absentee/mail ballots, Cast Vote Records of the scanned and resolved Ballot Now ballots are also saved to an MBB. At the close of voting, the MBBs are read by the Tally application for tabulation and results reporting.

Following Election Day, data and equipment management is managed through the SERVO software component of the eSlate System.  SERVO is used to back up the duplicate original Cast Vote Records and audit logs from eSlates and JBCs used in an election.  If needed, the backed-up data can then be used to print the Cast Vote Records, to verify the MBB-generated tabulation results, and to provide reports on cast vote records, audit logs, and equipment used for the election.

Separately, each component of the eSlate System creates a complete audit log of all actions that affect it.  At the polling place, each individual eSlate unit maintains an audit log, and an audit log for the polling place is maintained on the Judge's Booth Controller.

**b. provide an audit trail for any votes counted subsequent to the original count**

**Hart InterCivic Response**

Any votes counted subsequent to the original count are clearly identifiable in the System's audit trail.

A complete, electronic recount of an election is easily accomplished with the eSlate System by re-reading each MBB for the specified election into a  "fresh" Tally database.  This process duplicates the process as for the original tabulation, and provides the same results reports, audit trails, and back-up options.



BOULDER COUNTY, COLORADO

VOTING TABULATION



This meets the requirements pertaining to recounts as noted in   Section 1-10.5-110 of the Colorado Election Code:

- Include early voting, Election Day, and Election Day emergency voting
- Provide results reporting
- Use electronic ballot images as stored on the units' removable memory devices
- Not rely on incremental or summary records from individual DRE units
- Provide a means to archive the original results
- Not require any original election data or results to be destroyed in order to perform the recount
- Allow for the recovery of data from removable devices that may have been destroyed or lost.

### 56.2 Proposer's Response

| a.  Will you meet these requirements? | Yes     X | No |
|---|---|---|

**b.  How do you propose to meet this requirement?**

**Per Addendum 1:**

**Address all requirements listed above, making sure to include item(s) listed below:**

**(1) Describe the recount process for optical scan (absentee/mail) ballots.**

**Hart InterCivic Response**

Optical scan ballots (Absentee/Mail/Provisional) can be recounted from their original paper ballots or through the eSlate Tally and SERVO processes described below.

**(2) Describe the recount process for ballots cast using a DRE.**

**Hart InterCivic Response**

A complete, electronic recount of an election is easily accomplished with the eSlate System by re-reading each MBB for the specified election into a  "fresh" Tally database.  This process duplicates the process used in the original tabulation, and provides the same results reports, audit trails, and back-up options.

This meets the requirements pertaining to recounts as noted in   Section 1-10.5-110 of the Colorado Election Code:

BOULDER COUNTY, COLORADO

VOTING TABULATION



- Include early voting, Election Day, and Election Day emergency voting
- Provide results reporting
- Use electronic ballot images as stored on the units' removable memory devices
- Not rely on incremental or summary records from individual DRE units
- Provide a means to archive the original results
- Not require any original election data or results to be destroyed in order to perform the recount
- Allow for the recovery of data from removable devices that may have been destroyed or lost.

Another option is a manual recount. To accomplish a manual recount, Cast Vote Records may be extracted from the eSlate and/or Judge's Booth Controller and viewed electronically. They also may be printed to reconstruct the election and count votes ballot-by-ballot. The random manner in which individual Cast Vote Records are recorded at the time each vote is cast allows this detailed reconstruction to be accomplished while maintaining <u>complete voter anonymity</u>.

Finally, the combination of the eSlate's architecture, triplicate original process, and SERVO application provide an additional, and powerful, recount alternative. SERVO uses the triple redundancy features of the eSlate Electronic Voting System to their fullest advantage. Election results are initially generated from the direct reading of MBBs into Tally. SERVO generated recount data from the JBC and eSlate memories can be used to compare against the MBB results, creating a distributed, closed-loop process that provides redundant cross verification of election results. This makes the ability to recount election results a seamless option for every election cycle, increasing system reliability and security.

**(3) List any additional equipment required or recommended for a recount, e.g., stacker/feeder units to count several optical scan ballots at a time, how many additional optical scan readers could be added, etc.**

Boulder County has indicated in the RFP and the Addendum that a recount situation could include the requirement to scan as many as 200,000 ballots in a 12- hour period. To meet this need, Hart's proposed solution includes a total of three Ballot Now scanning stations. Additional stations can be added if the County desires.

**(4) List any additional costs associated with conducting a recount, including the cost of additional equipment.**

The only additional cost in terms of the eSlate System is for the additional Ballot Now scanning stations. Three stations are included in this proposal, providing

---

BOULDER COUNTY, COLORADO

VOTING TABULATION



sufficient capacity to meet the volume specified in the RFP. All costs are included in the. pricing schedules included with this response.

Any costs associated with the conduct of the recount, such as staff salary, use of facilities, utilities, etc., would be determined by the County.

## 57.0   QUALIFICATIONS AND EXPERIENCE

### 57.1 Requirement

**a. The vendor shall be qualified and capable of providing a system that will satisfactorily serve the voters in Boulder County.**

**Hart InterCivic Response**

Hart InterCivic's capability to meet this requirement is clearly indicated by the history of successful eSlate implementations. We encourage Boulder County to confirm the capabilities of Hart InterCivic and the eSlate System by contacting our references.

**b. The vendor shall assign qualified and capable staff in adequate numbers to ensure success of this project. &&**

**Hart InterCivic Response**

The Hart Team consists of highly experienced staff who have the expertise and training to ensure that the Boulder County Project is successful.

Hart InterCivic has identified an excellent team of professionals to support the Boulder County project. . Resumes for key project staff are provided as *Attachment 17: Resumes of Key Personnel.* The following staff members will be engaged full or part time on the Boulder County Project during various periods of the implementation phase and in close proximity to actual elections.

The Account Manager will be Linda Funkhouser Herod.  Ms. Herod came to Hart InterCivic in 2001 after more than fourteen years with Tarrant County, Texas, Elections Administration.  During her tenure, she was responsible for coordinating early voting in-person and by-mail, managing Central Counting Station functions, supervising tabulation and accumulation, and assisting with voter registration and other elections administration duties.

In 1995, Ms. Herod earned the election profession's highest designation of Certified Elections/Registration Administrator (CERA).  The experience of sharing in the development and writing of the *Code of Ethics for the Elections Profession,* under the direction of The Election Center in 1997, is among her proudest professional achievements.



BOULDER COUNTY, COLORADO

VOTING TABULATION



Since joining the Hart Election Solutions team, Ms. Herod managed full installation of the eSlate Early Voting and Ballot Now Absentee Voting systems in Arapahoe County, Colorado, assisted with installation and implementation of the Tarrant County, Texas Early Voting eSlate system and provided support during the Harris County, Texas, eSlate installation. Other responsibilities were the administration of the Arapahoe County, Colorado, 2002 Primary Election, the City of Sheridan, Colorado, all by-mail election, binding elections for the Town of Superior, Colorado, and the City of Glendale, Colorado, and a joint election in Pierce County, Washington, (Tacoma) for the county transit authority, two cities, fifteen school districts and one library district. In addition she provided support for the Democratic and Republican primary elections in Tarrant and Harris Counties in Texas and Forsyth County, North Carolina.

Michelle Shafer will manage the voter education and outreach program.. Ms. Shafer has been with Hart for six years, and designed and implemented the award-winning voter education program for Harris County, Texas, and manages Hart InterCivic's voter education staff and network of communications partners. Ms. Shafer brings extensive experience in marketing and communications.

Scott Flom will serve as the Project Corporate Liaison, responsible for executive level oversight of the project and management of issues that require escalation. Mr. Flom has more than 15 years of management experience in developing and supporting election and information technology solutions. He is currently responsible for all areas of the Hart InterCivic eSlate Electronic Voting System, including product implementation, project management, training, and customer support.

Travis Harrell will support Testing and Quality Assurance. Mr. Harrell is Manager of Professional Services for Hart InterCivic's Election Solutions Group. He manages professional services personnel supporting Hart InterCivic election customers across the U.S. He previously served as the Operations Manager and Director of Customer Service for Hart's eGovernment Solutions Group, where he directed the implementation of Hart Workflow solutions in five states. His responsibilities included project planning, project management,

### *57.2 Proposer's Response*

| a. Will you meet these requirements? | Yes     X | No |
|---|---|---|

b. **How do you propose to meet this requirement? Make sure to include item(s) listed below:**

(1) **Describe your qualifications and unique capabilities. Why are you better than your competitors?**



BOULDER COUNTY, COLORADO

VOTING TABULATION



### Hart InterCivic Response

Hart InterCivic has extensive knowledge and experience in the elections industry and in implementing large, complex, high profile systems for county, state, and federal governments. We are aware of, and experienced in, the design and execution of highly visible and complex projects that must be successfully completed in the public view. We know that Boulder County is buying more than voting machines – you are buying the assurance that with this system and the supporting services Hart InterCivic delivers, Boulder County elections will be accurate, efficient, and secure. We know the importance of "never late, never wrong" in the conduct of the electoral process.

Hart InterCivic has provided election products and services to hundreds of counties and thousands of other government and private sector customers nationwide and has supported every major election system on the market today. Hart's solid reputation for customer satisfaction and business integrity has been built through nearly a century of quality service to county government.

Hart has been a supplier of ballots and other election products since 1912, has sold and supported optical scan voting equipment to over 200 counties, and has provided turnkey election services in multiple states, including ballot formatting and generation, polling place set-up, pre-Election Day and Election Day equipment support (including multi-county Election Day Support Command Centers), tabulation room management, integration of multiple voting systems, and much more.

Hart InterCivic's development organization maintains an active involvement in national standards initiatives in order to ensure a thorough understanding of changing requirements and emerging trends. Hart also monitors election law changes at the state and local levels where the eSlate Electronic Voting System is certified, as well as continuing communication with election officials at eSlate installations. Hart InterCivic's Vice President of Engineering and Development serves as Project Manager of the IEEE Voting Systems Standards Project.

Hart InterCivic is also closely monitoring developments relating to implementation of the Help America Vote Act. A technical liaison has been established with the National Institute of Standards and Technology who will oversee implementation of the technical advisory panels under provisions of the Act, as well as manage the definition of research and development projects and pilot project.

Another example of Hart InterCivic's ongoing involvement in emerging standards activities is our participation in the Secure Electronic Registration and Voting Experiment (SERVE) being conducted by the Federal Voting Assistance Project. Hart InterCivic is the only certified election system vendor on the team selected to help implement this important initiative.

BOULDER COUNTY, COLORADO

VOTING TABULATION



SERVE will develop and implement new technology permitting U.S. citizens who live overseas, military and nonmilitary, to exercise their right to vote. In addition, the SERVE project may potentially represent a significant driver of future voting technology for the broader population. Hart InterCivic's involvement in the SERVE project will assure that we are at the forefront as the use of this technology develops.

Hart InterCivic's commitment to the election process is evident in its efforts to provide access to **all** voters. Hart InterCivic has worked with organizations such as the National Federation of the Blind, the National Organization on Disabilities, and the American Association of People with Disabilities to obtain input and guidance regarding the accessibility features of the eSlate System. A result of this research and collaboration is the eSlate being rated as the highest ranked voting system in terms of accessibility in the November 2002 issue of *AccessWorld* Magazine, based on a review of voting systems by the American Foundation for the Blind Technology and Employment Center.

Hart InterCivic is an active participant in the leading organizations that serve the election industry, including the Election Center, the National Association of County recorders, Elections Officials and Clerks (NACRC), International Association of Clerks, Recorders, Elections Officials, and Treasurers (IACREOT), the National Association of Secretaries of State, and others.

Hart InterCivic is committed to delivering the highest quality systems, evidenced by eSlate's prestigious ISO-9001 certifications. The ISO certification of quality applies to the design and development of the eSlate System's software components, BOSS, TALLY, Ballot Now, and SERVO as well as to the eSlate hardware components: eSlate 3000, DAU 5000, and JBC 1000.

Finally, Hart InterCivic believes that integrity and ethics are essential characteristics of an election systems partner. That's why we are proud to have been honored by the Samaritan Center with the 2002 Ethics in Business Award.

**(2) Describe in detail your prior experience and past performance that is relevant to this project.**

<u>**Hart InterCivic Response**</u>

Since introducing the unique eSlate electronic voting solution in 2000, Hart InterCivic has sold nearly 20,000 eSlate units to jurisdictions totaling 4,000 precincts and more than 5 million registered voters. In November 2002, more than one million voters cast ballots on the eSlate System. eSlate customers include Arapahoe (Greater Denver) County, Colorado; Brazos (Bryan/College Station) County, Texas; Travis County (Austin), Texas; Tarrant (Fort Worth) County, Texas; and Harris (Houston) County, Texas, as well as the City of Charlottesville. The City of Philadelphia recently acquired the Ballot Now application for absentee/mail voting, to supplement its existing polling place system.



BOULDER COUNTY, COLORADO

VOTING TABULATION



Hart InterCivic's experience and expertise is evident in the company's work with all counties, most notably in Harris County (Houston), Texas, the nation's third largest county with 1,800,000 voters in 884 precincts. In the November 2002 General Election, Hart InterCivic successfully completed, on-time and on-budget, the implementation of the eSlate Electronic Voting System for Harris County, representing the largest county in the nation to fully convert to an electronic voting system. The Harris County project included:

- 8,170 eSlate and DAU units and voting booths;
- Early Voting, Election Day precincts, Ballot Now absentee ballots;
- Election Management System (BOSS and Tally software);
- Integration with the VEMACS voter registration system; and
- Design and management of a nationally recognized Voter Education and Outreach program.

This success is built on nearly a century of service to county governments throughout the nation, provide the full range of election support serves necessary to ensure election success.

**(3) Submit customer references, if available.**

**Hart InterCivic Response**

Detailed customer references and letter from Hart InterCivic customers are presented in *Attachment 15: References/Letters of References.* Exhibit IV-27, on the next page, presents some of the testimonials our customers and others have provided.

BOULDER COUNTY, COLORADO

VOTING TABULATION



---

**Here's what others are saying about the eSlate System...**

✓ "We selected the eSlate System because we believed it was the best system on the market, ar our experience in [the November, 2002] election confirmed our decision. We also were impressed by Hart InterCivic's service, support and training, and throughout the months of care implementation, Hart InterCivic always met or exceeded our expectations." Beverly Kaufman, Harris County Clerk and Chief Election Official.

✓ "Our election judges and poll workers were delighted with how simple the eSlate System is to s up at the polling place and manage throughout the voting process.  Voters were enthusiastic, ar Hart's support throughout the process, including final count and reporting, was exceptional." Dana DeBeauvior, Travis County Clerk and Chief Election Official.

✓ "During Early Voting, the eSlate performed flawlessly. Voters and poll workers consistently expressed strong support for the new system. Visually impaired and other special needs voters were particularly vocal in their endorsement of the system." Robert Parten, Tarrant County elections Administrator.

✓ "We have been very pleased with the eSlate System and the service and support provided by Hart InterCivic. We would favorably recommend the system to other counties considering such purchase." Harris County Judge Robert Eckels.

✓ "...we do rate the eSlate as the best machine we looked at.  It scored highest in overall usability and our testers liked the easy to use linear ballot and the fact that audio and visual voting can b used simultaneously.  We also found the eSlate to have the highest level of cross-disability access." AccessWorld Magazine, November 2002.

✓ "The data [from exit polls conducted during the November 2002 Harris County elections] show a very positive reaction from voters in the field, across all demographic groupings." Dr. Richard Murray, The Center for Public Policy, The University of Houston.

✓ *"No troubles were reported in the nation's largest county to go all-electronic: Harris County, Texas, which includes Houston." Associated Press, 11-05-02, in an article discussing electronic voting system use in November 2002.*

---

**Exhibit IV-27: Comments from eSlate Customers and Others. The eSlate has received strong support and positive comments from customers and others who have worked with Hart InterCivic in eSlate installations and tests.**

---

BOULDER COUNTY, COLORADO

VOTING TABULATION



**(4) Identify all key project staff, qualifications, their roles and time they will be committed to the project.**

__Hart InterCivic Response__

A project organization chart is presented as *Attachment 16: Boulder County Project Team Organization Chart.* Resumes for key project staff are provided as *Attachment 17: Resumes of Key Personnel.*



**Exhibit IV-28: Boulder County Project Team Organizational Chart**

**(5) The vendor shall attach a copy of its most resent financial statements, with the name address and telephone of a contact within the organization.**

__Hart InterCivic Response__

Hart InterCivic is a privately held company and does not publicly release financial statements. A copy of Hart InterCivic's most recent financial statements is included with the original proposal in a separate envelope marked *Confidential.*

BOULDER COUNTY, COLORADO

VOTING TABULATION



## 58.0   PERFORMANCE BOND AND INSURANCE

### 58.1 Requirement

**a. A performance bond in the amount of 100% of the contract price will be required from awarded vendor**

<u>**Hart InterCivic Response**</u>

Hart InterCivic understands, and if selected, will comply with this requirement.

**b. Minimum insurance requirements, listed in attached sample contract will be required**

<u>**Hart InterCivic Response**</u>

Hart InterCivic meets and exceeds all insurance requirements with the exception of Sample Contract item 9.f., Pollution Liability. The work performed under this contract would not involve pollution risk, so this requirement is not applicable.

### 58.2 Proposer's Response:

| a.   Will you meet these requirements? | Yes       X | No |
|---|---|---|

<u>**Hart InterCivic Response**</u>

Hart InterCivic acknowledges and will meet these requirements.

 BOULDER COUNTY, COLORADO
VOTING TABULATION SYSTEM

 HART
I n t e r c i v i c

# TECHNICAL SPECIFICATIONS/REQUIREMENTS

Application/version submitted for consideration MUST meet these minimal requirements:

| Technical Specifications/Requirements (RFP page 59) | Summary of eSlate Compliance | Proposal Reference for Detailed Response |
|---|---|---|
| 1). Application must be in production at more than one site. | Since its introduction in 2000, nearly 20,000 eSlate units have been sold to serve more than 5 million voters in 4,000 precincts. | Attachment 15, References |
| 2). Application must be either client server or web based. | All software components of the eSlate operate in a Microsoft Windows NT/2000 environment. | Section 4, page 6 |
| 3). If client based, application must function on a Window's XP operating system. | The Ballot Origination Software System (BOSS), Ballot Now, Tally, and SERVO applications are presently designed to run in the Windows NT/2000 environment and are delivered on computer systems (PCs) with compatible operating systems. | Section 4, page 6 |

Please respond to the following in the order listed below:

| Technical Specifications/Requirements (RFP page 59) | Summary of eSlate System Compliance | Proposal Reference for Detailed Response |
|---|---|---|
| 1). Please submit company name, address, and phone number. | **Corporate Headquarters**<br>Hart InterCivic<br>15500 Wells Port Drive<br>Austin TX 78728<br>512.252.6400<br><br>**eVoting R&D Center**<br>Hart InterCivic<br>1650 Coal Creek, Suite E<br>Lafayette CO 80026<br>303.385.6440 | |
| 2). Please provide detailed/itemized budgetary cost estimates for each module proposed. | The Hart InterCivic proposal includes pricing for all system modules in the Pricing Schedules. | Section 6, Pricing |
| 3). Please provide budgetary estimates for support/maintenance/upgrades for 1 to 3 years. | The Hart InterCivic proposal includes pricing for maintenance in the Pricing Schedules. | Section 6, Pricing |



BOULDER COUNTY, COLORADO
VOTING TABULATION SYSTEM



| 4). Please submit a copy of any contract you require to be executed at time of award. | This proposal includes the standard Hart InterCivic eSlate Warranty, Support, Maintenance, and License Agreement. | Attachment 12, eSlate Warranty, Support, Maintenance and License Agreements |
|---|---|---|
| 5). List average budgetary cost estimates for the following items: | | |
| a). On-site training (Hourly rate: Number of estimated hours to complete project) | Pricing estimate for on-site training is included in the Professional Services component in the Pricing Schedules. | Section 6, Pricing |
| b). Project Management (Hourly rate: Number of estimated hours to complete project) | Pricing estimate for project management is included in the Professional Services component in the Pricing Schedules. | Section 6, Pricing |
| c). Conversion/Mapping (Hourly rate: Number of estimated hours to complete project) | Pricing estimate for custom development and integration is included in the Pricing Schedules. | Section 6, Pricing |
| d). Recommended hardware to meet Boulder County's requirements | Pricing estimate for eSlate System hardware is included in the Pricing Schedules. | Section 6, Pricing |
| e). All software, itemized to meet Boulder County's requirements | Pricing estimate for eSlate System software applications is included in the Pricing Schedules. | Section 6, Pricing |
| f). On-site training, post-production (Hourly rate for training on new modules after system is in production) | There is no charge for training on new modules added by Hart InterCivic. Hart InterCivic offers user training in its Austin, Texas training lab at least annually.<br><br>Other training is available (e.g., review sessions or training for new county employees) on-site for a daily rate of $1250 plus Hart staff travel expenses. This training is available in the Austin, Texas facility for a daily rate of $250. | |
| 6). Please include a statement of qualification; specifically how your product and Company can meet the minimum requirements listed above in items 1-6. | Boulder County will benefit from Hart InterCivic's<br>• extensive knowledge of the elections industry<br>• experience in implementing large, complex, high profile systems<br>• commitment to quality in the eSlate System and the services that support it. | Section 4, page 189 |
| | | |

 BOULDER COUNTY, COLORADO
VOTING TABULATION SYSTEM



| 7). Please provide references and the name and phone numbers of any Counties where your product is currently in production. | Since its introduction in 2000, nearly 20,000 eSlate units have been sold to serve more than 5 million voters in 4,000 precincts.<br><br>In this proposal, we include a summary of the installation and reference contact information as well as letters of reference. | Attachment 15, References |

 BOULDER COUNTY, COLORADO
VOTING TABULATION SYSTEM



# Section 7

# Submittal Section Specification

© 2003 HART INTERCIVIC


BOULDER COUNTY, COLORADO
VOTING TABULATION SYSTEM



# SUBMITTAL SECTION

### *NEW VOTING TABULATION SYSTEM RFP # 4437-03*

Please respond to the following in the order listed below:

| Submittal Section (RFP page 63) | Summary of eSlate System Compliance | Proposal Reference for Detailed Response |
|---|---|---|
| 1. Please list name of company, address & phone number | **Corporate Headquarters**<br>Hart InterCivic<br>15500 Wells Port Drive<br>Austin TX 78728<br>512.252.6400<br><br>**eVoting R&D Center**<br>Hart InterCivic<br>1650 Coal Creek, Suite E<br>Lafayette CO 80026<br>303.385.6440 | |
| 2. Please submit resumes of individual(s) that would be assigned to this project.<br>3. Please submit the individual's ability to meet the requirements listed in this RFP.<br>4. Please submit references validating individuals experience in meeting the requirements listed in this RFP. | The Hart InterCivic project team members working with Boulder County will be experienced in using the eSlate System, election processes, large-scale system implementation, and training and support. | Attachment 17, Resumes of Key Personnel |
| 5. Please include a copy of any contract you would like the County to execute as part of this project. | This proposal includes the standard Hart InterCivic eSlate Warranty, Support, Maintenance, and License Agreement. | Attachment 12, eSlate Warranty, Support, Maintenance and License Agreements |
| 6. Please state whether your proposed voting system has received National and State certification. If not, when does your company anticipate receiving this certification? | All ballot formatting, vote recording, tabulation, and reporting components of Hart InterCivic's eSlate System have been tested and certified by NASED ITA and the Colorado Secretary of State. | Section 4, pages 1-4<br><br>Attachment 1, Documentation of System Certification |

 BOULDER COUNTY, COLORADO
VOTING TABULATION SYSTEM



# Boulder County Project Team
# Organizational Chart

© 2003 HART INTERCIVIC



**BOULDER COUNTY, COLORADO**
**VOTING TABULATION SYSTEM**



# Boulder County eSlate Implementation
## Project Organization Chart



© 2003 Hart InterCivic

 BOULDER COUNTY, COLORADO
VOTING TABULATION SYSTEM



# Resumes of Key Personnel

© 2003 HART INTERCIVIC

BOULDER COUNTY, COLORADO

**Boulder County**

VOTING TABULATION SYSTEM

**HART** *intercivic*

---

### Resumes of Hart InterCivic Key Personnel

*Management*

### J. Britt Kauffman, President and CEO

(800) 223-4278 (telephone)/(800) 831-1485 (facsimile)

bkauffman@hartic.com

Mr. Kauffman brings broad and diverse experience to his responsibilities as President and CEO of Hart InterCivic. Upon earning both his Bachelor of Arts and Master of Business Administration degrees at the University of Texas in Austin, Mr. Kauffman began his business career as a management consultant with Deloitte Haskins & Sells in Seattle, Washington. He later served as Treasurer for the City of Austin and Senior Vice President of Finance and Administration for Mr. Gatti's Inc., a subsidiary of the publicly held L.D. Brinkman Company.

Mr. Kauffman was recruited to Hart Graphics, Inc. in 1988 as Chief Financial Officer with responsibility for financial management and reporting, management information systems, and corporate purchasing, among other areas. In 1997 Mr. Kauffman was named President of Hart InterCivic, at the time a wholly owned subsidiary of Hart Graphics, Inc. Under his leadership Hart InterCivic has grown from $13 million to $65 million in revenues, and he has taken the company from a Texas-focused organization to one with national reach and recognition.

Today, Mr. Kauffman is responsible for leading Hart InterCivic into new technology driven business opportunities for governments in electronic document management systems and information workflows, as well as election systems and services.

### David E. Hart, Chairman of the Board

(800) 223-4278 (telephone)/(800) 831-1485 (facsimile)

dhart@hartic.com

For more than 25 years, David Hart has been involved in the organization, management and strategic development of businesses.

Beginning with his first entrepreneurial venture, Mr. Hart purchased a three person retail stationery store in Austin, Texas and in ten years built and owned one of the largest independent Hallmark card shop chains in the Southwest.

After successfully selling the retail venture, Mr. Hart joined his father, William Hart, at Hart Graphics, Inc. Following assignments in both product management and sales management, Mr. Hart was elevated to President of Hart Graphics. As a result of his direction, Hart Graphics evolved from a regional commercial printer to a national supply chain and manufacturing concern serving the high tech manufacturing and software publishing industries. Under his leadership, Hart Graphics, Inc. grew from $30 million in revenue to over $100 million.

---

 BOULDER COUNTY, COLORADO
VOTING TABULATION SYSTEM



Mr. Hart's vision then led to the divestiture of Hart InterCivic, Inc. from Hart Graphics, Inc. and the subsequent repositioning of both companies within their respective industries and markets. Today he serves as Chairman of Hart InterCivic, a leading national provider of election and e-government solutions, delivering products and services to more than 5,000 customers in 14 states.

Mr. Hart also has played an active leadership role in a number of professional and civic organizations. He served as a director and member of the executive committee of the Printing Industry of America (PIA), including responsibilities as chairman of the Long-range Planning Committee, Research and Development Committee, and the Futures Study Group. The latter group was charged with publishing a long-term forecast for the industry. Mr. Hart's community involvement includes service as a board member for the United Way/Capital Area and the board of the Greater Austin Chamber of Commerce. In addition, he has been Chairperson of the Travis County Adult Literacy Council. Currently, he is Chairperson for the Task Force of Austin's Major Employers.

Mr. Hart holds a Bachelor of Arts degree from the University of Texas at Austin.

### Jerry Meadows, Senior Vice President, Election Solutions Group

(800) 223-4278 (telephone)/(800) 437-3532 (facsimile)

jmeadows@hartic.com

Mr. Meadows began his government services career in McLennan County, Texas, in 1972. When recruited by Hart in 1984, he was serving as McLennan County's Election Administrator and Personnel Director. In 1985, he assumed management of the company's Government Services Division and was appointed Vice President in 1989. In 1999, he was promoted to Senior Vice President. In addition to managing the company's government services business, his supervisory responsibilities have included marketing, sales management, manufacturing, warehousing, distribution, records management and consulting. Mr. Meadows was one of the company's strongest leaders when Hart InterCivic received $32 million in venture capital funding in 2000.

While at Hart InterCivic, Mr. Meadows has been responsible for numerous marketing initiatives in the state and local government division. Through his leadership, Hart InterCivic introduced optical scan ballot recording in Texas. Mr. Meadows carefully managed the growth of the automation of the ballot counting process using optical scan ballot recording technology. His efforts saw the optical scan ballot recording technology grow from 12 counties in 1984 to over 136 counties in 1999. Mr. Meadows was also responsible for Hart InterCivic's transition to providing document and workflow technology solutions to state and local governments. He has directed the development and automation of election definition software that has been used by Hart InterCivic for over fifteen years. Currently he leads the development of e-voting products.

Mr. Meadows has managed acquisition and merger activity for Hart InterCivic, including acquisition of four companies in Alabama, Colorado, and Texas. He is currently managing Hart

 BOULDER COUNTY, COLORADO
VOTING TABULATION SYSTEM



InterCivic's election business in ten states, including facilities in Fort Worth and Houston, Texas; Tuscaloosa, Alabama; and Boulder, Colorado.

### Scott Flom, eVoting Operations, Election Solutions Group Vice President

(800) 223-4278 (telephone)/(800) 437-3532 (facsimile)

sflom@hartic.com

Mr. Flom has over 15 years of management experience in developing and supporting a wide range of election and Information Technology solutions for customers in various industries.

In the position of eVoting Operations Vice President, Mr. Flom is responsible for all areas of the Hart InterCivic involved in supporting the company's eSlate™ Electronic Voting System customers. These areas include product implementation, project management, training and customer support.

In his 10 years with Hart InterCivic, Flom has served as Director of Professional Services for Hart's Election Solutions Group and as the company's Information Technology Manager. Mr. Flom also directed the production activities for Hart's traditional election products including ballot design, print production and distribution to customers.

Some of Mr. Flom's key accomplishments at Hart InterCivic include: building a team of election, education and technical experts to support eSlate system installations; leading and participating in the eSlate product group design and development; growing the company's ballot and supply business outside of Texas into several states; and managing annual production of over 6 million ballots.

Mr. Flom also has vast Information Technology experience in database administration, networking, software and email system implementations, and the development of custom software.

### *Professional Services and Technical Support*

### Travis E. Harrell, Manager of Professional Services, Election Solutions Group

(800) 223-4278 (telephone)/(800) 437-3532 (facsimile)

tharrell@hartic.com

Mr. Harrell joined Hart InterCivic's Election Solutions Group in 2001 after spending three years as Operations Manager and Director of Customer Service for the Company's eGovernment Solutions Group. Mr. Harrell directed the implementation of Hart Workflow™ solutions for County Clerks and other state and local government entities in five states. His responsibilities included project planning; project management; and delivery of training, hardware systems, custom imaging /workflow software applications and professional services. Mr. Harrell managed professional service resources responsible for maintenance and support of 40+ Hart



BOULDER COUNTY, COLORADO

VOTING TABULATION SYSTEM



Workflow systems in five states. Mr. Harrell currently manages professional services personnel supporting Hart InterCivic election customers across the U.S.

Prior to joining Hart InterCivic, Mr. Harrell served as a Senior Executive Officer in the U.S. Air Force with more than five years experience as the senior officer responsible for all operations, support, training and maintenance at three large military installations. He spent more than nine years commanding and directing military units administering USAF and international flight training programs. Mr. Harrell directed a major logistic support organization providing build up of operating base facilities during the Gulf War. He also directed an international staff project to relocate four major international headquarters in Europe. His responsibilities also included facility and operations planning and preparation for relocation of the Stealth fighter wing from Nevada to New Mexico. While serving on the Headquarters USAF staff in the Pentagon, Mr. Harrell directed staff planning for worldwide munitions and tactical force requirements.

Mr. Harrell holds a Master's degree in Business Administration (MBA) from the University of Central Florida and a Bachelor of Science degree in Education from the University of Arkansas.

### Linda Herod, C.E.R.A., Account Manager, Election Solutions Group

(800) 223-4278 (telephone)/(800) 437-3532 (facsimile)

lherod@hartic.com

Ms. Herod is an elections professional with over twenty years of experience beginning as a precinct election official. Ms. Herod came to Hart InterCivic in 2001 after more than fourteen years with Tarrant County, Texas, Elections Administration. During her tenure, she was responsible for coordinating early voting in-person and by-mail, managing Central Counting Station functions, supervising tabulation and accumulation, and assisting with voter registration and other elections administration duties.

In 1995, Ms. Herod earned the election profession's highest designation of Certified Elections/Registration Administrator (CERA). The experience of sharing in the development and writing of the *Code of Ethics for the Elections Profession,* under the direction of The Election Center in 1997, is among her proudest professional achievements.

Serving as an Account Manager in Hart InterCivic's Election Solutions Group, Ms. Herod facilitates the implementation of the eSlate™ Electronic Voting System. Project management requires organizing and ensuring timely delivery of equipment and services to provide a seamless transition with the eSlate™ Electronic Voting System while minimizing the effects inherent with change.

Since joining the Hart Election Solutions team, Ms. Herod managed full installation of the eSlate Early Voting and Ballot Now Absentee Voting systems Arapahoe County, Colorado, assisted with installation and implementation of the Tarrant County, Texas Early Voting eSlate system and provided support during the Harris County, Texas, eSlate installation. Other responsibilities were the administration of the Arapahoe County, Colorado, 2002 Primary Election, the City of Sheridan, Colorado, all by-mail election, binding elections for the Town of Superior, Colorado, and the City of Glendale, Colorado, and a joint election in Pierce County, Washington, (Tacoma)

---


BOULDER COUNTY, COLORADO
VOTING TABULATION SYSTEM



for the county transit authority, two cities, fifteen school districts and one library district.  In addition she provided support for the Democratic and Republican primary elections in Tarrant and Harris Counties in Texas and Forsyth County, North Carolina.

Originally from Nebraska, Ms. Herod attended the University of Nebraska, majoring in science.

### William Singer, Technical Specialist, Election Solutions Group

(800) 223-4278 (telephone)/(800) 437-3532 (facsimile)

wsinger@hartic.com

Mr. Singer offers to Hart InterCivic customers more than a decade of experience in a variety of technical fields, with broad expertise in customer support and training.

Before joining Hart InterCivic, he worked for Dell Computer Corporation where he was a Help Desk Coordinator.  In that role, he provided comprehensive support on all network, computing, and Intranet matters for Dell employees using a variety of modern support tools.  Among his other duties, he assisted in the coordination of emergency problem resolution and designed Web sites and databases to support the Help Desk staff.  Previously at Dell, Mr. Singer was a computer technician, specializing in technical assistance and customer support.

In addition to his work at Dell, Mr. Singer has substantial technical experience having served as a network technician for the Brown Schools.  In that capacity, he not only assisted in network administration, but also provided emergency server repairs, hardware and software maintenance, and software customization.  He was the primary Help Desk resource and trained fellow staff members on both technical and support issues.  In addition, he participated in large network and personal computer installations in multiple states.

Mr. Singer attended Southwest Texas State University, pursuing dual science degrees.  While attending college, he worked concurrently as a science lab instructor, research assistant, and computer support technician.



BOULDER COUNTY, COLORADO

VOTING TABULATION SYSTEM



### *Research, Development, and Certification*

1650 Coal Creek, Suite E

Lafayette, CO 80026

**Neil McClure, General Manager & Vice President, Elections Solutions Group**

(303) 385-6440 (telephone)/(303) 385-6477 (facsimile)

nmcclure@co.hartic.com

Mr. McClure has over fifteen years of combined experience in the design, development, and manufacture of products for the elections, aerospace, telecommunications and medical industries.

Mr. McClure gained an introduction to the election industry as a consultant for the United States Voting Machines where he managed a research and development effort to produce an electronic voting system. As a result of this experience, he founded Worldwide Election Systems in 1996, where he currently serves as the General Manager after the acquisition of Worldwide by Hart InterCivic in 1999. Mr. McClure is directly responsible for the development of the eSlate, Hart InterCivic's highly acclaimed Direct Record Electronic (DRE) voting solution. This DRE was designed to accommodate disabled persons and demonstrates Mr. McClure's continued commitment to engineering devices that meet the needs of all people. He is also managing the development of an Internet voting solution that will be an alternative to traditional voting methods in the future.

Prior to founding Worldwide Election Systems in 1996, Mr. McClure served as a product line manager at Ohmeda Medical Systems, a company that designed and manufactured patient monitoring devices for the operating room and intensive care environments.

Mr. McClure has taught math and management courses at various educational levels. He has volunteered his engineering expertise to assist persons with disabilities, and has been involved for eight years in the Visiting Scientist Program conducted through the University of Colorado.

Mr. McClure holds one patent and has several pending applications. Mr. McClure earned a Master of Science degree in Systems Management from the University of Denver with undergraduate degrees in Electrical Engineering and Physics.

Mr. McClure serves as Hart InterCivic's project manager for Secure Electronic Registration and Voting Experiment (SERVE) being conducted by the Federal Voting Assistance Project (FVAP). Hart InterCivic is the only certified election systems vendor on the team selected to implement in this important initiative. SERVE will develop and implement new technology that will permit U.S. citizens who live overseas, military and nonmilitary, to exercise their right to vote. In addition, the SERVE project may potentially represent a significant driver of future voting technology for the broader population. Hart InterCivic's involvement in the SERVE project will assure that we are at the forefront as the use of this technology develops

Mr. McClure also serves as Project Manager of the IEEE Voting Systems Standards Project.

 BOULDER COUNTY, COLORADO
VOTING TABULATION SYSTEM



### Victor Babbit, Engineering Services Manager, Election Solutions Group

(303) 385-6440 (telephone)/(303) 385-6477 (facsimile)

vbabbitt@co.hartic.com

Mr. Babbitt has 17 years of combined experience in technology business development and the design, development, and marketing of technology products and services for the election, power, software, and computer graphics hardware industries

Mr. Babbitt has been working in the Election industry since 1998, originally under Worldwide Election Systems prior to its acquisition by Hart InterCivic. Mr. Babbitt has been involved in many aspects of the development of the eSlate system, as well as helping to develop solutions to Internet Voting and providing integrations of the eSlate system with vendor owned systems.

Mr. Babbitt's career began by founding Battery Power Systems of Seattle, Washington, where he served as President. Battery Power Systems provided reserve power systems and services throughout the Western United States in support of the telecommunications, computer and power switching industries, as well as special projects such as tourist submarines, air-bearing platforms to move stealth bombers, and deep sea whale tracking pods.

After selling Battery Power Systems in 1990, Mr. Babbitt worked for the Advanced Technology Division of Microsoft in Redmond, Washington as a Software Design Engineer and Program Manager. After leaving Microsoft, Mr. Babbitt co-founded Atlantis Graphics, which designed high-end computer graphics hardware. Mr. Babbitt went on to help found and develop Zing Networks; a San Francisco based company that garnered $18 million in funding for a web-based photo community and associated software tools. Mr. Babbitt served at Zing at various times as Vice President of Development, Vice President of Marketing and Vice President of Business Development.

Mr. Babbitt earned a degree in Computer Engineering at the University of Washington, and has several patents pending.

### Michael Lawless, Software Engineering Manager, Election Solutions Group

(303) 385-6440 (telephone)/(303) 385-6477 (facsimile)

mlawless@co.hartic.com

Mr. Lawless has more than 15 years experience in computer systems design and development with ten of those years managing software development projects. Mr. Lawless has broad industry experience having worked in the aerospace, medical, telecommunications, public safety, and internet/e-commerce industries.

Mr. Lawless has managed the development of several large-scale software development products that are in use today. At NETdelivery, Inc., he managed the development of the world's first electronic post office application that was developed to serve millions of subscribers of electronic content such as financial transaction records, invoices and bills. This application is in use today in Canada (www.epost.ca) with hundreds of thousands of users and was recently



BOULDER COUNTY, COLORADO
VOTING TABULATION SYSTEM



deployed to Sweden as their national electronic postal solution. Mr. Lawless also was responsible for managing the development of a suite of public safety software products while managing the R&D efforts for Printrak International (now a Motorola company). These products, including law and fire records management systems and their market-leading computer aided dispatch systems, are deployed in hundreds of state and local police dispatch centers around the country.

Mr. Lawless started his career in the U.S. Air Force at Wright-Patterson AFB, Ohio. While in the Air Force, Mr. Lawless managed large technical projects at a research laboratory that conducted basic and applied research in support of Air Force combat operations. He also has worked as a consultant, managing numerous software development efforts in a variety of industry areas.

A graduate of the United States Air Force Academy in Colorado Springs, Colorado, Mr. Lawless holds a Master of Science degree from the University of Dayton.

### Edwin B. Smith III, Operations Manager, Elections Solutions Group

(303) 385-6440 (telephone)/(303) 385-6477 (facsimile)

esmith@co.hartic.com

Mr. Smith has over thirteen years of combined experience in the design and manufacture of products for the aerospace, networking, semiconductor, television, telecommunications, and medical industries.

Mr. Smith gained experience in the electronics industry through roles in manufacturing engineering, quality assurance, and operations management at various levels. These roles were at both original equipment manufacturers as well as contract electronics manufacturers. Prior to joining Hart InterCivic in 2001, Mr. Smith served as Senior Director of Operations at K*TEC Electronics, which manufactures a variety of products for the telecommunications, networking, elections, and semiconductor fabrication industries. In this role and others prior, Mr. Smith implemented ISO9000 quality management systems at six sites. Each of these sites achieved certification to either ISO9001 or ISO9002; and three sites obtained certification to ISO14001, the environmental management standard.

Mr. Smith has presented more than twenty technical papers to various national and international electronics industry conferences. He also is a frequent guest speaker or forum member at these conferences. Mr. Smith is on the Industrial Advisory Council to the Manufacturing Engineering department at Texas A&M University. Mr. Smith earned a Bachelor of Science degree in Mechanical Engineering Technology from Texas A&M University and is currently pursuing a Master of Business Administration from the University of Phoenix in Denver.



BOULDER COUNTY, COLORADO

VOTING TABULATION SYSTEM



### Craig Totel, Senior Software Engineer, Election Solutions Group

(303) 385-6440 (telephone)/(303) 385-6477 (facsimile)

ctotel@co.hartic.com

For sixteen years, Mr. Totel has been designing and developing software in a variety of mission critical environments. He received a B.S. in Computer Engineering from Iowa State University. Mr. Totel began his career with Texas Instruments developing real-time mission critical software for high speed jet navigation. He then joined Ohmeda Medical Systems, where he developed algorithms and designed software for the monitoring of patient vital signs. He was awarded a patent for design work at Ohmeda Medical Systems. He joined Worldwide Elections Systems, which was subsequently acquired by Hart InterCivic. Mr. Totel is responsible for the design and development of proprietary software used in the election processes.

### Ralph Wieland, Senior Software Engineer, Election Solutions Group

(303) 385-6440 (telephone)/(303) 385-6477 (facsimile)

rwieland@co.hartic.com

For twenty years, Mr. Wieland has been professionally engineering products in a variety of mission critical environments. Mr. Wieland brought his experience in the development of reliable high tech software and electronics to the election industry when he joined Worldwide Election Systems, now part of Hart InterCivic.

Prior to that time, he held various management, electrical engineering and software engineering positions. At Ohmeda Medical Systems, he developed both ambulatory and critical care patient monitors and received a circuit design patent. At Sievers Instruments, he managed development of a water purity monitor for both the medical and semi-conductor industries. Throughout his career, he has participated in development programs that have been flown on NASA shuttle missions and taught at the University of Colorado. Mr. Wieland began his career with General Motors.

Mr. Wieland holds a Bachelor of Science degree in Electrical Engineering from GMI Engineering and Management Institute.

 BOULDER COUNTY, COLORADO
VOTING TABULATION SYSTEM



---

## *Training Services*

### Peter Lichtenheld, eSlate Training Services Manager, Election Solutions Group

(800) 223-4278 (telephone)/(800) 437-3532 (facsimile)

plichtenheld@hartic.com

Mr. Lichtenheld is responsible for Hart InterCivic's eSlate Training Program, which encompasses everything from training the ballot programmers to educating the voters. The essential elements of Mr. Lichtenheld's training program include a sequential, carefully planned, goal oriented curriculum.

Mr. Lichtenheld has 18 years of experience in training people of every level, from kindergarten to doctorate level students, in the field of computer technology. Much of this training involved teaching professional teachers to incorporate computer-centered lessons into their curricula. In this capacity, he wrote technology-related curriculum, devised lesson plans, and worked directly with his students, training them to use up-to-date technology in their professions. In addition, he has extensive experience teaching at the elementary school level, and was named Teacher of the Year in 1999 for Gullett Elementary School in Austin, Texas. Mr. Lichtenheld was a semi-finalist for Austin district-wide Teacher of the Year in 2000.

Mr. Lichtenheld taught at the Texas School for the Blind and Visually Impaired for several years. His summer teaching sessions took place in a residential setting, teaching life skills and adaptive academic skills for students from across the state. This experience heightened Mr. Lichtenheld's awareness of the needs of the blind and visually impaired.

Mr. Lichtenheld earned a Bachelor of Arts degree in Religious Studies and Philosophy from Beloit College and an Master of Arts degree in Instructional Technology from the University of Texas at Austin. Mr. Lichtenheld also has Texas Certification in Elementary Education.

### Edward Perez, eSlate Training Specialist, Election Solutions Group

(800) 223-4278 (telephone)/(800) 437-3532 (facsimile)

eperez@hartic.com

Mr. Perez is responsible for supporting Hart InterCivic's eSlate training program. In addition to planning and conducting training sessions, he assists in developing and updating training materials. In working for Hart, he draws on his extensive experience in teaching, public speaking, and technical and legal writing.

Just prior to joining Hart, Mr. Perez worked as a Research Specialist for the Texas House of Representatives. In this position, he prepared and reviewed official analyses of proposed legislation, and assisted in the training and supervision of a team of legislative analysts. He previously taught Political Science at the University of California at Berkeley, where he lectured, led undergraduate discussion sections, and supervised a team of graduate student instructors.

---

 BOULDER COUNTY, COLORADO

VOTING TABULATION SYSTEM



Mr. Perez earned a Bachelor of Arts degree in Government from Georgetown University, completing his studies *magna cum laude*. He also earned a Master of Arts degree in Political Science from the University of California at Berkeley. His academic achievements are highlighted by his recognition as a Rhodes Scholarship finalist and his membership in Phi Beta Kappa National Honor Society.

### *Voter Education and Outreach*

**Michelle M. Shafer, Director of Marketing**

(800) 223-4278 (telephone)/(800) 831-1485 (facsimile)

mshafer@hartic.com

As Director of Corporate Communications, Ms. Shafer directs all communications activities for Hart InterCivic including marketing communications, employee relations, public relations, advertising, events planning and community relations. Ms. Shafer also plays an integral part in Hart InterCivic's customer relations, new product development, sales promotion, competitive landscape analysis, and market research efforts for the Company.

Since joining Hart InterCivic in 1996, Ms. Shafer has directed the rationalization, redesign and creation of integrated marketing collateral materials; managed the development and enhancement of the Company's Web site; launched the publication of a monthly employee newsletter and coordinated various successful public relations initiatives for Hart InterCivic, including the roll-out of the eSlate Electronic Voting System and the Travis County "Get Out The Vote!" program. Ms. Shafer also orchestrated the company's re-branding efforts, including a name-change from Hart Information Services to Hart InterCivic during 2000.

Ms. Shafer has over 15 years of professional experience in the areas of marketing communications, public relations, fundraising and sales. Prior to joining the Hart InterCivic team, Ms. Shafer served as Marketing Coordinator for Meliora Systems, Inc., a software development and consulting firm in Rochester, New York. She also held the positions of Marketing Director for the Kaplan Educational Center, Customer Assistance Manager for Saturn Automotive and Director of Development for the Regional Food Bank of Northeastern New York.

Ms. Shafer served as an officer in the Austin chapter of the International Association of Business Communicators (IABC), is a member of the American Marketing Association (AMA) and the Association for Information and Image Management (AIIM) International. She is a member of the Board of Directors of the Georgetown Animal Outreach organization.

Ms. Shafer holds a Bachelor of Arts degree from Fordham University in New York City and completed the Public Communications and Issues Management Certificate Program at the University of Texas at Austin.


BOULDER COUNTY, COLORADO
VOTING TABULATION SYSTEM



## Resumes of GBSM Personnel

### Steven H. Katich, Partner

Mr. Katich, an attorney by training, is a communications and public affairs specialist. He is a partner at GBSM, and has been with the firm for more than 12 years. Mr. Katich has represented clients in the private sector, the not-for-profit world and government entities. He has worked on virtually all of the major infrastructure projects in Metro Denver over the past fifteen years, including Denver International Airport, the Colorado Convention Center, Coors Field, and E-470 (for the road's builder). He currently serves on the Board of Directors of the Downtown Denver Partnership, the Public Affairs Committee of the Denver Metro Chamber of Commerce and the Board of Directors of an organization working in the Balkans. He also serves as Honorary Consul General to Colorado for the Republic of Serbia and Montenegro.

Before joining the firm, he headed the City of Denver's successful effort to attract a Major League Baseball team, serving for the better part of the 1980's as the Executive Director of the Denver Baseball Commission. He practiced law in both Denver and Washington, D.C., and has been involved in a number of local and statewide political campaigns.

Mr. Katich graduated Magna Cum Laude and Phi Beta Kappa from the University of Denver. He also graduated from the National Law Center, George Washington University. He is a member of the Colorado Bar.

### Steve Coffin, Principal

Mr. Coffin joined GBSM as a Principal in March 2000. He is involved in some of the highest profile issues facing the Denver metropolitan area, as well as providing strategic planning and communications advice for clients in the private, public and non-profit sectors.

An attorney by training, Mr. Coffin has over 20 years of experience in the private, public and non-profit arenas devising and implementing public relations, public affairs and communications strategies. Previously he was Vice President of Government and Public Affairs for Colorado Interstate Gas Company. While at CIG, Mr. Coffin was responsible for customer relations as well as the government and public relations activities of CIG and its parent, The Coastal Corporation. Prior to joining CIG, he practiced law at Brownstein Hyatt and Farber, as well as at Holland and Hart. He also worked as a Congressional aide in Washington.

Steve has served in leadership positions in a variety of organizations in the region. He was a member of the Board and Executive Committee of the Denver Metro Chamber of Commerce, chaired its Public Affairs Council, and served as the Chamber's Executive Vice President. In addition, he has served or currently serves on the Boards of the Colorado Association of Commerce and Industry, the bio-tech incubator Colorado Venture Centers, Inc., The Governor's Biotechnology Council, the Anti-Defamation League, the Colorado Energy Assistance Foundation, the Denver Chamber Foundation, the Rocky Mountain Oil and Gas Association, the Independent Petroleum Association of Mountain States, and others.

 BOULDER COUNTY, COLORADO

VOTING TABULATION SYSTEM



### Sharon Sherman, Managing Principal

In her role as managing principal at GBSM, Ms. Sherman oversees all aspects of the business and chairs the management committee. She also is President of the Public Relations Group and brings senior level strategic counsel, planning and management skills to a variety of clients. She has broad and deep experience in public relations, strategic planning, media relations, public affairs and non-profit management.

Ms. Sherman's experience includes a decade as one of the Denver Post's chief political reporters, and a position in former Governor Richard Lamm's cabinet, managing the state personnel system. Prior to that role, Ms. Sherman served as the State Personnel Department's public information officer and lobbyist. She also managed communications for the Go! Colorado campaign and the bond issue election that generated funds to build the new Denver Public Library, as well as for the bond issue phase of the construction of DIA.

Ms. Sherman also was founding director of the U S WEST Center for Business Success at Metropolitan State College of Denver, and was executive director of a non-profit organization, Girls Count. She has was a creator, and managing partner, of Schenkein/Sherman Public Relations where she managed public relations and marketing communications programs for Coors Brewing Company Corporate Relations Division, Teledyne Water Pik, and United Airlines Mountain Region.

Sharon has taught and trained for many years in non-profit management and strategic planning, including teaching assignments in Regis University's Master's Non-profit Management program. She also teaches journalism, public relations and marketing. Sharon has a BS in journalism from Iowa State University.

### Stefanie Clarke, Senior Associate

With over ten years of public relations experience, Stefanie has managed numerous high-level communications campaigns for a diverse clientele. While at GBSM/PR, she has directed the opening of international luxury goods retailer Cartier in Denver's Cherry Creek Shopping Center, groundbreaking for the Lowry Redevelopment Authority's long-awaited retail Town Center, opening of Berger Funds' Retail Investor Center, and the announcement of Berger Funds' Youth Center in partnership with the Gold Crown Foundation. She also directs the ongoing Colorado public relations programs for Connections Academy, a national leading on-line school for grades 1-8.

Considered a leading media relations expert, Stefanie has secured news coverage for her clients in every local major media outlet, as well as in prominent national media, including the Wall Street Journal, New York Times, Time Magazine, People Magazine, and CNN. She also has extensive experience in political communication, and served as communications director on U.S. Representative Mark Udall's first campaign for Congress – one of the nation's most closely watched races of 1998. Stefanie began her career in public opinion research, which gives her unique insight into message development and strategy for her clients. She is a trained focus group moderator and has conducted qualitative and quantitative market research and strategic





BOULDER COUNTY, COLORADO

VOTING TABULATION SYSTEM

analysis for political candidates, ballot initiatives, non-profit organizations and Fortune 500 companies.

Stefanie earned her Bachelor of Arts degree in public affairs at Washington University in St. Louis.