
BOULDER COUNTY, COLORADO
VOTING TABULATION SYSTEM



# Documentation of System Certification

All components of the eSlate System have been tested and certified by Independent Testing Authority (ITA), the National Association of State Election Directors (NASED), and the Colorado Secretary of State. This attachment includes documentation of the various testing and certification processes. The items here are arranged in the following order:

- Letter from Ciber (dated July 12, 2002) for the eSlate System currently certified by the Colorado Secretary of State
- Letter from Wyle Laboratories (dated July 16, 2002) for the eSlate System currently certified by the Colorado Secretary of State
- Letter and certificate from the Colorado Secretary of State approving eSlate System 2.1
- Certificate from the Colorado Secretary of State approving update for Tally 2.9.08

It is important to note that the eSlate is designed, developed and manufactured under ISO 9000 management system standards.

- Hart InterCivic's certificate for meeting ISO 9000 standards for design and development of the eSlate System
- Suntron's, the eSlate System components' manufacturer, certificate for meeting ISO 9000 standards for design and development of the eSlate System

© 2003 HART INTERCIVIC



Wyle Document Transmittal No. 47274B-004

July 16, 2002

Hart InterCivic
1650 Coal Creek Drive
Suite E
Lafayette, CO 80026

Attn:   Ms. Sandy Green

Subject: ITA Qualification Testing of the eSlate DRE Precinct Voting System, Source Release JBC 1.16.03 and eSlate 1.16.01.

Dear Ms. Green,

The Hart InterCivic eSlate Precinct Voting System and associated Machine resident firmware[1], eSlate 1.16.01 and JBC 1.16.03, was subjected to functional testing to verify continued compliance with the Federal Elections Commission Standards for Punchcard, Marksense, and Direct-Recording Electronic Voting Systems, January 1990. Specifically, a source review of the revised JBC and eSlate releases was performed to ensure that the code continued to meet the source code design recommendations as referenced in the Standard. Additionally, regression testing was performed to verify continued functionality of the hardware using this release. The previously qualified release was JBC 1.15.08 and eSlate 1.15.07.

It was demonstrated that the eSlate DRE Precinct Voting System Hardware, using the aforementioned releases, successfully met this criteria and thus has been qualified to the Federal Elections Commission Standards for Punchcard, Marksense, and Direct-Recording Electronic Voting Systems, January 1990.

Please note that the qualification testing referenced herein is limited to the operation of the eSlate Precinct Voting System hardware and its machine resident firmware at the precinct level and as such, does not encompass any ancillary voting system software which typically resides on a personal computer for ballot definition activities, report canvassing, absentee voting, etc.

A final report documenting the source code review and regression testing performed will be issued under separate cover.

If I may be of further assistance, please feel free to give me a call at (256) 837-4411, ext. 590, or fax (256) 830-2109.

Sincerely,

Dawn K. Bates
Contracts Manager

(1) The term firmware as used within the context of this letter is in reference to the software, which remains resident within the eSlate Precinct Voting System, and is required for its operation at the precinct level.

Wyle Laboratories, Inc.   7800 Highway 20 West   P.O. Box 077777   Huntsville, AL 35807-7777   Tel: (256) 837-4411

# Software Qualification Test Report Addendum
# For
# Hart Intercivic

**Original Report 2.0 for**
BOSS version 2.5.03
Tally version 2.6.10
Ballot Now version 1.3.11
BOSS Data version 2.6.07
BOSS Security version 2.3.00
Tally Security version 2.2.00
BOSS2MBB version 1.05.02
Created November 1, 2001

**Addendum 1 for Hart System Version 2.1 created July 12, 2002**

**Prepared For:**

**The National Association of State Election Directors**

**Prepared By: Shawn Southworth**

---

CIBER, Inc.
Independent Test Authority

# ciber

---

CIBER, Inc.
7501 South Memorial Parkway
Suite 107
Huntsville, AL 35802

# ADDENDUM 1
## Change Release Amendment for Hart System version 2.1

## 1 INTRODUCTION

CIBER was requested by Hart Intercivic to review changes made to their previously qualified voting system software version 2.0 which consisted of the BOSS 2.8.08, Tally 2.8.21 and Ballot Now 1.4.07. The updated version is 2.1, created June 6, 2002.

## 2 REVISION DESCRIPTION

On June 10, 2002, Hart Intercivic submitted to Ciber the system version 2.1 requirements which included a total of 22 changes from the previously qualified system version 2.0. Below is a summary of the change requirements:

**BOSS 2.9.0.4**

- MBB unique id user error.
- null string audio text defect.
- database forwarding failure
- polling place id not displaying on reports.
- text alignment on ballots

**TALLY 2.9.0.7**

- regedit database location changed
- datatype change from integer to long
- line printer buffer overflow
- final cumulative report defects
- report header now has voter and reporting precinct
- final cumulative report defects

**BALLOT NOW 1.5.9**

- Ballot stub support for 11x17 ballots
- Save CVR's if batch is not resolved
- "Vote Both Sides" must be at bottom of ballot as well as top
- Additional scanner support
- "Transferring" is misspelled on dialog
- Overvote flag defect
- Missing option boxes when printing
- Dual languages on ballot
- Text alignment defect
- Straight party voting logic
- Software speckle filter

# 3 APPROACH

CIBER requested and was supplied with the System Qualification Report from Systest Labs in order to verify changes made to the current version of software. The source code and technical data package were reviewed and compared to the previous version to verify the changes outlined in the systems requirements documentation. All functional testing was performed on site at Harts' facilities and was found to perform as designed and met all FEC and Hart internal requirements standards.

# 4 RESULTS SUMMARY

After reviewing the change release documentation and source code files, and performing functional tests on the changed areas of the application, CIBER recommends to the NASED committee that Hart Intercivics' System 2.1 be qualified and assigned NASED certification number N03040000021

October 23, 2001

Hart InterCivic
1650 Coal Creek Drive, Suite E
Lafayette, CO 80026

Attention: Mr. Neil McClure

Reference: Certification Recommendation

Subject: Qualification Testing of BOSS version 2.5.03, Ballot Now version 1.3.11.0 and Tally version 2.6.10

Dear Mr. McClure,

This is to notify you that Qualification Testing performed on Hart InterCivic's election software system is complete. It has been demonstrated that BOSS version 2.5.03, Ballot Now version 1.3.11.0 and Tally version 2.6.10 has successfully met the required acceptance criteria of the Federal Election Commission Standards for Punchcard, Marksense, and Direct-Recording Electronic Voting Systems, January 1990.

It is upon completion of this testing that Ciber will recommend to the NASED committee that BOSS version 2.5.03, Ballot Now version 1.3.11.0 and Tally version 2.6.10 be certified and assigned NASED certification number N03040002503.

A final Qualification Test Report addressing those activities associated with the Software testing is being written and will be issued shortly.

Should you have any questions, please feel free to contact me.

Sincerely,

Shawn Southworth
Ciber
ITA Practice Director
7501 South Memorial Parkway
Suite 107
Huntsville, AL 35803



Wyle Letter No. 101801/DB

October 18, 2001

Neil McClure
Hartintercivic
Election Solutions Group
1650 Coal Creek Drive, Suite E
Lafayette, CO 80026

Subject:   ITA Qualification Testing of the Hartintercivic JBC1000/eSlate3000 DRE Voting Machine; Revised Source Release 1.13.05

Dear Mr. McClure,

This is to notify you that we have completed a review of the revised machine resident source release, 1.13.05. The review was performed to ensure that the revised source release continued to meet the requirements of conformity to the FEC guidelines for software including reliability, robustness and maintainability.

Through regression testing, it was demonstrated that the revised source release 1.13.05 demonstrated continue functionality thus successfully meeting the required acceptance criteria of the Federal Elections Commission Standards for Punchcard, Marksense, and Direct-Recording Electronic Voting Systems, January 1990.

Please note that the source release reference herein is limited to the operation of the JBC1000/eSlate3000 DRE at the precinct level and as such, does not encompass any ancillary voting machine software which typically resides on a personal computer for ballot definition activities, report canvassing, absentee voting, etc.

A final change release report documenting the source review and regression testing will be forwarded to you under separate cover.

If I may be of further assistance, please feel free to give me a call at (256) 837-4411, ext. 590, or fax (256) 830-2109.

Sincerely,

Dawn K. Bates
Contracts Manager

**STATE OF COLORADO**
**Department of State**
Civic Center Plaza
1560 Broadway, Suite 200
Denver, CO 80202-5169



**Donetta Davidson**
Secretary of State

**William C. (Billy) Compton**
Director, Elections Division

September 9, 2002

Hart InterCivic
Ms. Sandy Green
1650 Coal Creek Dr.
Suite E
Lafayette, CO 80026

Dear Ms. Green:

I am pleased to inform you that System 2.1 appears to be in compliance with the requirements of the Colorado Revised Statutes. Therefore, the *e*Slate Direct Record Electronic Voting System with the following component upgrades: BOSS versions 2.9, Tally version 2.9, Ballot Now version 1.5, JBC version 1.16, eSlate version 1.16, and SERVO version 1.02 are hereby certified for use in the State of Colorado. Enclosed is a Certificate of Approval for the aforementioned equipment.

If this office can be of further assistance, please call 303-894-2200 ext. 3.

Sincerely,

Donetta Davidson
Secretary of State

Main Number      (303) 894-2200          Web Site              www.sos.state.co.us
TDD              (303) 869-4867          E-mail – Elections    sos.elections@sos.state.co.us
Fax              (303) 869-4861

# CERTIFICATE OF APPROVAL

Awarded to:

## HART INTERCIVIC

## SYSTEM 2.1 DIRECT RECORD ELECTRONIC VOTING SYSTEM

*This shall certify that the eSlate Direct Record Electronic (DRE) Voting System or System 2.1, with associated upgrades for the following component: BOSS 2.9, Tally 2.9, Ballot Now 1.5, JBC 1.16, eSlate 1.16, and SERVO 1.02 has met the requirements of the National Association of State Election Directors (NASED), and the requirements in accordance with Colorado Revised Statutes Title 1, Article 5, Part 6. Therefore, System 2.1 is hereby certified for use in the State of Colorado.*

*Dated this 9th day of September, 2002*
*Denver, Colorado*

_____
Donetta Davidson
Secretary of State



# CERTIFICATE OF APPROVAL

Awarded to:

## HART INTERCIVIC
## TALLY VERSION 2.9.08

*This shall certify that updated software: TALLY, version 2.9.08, met the requirements of the National Association of State Election Directors (NASED), and requirements in accordance with Colorado Revised Statutes Title 1, Article 5, Part 6. Therefore, TALLY version 2.9.08 is hereby certified for use in the State of Colorado.*

*Dated this 18th day of October, 2002*
*Denver Colorado*

_____
Donetta Davidson
Colorado Secretary of State



# UNDERWRITERS LABORATORIES INC.
## CERTIFICATE OF REGISTRATION



# Hart InterCivic, Inc.
## 1650 Coal Creek Drive, Suite E
## Lafayette, CO 80026

Underwriters Laboratories Inc.® (UL) issues this certificate to the Firm named above, after assessing the Firm's quality system and finding it in compliance with

# ISO 9001:1994
EN ISO 9001:1994; BS EN ISO 9001:1994; ANSI/ASQC Q9001:1994

for the following scope of registration

**3579 (US) : Office Machines, Not Elsewhere Classified**

**The design and servicing of electronic voting systems.**

This quality system registration is included in UL's Directory of Registered Firms and applies to the provision of goods and/or services as specified in the scope of registration from the address(es) shown above. By issuance of this certificate the firm represents that it will maintain its registration in accordance with the applicable requirements. This certificate is not transferable and remains the property of Underwriters Laboratories Inc. ®.

File Number: A11379
Volume: 1
Issue Date: June 4, 2002
Renewal Date: December 15, 2003



S. Joe Bhatia
Executive Vice President and
Chief Operating Officer - International

ANSI-RAB QMS ACCREDITED





# CERTIFICATE OF REGISTRATION

## Quality Management System

*This is to certify that:*

**Suntron Corporation**
**1111 Gillingham Lane**
**Sugar Land**
**Texas**
**USA**
**77478**

*Hold Certificate No:* **FM 71194**
and operate a Quality Management System which is Registered to QS-9000:1998 (Based on and including ISO 9001:1994). This assessment has been conducted in accordance with the requirements of QS-9000 Appendix B, Code of Practice for the following scope:

The design and manufacture, assembly test of printed circuit boards, cables, plastics, batteries, sheet metal and the integration of electrical systems for the industrial and commercial electronics industry.

This certificate is traceable to this company's original registration certificate No. CERT-8534-2000-AQ-HOU-RAB R2 dated November 15, 1996 and issued by Det Norske Veritas.

*For and on behalf of BSI, Inc.:*

President

*Issue Date:* **15 Nov 1996**          *Latest issue:* **18 Dec 2002**          *Page:* 1 of 1





Management Systems

*This certificate remains the property of BSI, Inc. It does not expire but is contingent on meeting agreed contractual requirements. Validity is maintained through a process of continual assessments and strategic reviews. To check validity call 703 437 9000 or visit www.bsiamericas.com. To be read in conjunction with the scope of registration shown above or on the attached appendix.*
Americas Headquarters: BSI, Inc. 12110 Sunset Hills Road, Suite 140, Reston, VA 20190, USA.

A507 (USA) Issue 2