

# SERVO

## eSlate™ Electronic Voting System

## SERVO™

## Operations Manual

Software V. 1.02

**Hart InterCivic**
**Election Solutions Group**

1650 Coal Creek Drive, Suite E
Lafayette, Colorado 80026

Phone: 303.385.6440   Fax: 303.385.6477

© Copyright 2002 Hart InterCivic
6000-102 Rev. B





# About This Book

## Main Topics

| | |
|---|---|
| **Overview**, this page.<br>• Features of SERVO on page 8.<br>• Environment for SERVO on page 8.<br>• Important terms to know on page 9. | **Audit Logs** on page 10.<br>• SERVO audit log on page 10.<br>• Backed-up devices audit logs on page 10. |
| **How this book is organized** on page 9. | **Documentation Roadmap** on page 11. |

## Overview

This manual describes how to use the SERVO™ software application, which is referred to as SERVO throughout this manual.

SERVO is an election records and recount management system for the eSlate™ Precinct Voting System (PVS), which is part of the Hart InterCivic, Election Solutions Group's eSlate™ Electronic Voting System.

SERVO uses the triple redundancy features of the eSlate™ Electronic Voting System to their fullest advantage. Election results are initially generated from the direct reading of voted MBBs into Tally. SERVO-generated recount data from the JBC and eSlate memories can also be used to compare against the MBB results, creating a distributed, closed-loop process that provides redundant cross verification of election results. This makes recounting of election results part of every election cycle, increasing system reliability and security.

SERVO is installed by Hart InterCivic personnel.

# Features of SERVO

SERVO has the ability to automatically detect a connected device (JBCs and eSlates) in order to perform an action on that device.

SERVO creates a database of:

- the public serial numbers of PVS equipment maintained by a jurisdiction, and
- backups of CVRs and audit logs from eSlates and JBCs used in an election.

The primary purposes of the SERVO database are:

- to maintain on-going equipment history and
- to supply election records as required.

SERVO provides:

- reports on CVRs, audit logs, equipment used
- recount data that can be supplied to the eSlate™ Electronic Voting System's Tally software application,
- ability to make recovery MBBs,
- ability to reset PVS devices to zero count for the next election, and
- ability to reset the JBC clock.

# Environment for SERVO

A jurisdiction will have the option of using SERVO for each election in which PVS equipment is used. SERVO will typically be used prior to deployment of JBCs and eSlates, and at the conclusion of an election.

SERVO is intended to be used at a jurisdiction's warehouse, where all of the PVS devices are stored. A conveyor line will lead up to the PC running SERVO, where one PVS device after another will get attached to a parallel cable for processing.

## Pre-Election tasks

PVS devices will be added to the SERVO database and reset.

Resetting of the devices includes:

- erasing any cast vote records to achieve zero-public-count,
- erasing internal audit logs that may exist from a previous election or testing on each device,
- setting the clock on a JBC.

## Post-Election tasks

The bulk of the work within SERVO begins after an election has been carried out. SERVO is used to download CVRs and internal audit logs of each device, which constitutes a backup of the device's data. From the backed-up data:

- election recounts may be performed and tabulated via Tally,
- lost or damaged MBBs may be recovered, and
- several reports may be run against the data.



# SERVO

## eSlate™ Electronic Voting System

## SERVO™

## Operations Manual

Software V. 1.02

Hart InterCivic
Election Solutions Group

1650 Coal Creek Drive, Suite E
Lafayette, Colorado 80026

Phone: 303.385.6440    Fax: 303.385.6477

© Copyright 2002 Hart InterCivic
6000-102 Rev. B



—From Black Box Voting Document Arcives—