**From:** Harrell, Travis
**Sent:** Wednesday, July 10, 2002 9:11 AM
**To:** Lawless, Michael
**Cc:** Flom, Scott; Randy Ray; Steve Gonzalez; William Singer
**Subject:** Arapahoe County Ballot Now

Michael,

When Woodrow and Linda returned to Arapahoe County with the PC and 4099 scanner, they were unable to scan ballots using the 4099 and the system behaved the same as it did earlier.

Can we confirm that the PC and 4099 were tested and operating properly as a system at Layafette?

Also, we continue to encounter an issue with the Record Ballots option being greyed out and not being able to resolve ballots...the initial description of the problem is copied below.

These Ballot Now issues are preventing the County from proceeding with Logic and Accuracy testing and provision of data for Vic to test the integration process. It is essential that we resolve these issues to maintain the customer's confidence in the system's ability to perform required functions for the August Primary Election for which ballots will be mailed out this weekend and preparation for Early Voting must proceed.

I would like to schedule a conference call later this morning for Steve G., William and I to discuss with Chuck and Seiji the problems we are seeing and what we need to do to resolve them as soon as possible.

Travis

**Travis Harrell**
*Manager, Professional Services*
*Elections Solutions Group*
*Hart InterCivic, Inc.*
tharrell@hartic.com
512.252.6526

Resolve Ballots Issue

Woodrow reported an issue where the record ballots menu option was unavailable, though he had been using the system the day before and had even resolved some ballots. He had a report showing that this had been partially completed, and had come in that morning to continuing scanning and resolving batches. The record ballots menu option was greyed out. We closed and restarted Ballot Now, it showed 1 database available, we opened the database and the record ballots option was unavailable. We brought up a scan batch report from the reports menu and it didn't show any of the previous batches. We scanned another batch, which showed as scanned and saved but didn't give us a record menu option for resolution. I checked to be sure that the Z drive was mapping, available, and that the Ballot Now directory was shared. During this process we found a second directory in the Ballot Now folder that corresponded to a database, though Ballot Now was only showing one. Woodrow said that the pc had only been used for testing, not for the election master, but that the pc had never shown two databases as being available.

We rebooted the pc, tried to reenter Ballot Now and scan again, and got an exception error and hard locked the pc.

We rebooted the pc again, and Ballot Now still showed only 1 database. Upon entering Ballot Now we checked the reports, and they now showed all of the previous batches plus the latest one we had scanned. The record

option was still unavailable. We exited Ballot Now and reentered as the BNADMIN user, but it had no effect on the original problem.

Since our Harris use of Ballot Now and in-house testing hadn't uncovered a similar issue, and the report failure and database failure suggested that it was an internal Ballot Now issue of some kind, I elected to bleach Ballot Now to attempt to fix the issue.

After walking Woodrow through the bleaching process we restarted Ballot Now and were able to access the Record Ballot menu. (he copied forward the test database and recreated a card for this). Some time later it failed, after a scan attempt, I had him burn a card from a new test database and test it after a second bleaching, and it worked initially, and I advised him that we would need to refer the issue and pc to our Colorado office to identify the possible causes for this type of issue. (This was done on our loaned training machine, the cards were generated on their "servo pc").

This worked for him for several batches, after which he left for the day. The next morning, without having rebooted or made any changes, he attempted to scan ballots again, and noticed that the Record Ballot option was once again unavailable.