**From:** Geppert, Rich
**Sent:** Wednesday, December 17, 2003 5:09 PM
**To:** Harrell, Travis
**Cc:** Singer, William
**Subject:** RE: servo 2.08 report test results

No. The only thing I've noticed in Orange (that I briefly showed you), is the inability to produce a votes by precinct report for more than one precinct, even if you highlight a range of precincts to call. We've had no trouble producing device reports for use during the firmeware burn.

-----Original Message-----
**From:** Harrell, Travis
**Sent:** Wednesday, December 17, 2003 1:58 PM
**To:** Geppert, Rich
**Cc:** Singer, William
**Subject:** RE: servo 2.08 report test results

Rich,
Did you see any of this behavior in Orange County?
Travis

-----Original Message-----
**From:** Singer, William
**Sent:** Wednesday, December 17, 2003 10:08 AM
**To:** Harrell, Travis
**Cc:** Singer, William
**Subject:** servo 2.08 report test results
**Importance:** Low

Travis,
   Servo 2.08, from a test database and fresh installation, will backup devices and produce audit reports, firmware history, and equipment reports which all show devices backed up. However, the backed up devices report doesn't list any units for the single event created. (units were firmware 2.0.13)
Also, the reports requiring a specific device selection, other than device audit reports, don't show anything in the drop down boxes, so I am unable to pull device cvr reports at all.
   Device audit reports, those I have ran, are actually blank, and the precinct cvr reports, though precincts are listed, give a missing precinct.txt file and error out.
   This behavior is not new to Servo- in every version I have noted this problem recurring and reported it (including where it impacted customers in Tarrant, Harris, and Arapahoe). It was less of problem with each successive version of Servo through 1.5, which we have only recently received, but evidently the reporting access to the Servo database is still fundamentally flawed. I have a copy of the database used if needed.

WS