```
                                FW Servo.txt
From: Geppert, Rich
Sent: Friday, June 06, 2003 11:56 AM
To: Gonzalez, Steve
Subject: FW: Servo

Read from the bottom up.

-----Original Message-----
From: mlawless@co.hartic.com [mailto:mlawless@co.hartic.com]
Sent: Friday, June 06, 2003 11:47 AM
To: 'Harrell, Travis'
Cc: 'Geppert, Rich'
Subject: RE: Servo


True, but I feel somewhat responsible for not deciding to address this now
that it has impacted our ability to delivery a quality solution/service to
our customers on more than one occasion.  A one-time impact is acceptable.
If this defect goes on to impact our customer on two, three, four, more
occasions I think we would all agree - it should have been fixed.

-----Original Message-----
From: Harrell, Travis [mailto:THarrell@hartic.com]
Sent: Friday, June 06, 2003 10:31 AM
To: Lawless, Michael
Cc: Geppert, Rich
Subject: RE: Servo


Michael,
I think the lesson learned here is not that the decision was faulty, given
the information available and the circumstances, but that this is going to
happen from time-to-time when those kind of decisions have to be made.  What
we won't ever know is what other issues of greater importance may have gone
unaddressed if we had devoted resources to work on this problem, and it may
be some time before we know the amount of work it might have actually taken
to implement a fix with an acceptable level of confidence.
Travis

-----Original Message-----
From: mlawless@co.hartic.com [mailto:mlawless@co.hartic.com]
Sent: Friday, June 06, 2003 9:40 AM
To: 'Geppert, Rich'
Cc: 'Harrell, Travis'
Subject: RE: Servo


We're aware of this issue.  This is a SERVO fix that is planned for SERVO
2.0.  Sorry we can't do much to help you in the short term.  I suppose, if
we had known that this issue would recur frequently with this current
version we would have fixed this with an interim release.  Lesson learned.

-----Original Message-----
From: Geppert, Rich [mailto:RGeppert@hartic.com]
Sent: Thursday, June 05, 2003 3:22 PM
To: Lawless, Michael
Cc: Harrell, Travis
Subject: Servo


MTL-

Just to keep you informed - Harris has experienced another Servo problem
                                  Page 1
```

FW Servo.txt

that may be related to one encountered during the May 3 elections. This involves a runoff election that was held Saturday for one of the entities that ran the original election May 3. The entity in question May 3rd was the City of Baytown. The one today is from Seabrook.

In the election on Saturday, one candidate won by 20 votes. The looser has demanded a manual recount. Harris backed up the JBC and eSlates into Servo, and they can only see and get the CVRs for one candidate, not the other. They have tried the process on multiple Servo computers with the same effect. Gonzo reports that it's a problem with Servo not setting up the proper buckets in the database, and thus having nowhere to dump the votes for the affected candidate.

We are going down to Harris tommorrow with JBCRecover to make a new MBB from the JBC. We'll then put that MBB into CardUtil to get a long CVR report, pretty that up for the entity somehow, and hopefully get a good recount.

Let me know if you have questions or comments.

-Rich


Rich Geppert
Account Manager - Elections Solutions Group
Hart InterCivic
work - (512) 252-6632
mobile - (512) 350-7424

**********************************************************************
*****************************************Confidentiality Notice: This email message, including all the attachments, is for the sole use of the intended recipient(s) and contains confidential information. Unauthorized use or disclosure is prohibited. If you are not the intended recipient, you may not use, disclose, copy or disseminate this information. If you are not the intended recipient, please contact the sender immediately by reply email and destroy all copies of the original message, including attachments.
**********************************************************************
*****************************************Confidentiality Notice: This email message, including all the attachments, is for the sole use of the intended recipient(s) and contains confidential information. Unauthorized use or disclosure is prohibited. If you are not the intended recipient, you may not use, disclose, copy or disseminate this information. If you are not the intended recipient, please contact the sender immediately by reply email and destroy all copies of the original message, including attachments.