```
nFri Jul 14 07:46:09 2006

    UNITED STATES DISTRICT COURT

    DENVER         , CO

Receipt No.   100 269637
Cashier       carol

C.C. Number: SEE CRED CARD       04/07

DO Code    Div No
 4613        1

Sub Acct Type Tender      Amount
1:510000  N     4         190.00
2:086900  N     4          60.00
3:086400  N     4         100.00

Total Amount       $      350.00

FROM DAVID HERSH

FILING FEE 06-CV-01363, SINGER V. HART I
NTERCIVIC, CAH
```