IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01363-LTB-BNB

UNITED STATES OF AMERICA
ex rel. WILLIAM SINGER,

    Plaintiff,

v.

HART INTERCIVIC, INC.,

    Defendant.

**FILED UNDER SEAL**

**THE UNITED STATES' NOTICE OF ELECTION
TO DECLINE INTERVENTION**

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its decision not to intervene in this action.

Although the United States declines to intervene, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.*  Therefore, the United States requests that, should either the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States.  The United States also requests that orders issued by the Court be sent to the Government's counsel.  The United States reserves its right to order any deposition transcripts and to intervene in this action, for good cause, at a later date.  The United States also requests that it be served with all notices of appeal.

Finally, the Government requests that the relator's Complaint, this Notice, and the attached proposed Order be unsealed.  The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

Dated: March 24, 2008	Respectfully submitted,

JEFFREY S. BUCHOLTZ
ACTING ASSISTANT ATTORNEY GENERAL

JOYCE R. BRANDA
PATRICIA DAVIS
ROBERT J. MCAULIFFE
Civil Division
Commercial Litigation Branch
P. O. Box 261
Ben Franklin Station
Washington, D.C.  20044
Telephone:  (202) 514-6832
Facsimile: (202) 305-4117
Robert.McAuliffe@usdoj.gov


TROY A. EID
United States Attorney


*s/ Amanda Rocque*
AMANDA ROCQUE
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, CO 80202
Telephone:  (303) 454-0100
Facsimile: (303) 454-0407
amanda.rocque@usdoj.gov

Attorneys for the United States of America