IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01363-LTB-BNB

UNITED STATES OF AMERICA
ex rel. WILLIAM SINGER,

    Plaintiff,

v.

HART INTERCIVIC, INC.,

    Defendant.

## ORDER

    The United States of America having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court hereby:

    ORDERS that the complaint be unsealed and served upon the defendant by the relator;

    ORDERS all other contents of the Court's file in this action remain under seal and not be made public or served upon the defendant, except for this Order and the United States' Notice of Election to Decline Intervention, which the relator will serve upon the defendant only after service of the complaint;

    ORDERS the seal be lifted as to all other matters occurring in this action after the date of this Order;

    ORDERS that the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

ORDERS the parties shall serve all notices of appeal upon the United States;

ORDERS that all orders of this Court shall be sent to the United States; and

ORDERS that should the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

IT IS SO ORDERED,

This _____ day of _____, 2007.

_____
United States District Judge