## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Case No. 06-cv-01363-LTB-BNB

WILLIAM R. SINGER, on behalf
of the United States of America,

        Plaintiff/Relator

vs.

HART INTERCIVIC, INC.,

        Defendant

---

## PLAINTIFF / RELATOR'S MOTION FOR
## DISMISSAL WITHOUT PREJUDICE

---

COMES NOW the Plaintiff / Relator William R. Singer, by and through his attorneys,

David P. Hersh and Matt Schultz, pursuant to Fed. R. Civ. P. 41, and hereby moves this Court for

an Order of Dismissal:

### CERTIFICATE OF COMPLIANCE WITH D.C. COLO. L. CIV. R. 7.1

The Defendant in this action has not been served with process. As such, there are

no attorneys representing other parties with whom the Plaintiff / Relator could confer prior to

filing this Motion.

## BASIS FOR MOTION

1.    The Defendant in this action has not been served with process and therefore has neither answered nor moved for summary judgment.

2.    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Relator seeks to dismiss this action without prejudice.

3.    The dismissal of this action is contingent upon the consent of the Department of Justice and this Court in accordance with 31 U.S.C. § 3730(b)(1) and this Court's order of March 26, 2008, both of which Relator seeks hereby.

4.    Counsel for the Plaintiff / Relator has solicited the approval for this dismissal from the Department of Justice, but has not yet received a response.

5.    Relator's putative dismissal is not related to and does not reflect upon the accuracy or merits of the facts alleged in his Complaint.  Rather, it relates to developments in False Claims Act jurisprudence that occurred since the time of its filing under seal.

6.    Relator hereby moves this Court for an Order of Dismissal of this action in compliance with 31 U.S.C. § 3730(b)(1), after the appropriate written consent has been obtained from the Department of Justice.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy hereof has been furnished via U.S. mail, postage

prepaid to the following persons (as well as via e-mail as indicated below and via notice of

electronic filing to AUSA Amanda Rocque), to:


Joyce R. Branda                                   Amanda Rocque
Patricia Davis                                    Asst. U.S. Attorney
Robert J. McAuliffe                               1225 17th St., Suite 700
Civil Division                                    Denver, CO 80202
Commercial Litigation Branch                      amanda.rocque@usdoj.gov
P.O. Box 261
Ben Franklin Station
Washington, DC 20044
Robert.McAuliffe@usdoj.gov

        This 27th day of June, 2008.


                s/David P. Hersh
                David P. Hersh
                Burg, Simpson, Eldredge, Hersh & Jardine, P.C.
                40 Inverness Drive East
                Englewood, CO 80112
                Tel: 303/792-5595
                Fax: 303/708-0527
                dhersh@burgsimpson.com
                Attorney for Relator

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy hereof has been furnished via U.S. mail, postage prepaid to the following persons (as well as via e-mail as indicated below and via notice of electronic filing to AUSA Amanda Rocque), to:

Joyce R. Branda
Patricia Davis
Robert J. McAuliffe
Civil Division
Commercial Litigation Branch
P.O. Box 261
Ben Franklin Station
Washington, DC 20044
Robert.McAuliffe@usdoj.gov

Amanda Rocque
Asst. U.S. Attorney
1225 17th St., Suite 700
Denver, CO 80202
amanda.rocque@usdoj.gov

This 27th day of June, 2008.

s/David P. Hersh
David P. Hersh
Burg, Simpson, Eldredge, Hersh & Jardine, P.C.
40 Inverness Drive East
Englewood, CO 80112
Tel: 303/792-5595
Fax: 303/708-0527
dhersh@burgsimpson.com
Attorney for Relator

4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 06-cv-01363-LTB-BNB

WILLIAM R. SINGER, on behalf
of the United States of America,

        Plaintiff/Relator

vs.

HART INTERCIVIC, INC.,

        Defendant

---

## ORDER GRANTING PLAINTIFF / RELATOR'S MOTION FOR
## DISMISSAL WITHOUT PREJUDICE

---

THIS MATTER, having come before the Court on the Plaintiff / Relator William R. Singer' Motion for Dismissal Without Prejudice, and the Court having reviewed its file and being otherwise advised of the premises:

HEREBY GRANTS said Motion.  This action is hereby dismissed in accordance with 31 U.S.C. § 3730.  The required written consent has been obtained from the Department of Justice for this dismissal.

IT is so Ordered this _____ day of _____, 2008.


_____
United States District Court