IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01363-LTB-BNB

UNITED STATES OF AMERICA
ex rel. WILLIAM SINGER,

    Plaintiff,

v.

HART INTERCIVIC, INC.,

    Defendant.

**THE UNITED STATES' CONSENT TO RELATOR'S MOTION
FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

On June 27, 2008, the relator in this matter filed a Motion for Dismissal Without Prejudice of this action. Pursuant to 31 U.S.C. § 3730(b)(1), the United States consents to dismissal of the action, so long as the dismissal is without prejudice to the United States.

Dated: July 6, 2008                    Respectfully submitted,

                                       GREGORY G. KATSAS
                                       ASSISTANT ATTORNEY GENERAL

                                       JOYCE R. BRANDA
                                       PATRICIA DAVIS
                                       ROBERT J. MCAULIFFE
                                       Civil Division
                                       Commercial Litigation Branch
                                       P. O. Box 261
                                       Ben Franklin Station
                                       Washington, D.C.  20044
                                       Telephone:  (202) 514-6832
                                       Facsimile: (202) 616-3085
                                       Robert.McAuliffe@usdoj.gov


                                       TROY A. EID
                                       United States Attorney


                                       *s/ Amanda Rocque*
                                       AMANDA ROCQUE
                                       Assistant United States Attorney
                                       1225 Seventeenth Street, Suite 700
                                       Denver, CO 80202
                                       Telephone:  (303) 454-0100
                                       Facsimile: (303) 454-0407
                                       amanda.rocque@usdoj.gov

                                       Attorneys for the United States of America

2

## CERTIFICATE OF SERVICE

       I hereby certify that on July 6, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

**Kurt J. Bohn**
kurt.bohn@usdoj.gov,Denise.Guerra@usdoj.gov,USACO.ECFCriminal@usdoj.gov,USACO.ECFCivil@usdoj.gov

**Michael S. Burg**
mburg@burgsimpson.com,gclement@burgsimpson.com

**Peter W. Burg**
pburg@burgsimpson.com,jhensley@burgsimpson.com,kporter@burgsimpson.com

**David P. Hersh**
dhersh@burgsimpson.com,dnordstrom@burgsimpson.com

**Amanda Adams Rocque**
amanda.rocque@usdoj.gov,USACO.ECFCivil@usdoj.gov,jamie.mulholland@usdoj.gov

**Matthew D. Schultz**
mschultz@levinlaw.com

In addition, I hereby certify that I have mailed the document to the following non-CM/ECF participants:

None.

                                           s/ *Amanda Rocque*
                                           AMANDA ROCQUE
                                           Office of the United States Attorney
                                           1225 17th Street, Suite 700
                                           Denver, Colorado 80202