**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 06-cv-01363-LTB-BNB

UNITED STATES OF AMERICA
ex rel. WILLIAM SINGER,

    Plaintiff,

v.

HART INTERCIVIC, INC.,

    Defendant.

---

**ORDER**

---

    THIS MATTER having come before the court on Plaintiff/Relator's Motion for Dismissal Without Prejudice (Doc 22 - filed June 27, 2008) and The United States' Consent to Realtor's Motion for Voluntary Dismissal Without Prejudice (Doc 23 - filed July 6, 2008), and the Court being fully advised in the premises, it is therefore

    ORDERED that this matter shall be DISMISSED WITHOUT PREJUDICE.

DATED July 7, 2008

                                                    s/Lewis T. Babcock
                                                  Lewis T. Babcock, Judge